UNITED STATES BANKRUPTCY COURT
District of Arizona

In re SkyMall, LLC,  
          Debtor

Case No. 2:15-bk-00679-BKM  
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor verifies that the attached matrix is true and correct to best of the debtor's knowledge.

DATED: January 22, 2015

SKYMALL, LLC

By _____  
Scott Wiley  
Authorized Signatory

Debtor

QB\32421786.1