Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Proposed Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Robert P. Harris (#011523)
robert.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com
Jason D. Curry (#026511)
jason.curry@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYMALL, LLC,<br><br>    Debtor.<br><br>Joint Administration pending with:<br><br>XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-00679-BKM<br><br>Joint Administration pending with Case Nos.:<br><br>2:15-bk-00680-MCW<br>2:15-bk-00682-MCW<br>2:15-bk-00684-DPC<br>2:15-bk-00685-MCW<br>2:15-bk-00686-MCW<br>2:15-bk-00687-GBN<br>2:15-bk-00688-EPB |
| This Pleading applies to:<br><br>☐  All Debtors<br>■  Specified Debtors<br>       SKYMALL, LLC | **LIST OF EQUITY SECURITY HOLDERS** |

SKYMALL, LLC, the debtor and debtor-in possession in the above-captioned Chapter 11 case, hereby files its *List of Equity Security Holders* pursuant to Bankruptcy Rule 1007(a)(3).

| MEMBERS | INTEREST |
|---|---|
| SkyMall Interests, LLC<br>1520 East Pima Street<br>Phoenix, Arizona 85034 | 100% |

RESPECTFULLY SUBMITTED this 22nd day of January, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By /s/ John A. Harris
    Robert P. Harris
    John A. Harris
    Lori L. Winkelman
    Jason D. Curry

Proposed Attorneys for Debtors and Debtors-in-Possession