# EXHIBIT "A"

# XHIBIT CORP.
# ENTITY STRUCTURE



Xhibit Corp. was formerly known as NB Manufacturing, Inc.
Xhibit Interactive, LLC was formerly known as Xhibit, LLC
SkyMall, LLC was formerly known as SkyMall, Inc.

32580366_1.xlsx