**ORDERED ACCORDINGLY.**

Dated: January 23, 2015



_____
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Joint Administration pending with: | Joint Administration pending with Case Nos.: |
| XHIBIT CORP., | 2:15-bk-00680-MCW |
| XHIBIT INTERACTIVE, LLC, | 2:15-bk-00682-MCW |
| FLYREPLY CORP., | 2:15-bk-00684-DPC |
| SHC PARENT CORP., | 2:15-bk-00685-MCW |
| SPYFIRE INTERACTIVE, LLC, | 2:15-bk-00686-MCW |
| STACKED DIGITAL, LLC, and | 2:15-bk-00687-GBN |
| SKYMALL INTERESTS, LLC. | 2:15-bk-00688-EPB |
| This Pleading applies to: ☑ All Debtors ☐ Specified Debtors | **ORDER GRANTING *EX PARTE* MOTION FOR EMERGENCY HEARING ON DEBTORS' FIRST DAY MOTIONS** |

This matter came before the Court on the the *Ex Parte Motion For Emergency Hearing On Debtors' First Day Motions* (the "**Motion**") filed by SKYMALL, LLC, *et al.*, the debtors and debtors-in-possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**"). In the Motion, the Debtors request entry of an order scheduling an emergency hearing on various first day motions to be filed with the Court (collectively, the

"**First Day Motions**"). Based upon the Motion and the entire record before the Court; and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. A hearing on the First Day Motions will be held before this Court on **January 27, 2015 at 1:30 p.m., in Courtroom 701,** at the United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003.

**DATED AND SIGNED AS INDICATED ABOVE**