Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Proposed Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Robert P. Harris (#011523)
robert.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com
Jason D. Curry (#026511)
jason.curry@quarles.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYMALL, LLC,<br>               Debtor.<br><br>Joint Administration pending with:<br><br>XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-00679-BKM<br><br>Joint Administration pending with Case Nos.:<br><br>2:15-bk-00680-MCW<br>2:15-bk-00682-MCW<br>2:15-bk-00684-DPC<br>2:15-bk-00685-MCW<br>2:15-bk-00686-MCW<br>2:15-bk-00687-GBN<br>2:15-bk-00688-EPB |
| This Pleading applies to:<br><br>☑ All Debtors<br>☐ Specified Debtors | **NOTICE OF AGENDA FOR FIRST DAY HEARING**<br><br>**Hearing Date:** January 27, 2015<br>**Hearing Time:** 1:30 P.M. (MST)<br>**Location**: Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003 |

SKYMALL, LLC, *et al.*, the debtors and debtors-in-possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**"), hereby file this Notice of Agenda for First Day Hearing scheduled for January 27, 2015 at 1:30 p.m. (the "**First Day Hearing**") in Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003. The following motions and applications (collectively, the "**First Day Pleadings**") will be considered by the Court at the First Day Hearing in the order indicated below:[1]

**I.** **Overview of the Debtors and the Bankruptcy Cases.**

    **A.** **Supporting Document**: Declaration of Scott Wiley in Support of First Day Motions [Docket No.8].

**II.** **Pleading**: Emergency Motion for Order Authorizing and Directing (1) Joint Administration, (2) Transferring Assignment of Cases to Same Judge, and (3) Use of a Consolidated Caption [Docket No. 6].

    **B.** **Relief Requested**: The Debtors are seeking entry of an order authorizing and directing: (1) joint administration of the above-captioned Bankruptcy Cases, (2) transferring the assignment of the Bankruptcy Cases to be jointly administered if those cases are not all assigned to the same judge, and (3) the use of a consolidated caption.

    **C.** **Response/Objection Deadline**: Prior to the First Day Hearing.

    **D.** **Responses/Objections Received**: None at this time.

**III.** **Pleading**: Emergency Application for Entry of an Order Under 11 U.S.C. § 327(a) Authorizing the Employment and Retention of Quarles & Brady LLP as General Bankruptcy and Restructuring Counsel [Docket No. 13].

    **A.** **Relief Requested**: The Debtors are seeking entry of an order under 11 U.S.C. § 327(a) authorizing the employment and retention of Quarles & Brady, LLP, as general bankruptcy and restructuring counsel for the Debtors.

    **B.** **Response/Objection Deadline**: Prior to the First Day Hearing.

---

[1] Copies of the pleadings are available from undersigned counsel upon request.

**C. Responses/Objections Received**: None at this time.

**IV. Pleading**: Emergency Application for Entry of an Order Authorizing the Employment and Retention of CohenReznick Capital Marketing Securities, LLC as Investment Banker Pursuant to 11 U.S.C. §§ 327 and 328 [Docket No. 21].

**A. Relief Requested**: The Debtors are seeking entry of an order under 11 U.S.C. §§ 327(a) and 328(a) authorizing their employment and retention of CohnReznick Capital Market Securities, LLC, as investment banker to the Debtors.

**B. Response/Objection Deadline**: Prior to the First Day Hearing.

**C. Responses/Objections Received**: None at this time.

**V. Pleading**: Motion For Order Establishing Official Service List And Limiting Notice [Docket No. 14].

**A. Relief Requested**: The Debtors are seeking entry of an order limiting the parties-in-interest that receive general notice in these Bankruptcy Cases by establishing an official service list.

**B. Response/Objection Deadline**: Prior to the First Day Hearing.

**C. Responses/Objections Received**: None at this time.

**VI. Pleading**: Emergency Motion for Entry of Interim and Final Orders Under 11 U.S.C. § 366 Determining Adequate Assurance of Payment for Future Utility Services and Establishing Determination and Objection Procedures [Docket No. 10].

**A. Relief Requested**: The Debtors are seeking entry of an interim order and a final order under Bankruptcy Code §§ 105(a) and 366, determining adequate assurance of payment for future utility services and establishing determination and objection procedures.

**B. Response/Objection Deadline**: Prior to the First Day Hearing.

**C. Responses/Objections Received**: None at this time.

**VII.** **Pleading**: Emergency Motion for Interim and Final Orders Authorizing the Debtors to (A) Continue Prepetition Insurance Coverage, (B) Maintain Premium Financing Agreements, and (C) Otherwise Honor Prepetition Obligations Related Thereto [Docket No. 11].

    **A.** **Relief Requested**: The Debtors are seeking entry of interim and final orders authorizing, but not directing, the Debtors to (a) continue to maintain and administer their prepetition insurance policies and revise, extend, renew, supplement or replace such policies through an insurance broker, (b) pay or honor prepetition obligations outstanding on account of the Debtors' insurance policies related thereto, if any, and (c) revise, extend, renew, supplement or replace premium financing agreements in the ordinary course of business and consistent with past practice.

    **B.** **Response/Objection Deadline**: Prior to the First Day Hearing.

    **C.** **Responses/Objections Received**: None at this time.

**VIII.** **Pleading**: Emergency Motion for Interim and Final Orders Under 11 U.S.C. §§ 105(A), 345 and 363: (A) Authorizing Maintenance and Use of Debtors' Existing Bank Accounts, Cash Management System, Credit Card Processing System, and Business Forms; and (B) Waiving Investment and Deposit Requirements [Docket No. 9].

    **A.** **Relief Requested**: The Debtors are seeking entry of interim and final orders under 11 U.S.C. §§ 105(a), 345 and 363 authorizing the continued maintenance and use of the Debtors' existing bank accounts, cash management system, credit card processing system, and business forms, and waiving certain investment and deposit requirements.

    **B.** **Response/Objection Deadline**: Prior to the First Day Hearing.

    **C.** **Responses/Objections Received**: None at this time.

**IX.** **Pleading**: Emergency Motion for Entry of Interim and Final Orders Under 11 U.S.C §§ 105, 363, and 507 Authorizing the Debtors to Continue to Pay Pre-Petition Wages, Compensation, and Honor Employee Benefit Plans and Programs [Docket No. 12].

    **A.** **Relief Requested**: The Debtors are seeking entry of an order authorizing the Debtors to (1) pay accrued, unpaid, pre-petition payroll obligations, and (2) continue to pay or honor certain amounts coming due (including accrued prepetition amounts) under the Debtors' employee benefit plans

and programs in effect immediately prior to filing these Bankruptcy Cases, as more specifically set forth in the Motion.

    **B.** **Response/Objection Deadline**: Prior to the First Day Hearing.

    **C.** **Responses/Objections Received**: None at this time.

**X.** **Pleading**: Motion for Orders (I) Authorizing Bidding Procedures and Auction, (II) Scheduling Sale Hearing and Approving Notice Thereof, (III) Authorizing Sale of Assets, and (IV) Granting Related Relief [Docket No. 22].

    **A.** **Relief Requested**: The Debtors are seeking entry of orders (i) authorizing a sale of the Subject Assets (defined therein) of Debtor SkyMall, LLC free and clear of all claims, liens, encumbrances, and other interests pursuant to Bankruptcy Code § 363(f) through an auction sale as described therein, (ii) in conjunction with the sale, approving the assumption and assignment of certain executory contracts and unexpired leases, (iii) authorizing bidding and related sale procedures for the auction sale, (iv) scheduling a sale hearing and approving notice thereof, and (v) granting related relief as detailed therein.

    **B.** **Response/Objection Deadline**: Prior to the First Day Hearing.

    **C.** **Responses/Objections Received**: None at this time.

DATED this 23rd day of January, 2015.

    QUARLES & BRADY LLP
    Renaissance One
    Two North Central Avenue
    Phoenix, AZ 85004-2391


    By /s/James D. Curry
      John A. Harris
      Robert P. Harris
      Lori L. Winkelman
      Jason D. Curry

    Proposed Attorneys for Debtors and Debtors-in-Possession