Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Proposed Attorneys for Debtors and Debtors-
in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Robert P. Harris (#011523)
robert.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com
Jason D. Curry (#026511)
jason.curry@quarles.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Joint Administration pending with: | Joint Administration pending with Case Nos.: |
| XHIBIT CORP., | 2:15-bk-00680-MCW |
| XHIBIT INTERACTIVE, LLC, | 2:15-bk-00682-MCW |
| FLYREPLY CORP., | 2:15-bk-00684-DPC |
| SHC PARENT CORP., | 2:15-bk-00685-MCW |
| SPYFIRE INTERACTIVE, LLC, | 2:15-bk-00686-MCW |
| STACKED DIGITAL, LLC, and | 2:15-bk-00687-GBN |
| SKYMALL INTERESTS, LLC. | 2:15-bk-00688-EPB |
| This Pleading applies to:<br>☑ All Debtors<br>☐ Specified Debtors | **CERTIFICATE OF SERVICE OF FIRST DAY PLEADINGS** |

SYBIL TAYLOR AYTCH, being first duly sworn, upon her oath deposes and says:

1.     I am over the age of twenty-one years and a resident of the State of Arizona.

QB\32733040.1

2.     In my capacity as Senior Bankruptcy Paralegal at Quarles & Brady LLP, counsel to SKYMALL, LLC, *et al.*, the debtors and debtors-in-possession (the "**Debtors**") in the above-captioned Chapter 11 cases, I caused true and correct copies of the following First Day Pleadings to be served on January 23, 2015 (unless otherwise indicated) as provided below:

**JOINT ADMINISTRATION MOTION**

**DOCKET NO. 6:**     **EMERGENCY MOTION FOR ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION, (2) TRANSFERRING ASSIGNMENT OF CASES TO SAME JUDGE, AND (3) USE OF A CONSOLIDATED CAPTION**

**DOCKET NO. 8:**     **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

**Office of the United States Trustee**
**(Served Via First-Class Mail and Electronic Mail)**

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

**20 Largest Unsecured Creditors of SkyMall, LLC**
**(Served Via First-Class Mail and Electronic Mail)**

Delta Airlines, Inc.
3585 Atlanta Avenue
Hapeville, GA 30354
Email: tim.x.mapes@delta.com

American Airlines, Inc.
4255 Amon Carter Blvd.
Fort Worth, TX 76155
Email: walter.weems@aa.com

US Airways
P.O. Box 29655
Phoenix, AZ 85038
Email: walter.weems@aa.com

Gemmy Industries Corp.
P.O. Box 3588
Coppell, TX 75019Email: jason.mccann@gemmy.com

United Parcel Service
P.O. Box 505820
The Lakes, NV 88905
Email: milanoue@ups.com

Hammacher Schlemmer
9307 N. Milwaukee Avenue
Niles, IL 60714
Email: robertb@hammacher.com

| | |
|---|---|
| 1 | Southwest Airlines, Inc.<br>14800 Frye Road | Midland Paper<br>1140 Paysphere Circle |
| 2 | Fort Worth, TX 76115<br>Email: vicki.mccrummen@wnco.com | Chicago, IL 60674<br>Email: jim.otoole@midlandpaper.com |
| 3 | | (re-served 1-26-15 due to incorrect email<br>address) |
| 4 | American Express | HSN Improvements, LLC |
| 5 | P.O. Box 0001<br>Los Angeles, CA 90096-8000 | 5201 Richmond Road<br>Bedford Heights, OH 44146 |
| 6 | Email: george.w.brunson@aexp.com | cpellenberg@improvementscatalog.com |
| 7 | United Airlines, Inc.<br>1200 E. Algonquin Road | Constangy, Brooks & Smith LLP<br>535 Boylston Street, Suite 902 |
| 8 | Elk Grove, IL 60007<br>Email: david.oppenheim@united.com | Boston, MA 02116<br>Email: jrosin@constangy.com |
| 9 | | |
| 10 | Steiner Sports Memorabilia<br>145 Hugenot Street | DemandWare, Inc.<br>5 Wall Street |
| 11 | New Rochelle, NY 10801<br>Email: smahoney@steinersports.com | Burlington, MA 01803<br>Email: tebling@demandware.com |
| 12 | What On Earth | Wireless |
| 13 | 5581 Hudson Industrial Pkwy<br>Hudson, OH 44236 | 5581 Hudson Industrial Pkwy<br>Hudson, OH 44236 |
| 14 | Email: mbender@woecatalog.com | Email: mbender@woecatalog.com |
| 15 | Cinmar<br>5566 W. Chester Road | Solutions aka Norm Thompson Outfitters<br>Attn: Karen Durling |
| 16 | West Chester, OH 45069<br>Email: afranzoni@cinmar.com | 26 Alberigi Drive<br>Jessup, PA 18434 |
| 17 | | Email: mbowcut@ntobrands.com |
| 18 | Relief Pod Int'l<br>1801 E. Carnegie Avenue | Signals<br>5581 Hudson Industrial Pkwy |
| 19 | Santa Ana, CA 92705<br>Email: dcoleman@reliefpod.com | Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| 20 | Janet E. Bostwick | |
| 21 | Janet E. Bostwick, PC<br>295 Devonshire Street | |
| 22 | Boston, MA 02110<br>Email: jeb@bostwicklaw.com | |
| 23 | Counsel for DemandWare Inc.<br>(served via e-mail 1-26-15) | |
| 24 | | |
| 25 | | |
| 26 | | |

QB\32733040.1

## **20 Largest Unsecured Creditors of Xhibit Corp.**
### **(Served Via First-Class Mail and Electronic Mail- as indicated)**

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

## **20 Largest Unsecured Creditors of SpyFire Interactive, LLC**
### **(Served Via First-Class Mail)**

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

## **20 Largest Unsecured Creditors of Stacked Digital, LLC**
### **(Served Via First-Class Mail)**

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

**CASH MANAGEMENT MOTION**

**DOCKET NO. 9:** **EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS UNDER 11 U.S.C. §§ 105(A), 345 AND 363: (A) AUTHORIZING MAINTENANCE AND USE OF DEBTORS' EXISTING BANK ACCOUNTS, CASH MANAGEMENT SYSTEM, CREDIT CARD PROCESSING SYSTEM, AND BUSINESS FORMS; AND (B) WAIVING INVESTMENT AND DEPOSIT REQUIREMENTS**

**DOCKET NO. 8:** **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

**Office of the United States Trustee**
**(Served Via First-Class Mail and Electronic Mail)**

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

**Additional Service Parties**
**(Served Via First-Class Mail)**

| | |
|---|---|
| Securities & Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036 | Internal Revenue Service<br>4041 N. Central Avenue, Building A<br>Phoenix, AZ 85012 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | US Bank, NA<br>Bankruptcy/Recovery Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 |
| JP Morgan Chase Bank NA<br>PO Box 33035 KY1-4340<br>Louisville, KY 40232-3035 | Chase Paymentech Solutions LLC<br>PO Box 17548<br>Denver, CO 80217-7548 |

**20 Largest Unsecured Creditors of SkyMall, LLC**
**(Served Via First-ClassMail and Electronic Mail)**

| | |
|---|---|
| Delta Airlines, Inc.<br>3585 Atlanta Avenue<br>Hapeville, GA 30354<br>Email: tim.x.mapes@delta.com | American Airlines, Inc.<br>4255 Amon Carter Blvd.<br>Fort Worth, TX 76155<br>Email: walter.weems@aa.com |

| | |
|---|---|
| US Airways<br>P.O. Box 29655<br>Phoenix, AZ 85038<br>Email: walter.weems@aa.com | Gemmy Industries Corp.<br>P.O. Box 3588<br>Coppell, TX 75019Email:<br>jason.mccann@gemmy.com |
| United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905<br>Email: milanoue@ups.com | Hammacher Schlemmer<br>9307 N. Milwaukee Avenue<br>Niles, IL 60714<br>Email: robertb@hammacher.com |
| Southwest Airlines, Inc.<br>14800 Frye Road<br>Fort Worth, TX 76115<br>Email: vicki.mccrummen@wnco.com | Midland Paper<br>1140 Paysphere Circle<br>Chicago, IL 60674<br>Email: jim.otoole@midlandpaper.com<br>(re-served 1-26-15 due to incorrect email<br>address) |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000<br>Email: george.w.brunson@aexp.com | HSN Improvements, LLC<br>5201 Richmond Road<br>Bedford Heights, OH 44146<br>cpellenberg@improvementscatalog.com |
| United Airlines, Inc.<br>1200 E. Algonquin Road<br>Elk Grove, IL 60007<br>Email: david.oppenheim@united.com | Constangy, Brooks & Smith LLP<br>535 Boylston Street, Suite 902<br>Boston, MA 02116<br>Email: jrosin@constangy.com |
| Steiner Sports Memorabilia<br>145 Hugenot Street<br>New Rochelle, NY 10801<br>Email: smahoney@steinersports.com | DemandWare, Inc.<br>5 Wall Street<br>Burlington, MA 01803<br>Email: tebling@demandware.com |
| What On Earth<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com | Wireless<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| Cinmar<br>5566 W. Chester Road<br>West Chester, OH 45069<br>Email: afranzoni@cinmar.com | Solutions aka Norm Thonpson Outfitters<br>Attn: Karen Durling<br>26 Alberigi Drive<br>Jessup, PA 18434<br>Email: mbowcut@ntobrands.com |
| Relief Pod Int'l<br>1801 E. Carnegie Avenue<br>Santa Ana, CA 92705<br>Email: dcoleman@reliefpod.com | Signals<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |

Janet E. Bostwick
Janet E. Bostwick, PC
295 Devonshire Street
Boston, MA 02110
Email: jeb@bostwicklaw.com
Counsel for DemandWare Inc.
(served via e-mail 1-26-15)

## 20 Largest Unsecured Creditors of Xhibit Corp.
### (Served Via First-Class Mail and Electronic Mail- as indicated)

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

## 20 Largest Unsecured Creditors of SpyFire Interactive, LLC
### (Served Via First-Class Mail)

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

## 20 Largest Unsecured Creditors of Stacked Digital, LLC
### (Served Via First-Class Mail)

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

## UTILITIES MOTION

**DOCKET NO. 10:**    **EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS UNDER 11 U.S.C. § 366 DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND ESTABLISHING DETERMINATION AND OBJECTION PROCEDURES**

**DOCKET NO. 8:**    **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

### Office of the United States Trustee
**Served Via First-Class Mail and Electronic Mail)**

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

### Additional Service Parties
**(Served Via First-Class Mail)**

| | |
|---|---|
| Arizona Public Service<br>PO Box 2906<br>Phoenix, AZ 85062-2906 | City of Phoenix<br>PO Box 29125<br>Phoenix, AZ 85038-9125 |
| Southwest Gas<br>5241 Spring Mountain Rd<br>Las Vegas, NV 89150 | Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062-8251 |
| Cox Communications<br>PO Box 53249<br>Phoenix, AZ 85072-3249 | Level 3 Global Crossing<br>PO Box 741276<br>Cincinnati, OH 45274-1276 |
| Integra<br>1201 NE Lloyd Blvd, Suite 500<br>Portland, OR 97232 | Century Link<br>Business Services<br>PO Box 52187<br>Phoenix, AZ 85072-2187 |

### 20 Largest Unsecured Creditors of SkyMall, LLC
**(Served Via First-Class Mail and Electronic Mail)**

| | |
|---|---|
| Delta Airlines, Inc.<br>3585 Atlanta Avenue<br>Hapeville, GA 30354<br>Email: tim.x.mapes@delta.com | American Airlines, Inc.<br>4255 Amon Carter Blvd.<br>Fort Worth, TX 76155<br>Email: walter.weems@aa.com |

QB\32733040.1

| | | |
|---|---|---|
| 1 | US Airways<br>P.O. Box 29655<br>Phoenix, AZ 85038<br>Email: walter.weems@aa.com | Gemmy Industries Corp.<br>P.O. Box 3588<br>Coppell, TX 75019Email:<br>jason.mccann@gemmy.com |
| 2 | | |
| 3 | United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905<br>Email: milanoue@ups.com | Hammacher Schlemmer<br>9307 N. Milwaukee Avenue<br>Niles, IL 60714<br>Email: robertb@hammacher.com |
| 4 | | |
| 5 | | |
| 6 | Southwest Airlines, Inc.<br>14800 Frye Road<br>Fort Worth, TX 76115<br>Email: vicki.mccrummen@wnco.com | Midland Paper<br>1140 Paysphere Circle<br>Chicago, IL 60674<br>Email: jim.otoole@midlandpaper.com<br>(re-served 1-26-15 due to incorrect email<br>address) |
| 7 | | |
| 8 | | |
| 9 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000<br>Email: george.w.brunson@aexp.com | HSN Improvements, LLC<br>5201 Richmond Road<br>Bedford Heights, OH 44146<br>cpellenberg@improvementscatalog.com |
| 10 | | |
| 11 | | |
| 12 | United Airlines, Inc.<br>1200 E. Algonquin Road<br>Elk Grove, IL 60007<br>Email: david.oppenheim@united.com | Constancy, Brooks & Smith LLP<br>535 Boylston Street, Suite 902<br>Boston, MA 02116<br>Email: jrosin@constangy.com |
| 13 | | |
| 14 | | |
| 15 | Steiner Sports Memorabilia<br>145 Hugenot Street<br>New Rochelle, NY 10801<br>Email: smahoney@steinersports.com | DemandWare, Inc.<br>5 Wall Street<br>Burlington, MA 01803<br>Email: tebling@demandware.com |
| 16 | | |
| 17 | What On Earth<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com | Wireless<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| 18 | | |
| 19 | | |
| 20 | Cinmar<br>5566 W. Chester Road<br>West Chester, OH 45069<br>Email: afranzoni@cinmar.com | Solutions aka Norm Thonpson Outfitters<br>Attn: Karen Durling<br>26 Alberigi Drive<br>Jessup, PA 18434<br>Email: mbowcut@ntobrands.com |
| 21 | | |
| 22 | Relief Pod Int'l<br>1801 E. Carnegie Avenue<br>Santa Ana, CA 92705<br>Email: dcoleman@reliefpod.com | Signals<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Janet E. Bostwick
Janet E. Bostwick, PC
295 Devonshire Street
Boston, MA 02110
Email: jeb@bostwicklaw.com
Counsel for DemandWare Inc.
(served via e-mail 1-26-15)

**20 Largest Unsecured Creditors of Xhibit Corp.**
**(Served Via First-Class Mail and Electronic Mail- as indicated)**

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

**20 Largest Unsecured Creditors of SpyFire Interactive, LLC**
**(Served Via First-Class Mail)**

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

**20 Largest Unsecured Creditors of Stacked Digital, LLC**
**(Served Via First-Class Mail)**

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

<u>**INSURANCE MOTION**</u>

<u>**DOCKET NO. 11:**</u>  **EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTORS TO (A) CONTINUE PREPETITION INSURANCE COVERAGE, (B) MAINTAIN PREMIUM FINANCING AGREEMENTS, AND (C) OTHERWISE HONOR PREPETITION OBLIGATIONS RELATED THERETO**

<u>**DOCKET NO. 8:**</u>  **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

<u>**Office of the United States Trustee**</u>
**(Served Via First-Class Mail and Electronic Mail)**

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

<u>**Additional Service Parties**</u>
**(Served Via First-Class Mail)**

| | |
|---|---|
| Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | National Union Fire Insurance Company of Pittsburgh PA<br>777 S. Figueroa Street, 18th Floor<br>Los Angeles, CA 90017-5814 |
| Continental Casualty Company<br>333 S. Wabash Avenue<br>Chicago, IL 60604 | Endurance US Insurance<br>750 Third Avenue, 18th Floor<br>New York, NY 10017 |

<u>**20 Largest Unsecured Creditors of SkyMall, LLC**</u>
**(Served Via First-Class Mail and Electronic Mail)**

| | |
|---|---|
| Delta Airlines, Inc.<br>3585 Atlanta Avenue<br>Hapeville, GA 30354<br>Email: tim.x.mapes@delta.com | American Airlines, Inc.<br>4255 Amon Carter Blvd.<br>Fort Worth, TX 76155<br>Email: walter.weems@aa.com |
| US Airways<br>P.O. Box 29655<br>Phoenix, AZ 85038<br>Email: walter.weems@aa.com | Gemmy Industries Corp.<br>P.O. Box 3588<br>Coppell, TX 75019Email: jason.mccann@gemmy.com |
| United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905<br>Email: milanoue@ups.com | Hammacher Schlemmer<br>9307 N. Milwaukee Avenue<br>Niles, IL 60714<br>Email: robertb@hammacher.com |

| | |
|---|---|
| Southwest Airlines, Inc.<br>14800 Frye Road<br>Fort Worth, TX 76115<br>Email: vicki.mccrummen@wnco.com | Midland Paper<br>1140 Paysphere Circle<br>Chicago, IL 60674<br>Email: jim.otoole@midlandpaper.com<br>(re-served 1-26-15 due to incorrect email<br>address) |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000<br>Email: george.w.brunson@aexp.com | HSN Improvements, LLC<br>5201 Richmond Road<br>Bedford Heights, OH 44146<br>cpellenberg@improvementscatalog.com |
| United Airlines, Inc.<br>1200 E. Algonquin Road<br>Elk Grove, IL 60007<br>Email: david.oppenheim@united.com | Constangy, Brooks & Smith LLP<br>535 Boylston Street, Suite 902<br>Boston, MA 02116<br>Email: jrosin@constangy.com |
| Steiner Sports Memorabilia<br>145 Hugenot Street<br>New Rochelle, NY 10801<br>Email: smahoney@steinersports.com | DemandWare, Inc.<br>5 Wall Street<br>Burlington, MA 01803<br>Email: tebling@demandware.com |
| What On Earth<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com | Wireless<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| Cinmar<br>5566 W. Chester Road<br>West Chester, OH 45069<br>Email: afranzoni@cinmar.com | Solutions aka Norm Thonpson Outfitters<br>Attn: Karen Durling<br>26 Alberigi Drive<br>Jessup, PA 18434<br>Email: mbowcut@ntobrands.com |
| Relief Pod Int'l<br>1801 E. Carnegie Avenue<br>Santa Ana, CA 92705<br>Email: dcoleman@reliefpod.com | Signals<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| Janet E. Bostwick<br>Janet E. Bostwick, PC<br>295 Devonshire Street<br>Boston, MA 02110<br>Email: jeb@bostwicklaw.com<br>Counsel for DemandWare Inc.<br>(served via e-mail 1-26-15) | |

## 20 Largest Unsecured Creditors of Xhibit Corp.
### (Served Via First-Class Mail and Electronic Mail- as indicated)

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

## 20 Largest Unsecured Creditors of SpyFire Interactive, LLC
### (Served Via First-Class Mail)

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

## 20 Largest Unsecured Creditors of Stacked Digital, LLC
### (Served Via First-ClassMail)

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

**WAGE MOTION**

**DOCKET NO. 12:**    **EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS UNDER 11 U.S.C §§ 105, 363, AND 507 AUTHORIZING THE DEBTORS TO CONTINUE TO PAY PRE-PETITION WAGES, COMPENSATION, AND HONOR EMPLOYEE BENEFIT PLANS AND PROGRAMS**

**DOCKET NO. 8:**     **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

**Office of the United States Trustee**
**(Served Via First-Class Mail and Electronic Mail)**

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

**Additional Service Parties**
**(Served Via First-Class Mail)**

| | |
|---|---|
| Securities & Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036 | Internal Revenue Service<br>4041 N. Central Avenue, Building A<br>Phoenix, AZ 85012 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Employees- see Exhibit "A" attached hereto** |

**20 Largest Unsecured Creditors of SkyMall, LLC**
**(Served Via First-Class Mail and Electronic Mail)**

| | |
|---|---|
| Delta Airlines, Inc.<br>3585 Atlanta Avenue<br>Hapeville, GA 30354<br>Email: tim.x.mapes@delta.com | American Airlines, Inc.<br>4255 Amon Carter Blvd.<br>Fort Worth, TX 76155<br>Email: walter.weems@aa.com |
| US Airways<br>P.O. Box 29655<br>Phoenix, AZ 85038<br>Email: walter.weems@aa.com | Gemmy Industries Corp.<br>P.O. Box 3588<br>Coppell, TX 75019Email:<br>jason.mccann@gemmy.com |
| United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905<br>Email: milanoue@ups.com | Hammacher Schlemmer<br>9307 N. Milwaukee Avenue<br>Niles, IL 60714<br>Email: robertb@hammacher.com |

| | | |
|---|---|---|
| 1 | Southwest Airlines, Inc.<br>14800 Frye Road | Midland Paper<br>1140 Paysphere Circle |
| 2 | Fort Worth, TX 76115<br>Email: vicki.mccrummen@wnco.com | Chicago, IL 60674<br>Email: jim.otoole@midlandpaper.com |
| 3 | | (re-served 1-26-15 due to incorrect email<br>address) |
| 4 | | |
| 5 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | HSN Improvements, LLC<br>5201 Richmond Road<br>Bedford Heights, OH 44146 |
| 6 | Email: george.w.brunson@aexp.com | cpellenberg@improvementscatalog.com |
| 7 | United Airlines, Inc.<br>1200 E. Algonquin Road | Constancy, Brooks & Smith LLP<br>535 Boylston Street, Suite 902 |
| 8 | Elk Grove, IL 60007<br>Email: david.oppenheim@united.com | Boston, MA 02116<br>Email: jrosin@constangy.com |
| 9 | | |
| 10 | Steiner Sports Memorabilia<br>145 Hugenot Street | DemandWare, Inc.<br>5 Wall Street |
| 11 | New Rochelle, NY 10801<br>Email: smahoney@steinersports.com | Burlington, MA 01803<br>Email: tebling@demandware.com |
| 12 | What On Earth | Wireless |
| 13 | 5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com | 5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| 14 | | |
| 15 | Cinmar<br>5566 W. Chester Road<br>West Chester, OH 45069 | Solutions aka Norm Thonpson Outfitters<br>Attn: Karen Durling<br>26 Alberigi Drive |
| 16 | Email: afranzoni@cinmar.com | Jessup, PA 18434<br>Email: mbowcut@ntobrands.com |
| 17 | | |
| 18 | Relief Pod Int'l<br>1801 E. Carnegie Avenue | Signals<br>5581 Hudson Industrial Pkwy |
| 19 | Santa Ana, CA 92705<br>Email: dcoleman@reliefpod.com | Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| 20 | Janet E. Bostwick<br>Janet E. Bostwick, PC | |
| 21 | 295 Devonshire Street<br>Boston, MA 02110 | |
| 22 | Email: jeb@bostwicklaw.com<br>Counsel for DemandWare Inc. | |
| 23 | (served via e-mail 1-26-15) | |
| 24 | | |
| 25 | | |
| 26 | | |

## 20 Largest Unsecured Creditors of Xhibit Corp.
### (Served Via First-Class Mail and Electronic Mail- as indicated)

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

## 20 Largest Unsecured Creditors of SpyFire Interactive, LLC
### (Served Via First-Class Mail)

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

## 20 Largest Unsecured Creditors of Stacked Digital, LLC
### (Served Via First-Class Mail)

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

**QUARLES & BRADY EMPLOYMENT APPLICATION**

**DOCKET NO. 13:**   **EMERGENCY APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §327(A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF QUARLES & BRADY LLP AS GENERAL BANKRUPTCY AND RESTRUCTURING COUNSEL**

**DOCKET NO. 8:**   **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

**Office of the United States Trustee**
**(Served Via First-Class Mail and Electronic Mail)**

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

**20 Largest Unsecured Creditors of SkyMall, LLC**
**(Served Via First-Class Mail and Electronic Mail)**

| | |
|---|---|
| Delta Airlines, Inc.<br>3585 Atlanta Avenue<br>Hapeville, GA 30354<br>Email: tim.x.mapes@delta.com | American Airlines, Inc.<br>4255 Amon Carter Blvd.<br>Fort Worth, TX 76155<br>Email: walter.weems@aa.com |
| US Airways<br>P.O. Box 29655<br>Phoenix, AZ 85038<br>Email: walter.weems@aa.com | Gemmy Industries Corp.<br>P.O. Box 3588<br>Coppell, TX 75019Email: jason.mccann@gemmy.com |
| United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905<br>Email: milanoue@ups.com | Hammacher Schlemmer<br>9307 N. Milwaukee Avenue<br>Niles, IL 60714<br>Email: robertb@hammacher.com |
| Southwest Airlines, Inc.<br>14800 Frye Road<br>Fort Worth, TX 76115<br>Email: vicki.mccrummen@wnco.com | Midland Paper<br>1140 Paysphere Circle<br>Chicago, IL 60674<br>Email: jim.otoole@midlandpaper.com (re-served 1-26-15 due to incorrect email address) |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000<br>Email: george.w.brunson@aexp.com | HSN Improvements, LLC<br>5201 Richmond Road<br>Bedford Heights, OH 44146<br>cpellenberg@improvementscatalog.com |

United Airlines, Inc.
1200 E. Algonquin Road
Elk Grove, IL 60007
Email: david.oppenheim@united.com

Steiner Sports Memorabilia
145 Hugenot Street
New Rochelle, NY 10801
Email: smahoney@steinersports.com

What On Earth
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

Cinmar
5566 W. Chester Road
West Chester, OH 45069
Email: afranzoni@cinmar.com

Relief Pod Int'l
1801 E. Carnegie Avenue
Santa Ana, CA 92705
Email: dcoleman@reliefpod.com

Janet E. Bostwick
Janet E. Bostwick, PC
295 Devonshire Street
Boston, MA 02110
Email: jeb@bostwicklaw.com
Counsel for DemandWare Inc.
(served via e-mail 1-26-15)

Constancy, Brooks & Smith LLP
535 Boylston Street, Suite 902
Boston, MA 02116
Email: jrosin@constangy.com

DemandWare, Inc.
5 Wall Street
Burlington, MA 01803
Email: tebling@demandware.com

Wireless
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

Solutions aka Norm Thonpson Outfitters
Attn: Karen Durling
26 Alberigi Drive
Jessup, PA 18434
Email: mbowcut@ntobrands.com

Signals
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

**20 Largest Unsecured Creditors of Xhibit Corp.**
**(Served Via First-Class Mail and Electronic Mail- as indicated)**

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

**20 Largest Unsecured Creditors of SpyFire Interactive, LLC**
**(Served Via First-Class Mail)**

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

**20 Largest Unsecured Creditors of Stacked Digital, LLC**
**(Served Via First-Class Mail)**

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

## MOTION TO LIMIT NOTICE

**DOCKET NO. 14:** **MOTION FOR ORDER ESTABLISHING OFFICIAL SERVICE LIST AND LIMITING NOTICE**

**DOCKET NO. 8:** **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

### Office of the United States Trustee
#### (Served Via First-Class Mail and Electronic Mail)

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

### 20 Largest Unsecured Creditors of SkyMall, LLC
#### (Served Via First-Class Mail and Electronic Mail)

Delta Airlines, Inc.
3585 Atlanta Avenue
Hapeville, GA 30354
Email: tim.x.mapes@delta.com

American Airlines, Inc.
4255 Amon Carter Blvd.
Fort Worth, TX 76155
Email: walter.weems@aa.com

US Airways
P.O. Box 29655
Phoenix, AZ 85038
Email: walter.weems@aa.com

Gemmy Industries Corp.
P.O. Box 3588
Coppell, TX 75019Email:
jason.mccann@gemmy.com

United Parcel Service
P.O. Box 505820
The Lakes, NV 88905
Email: milanoue@ups.com

Hammacher Schlemmer
9307 N. Milwaukee Avenue
Niles, IL 60714
Email: robertb@hammacher.com

Southwest Airlines, Inc.
14800 Frye Road
Fort Worth, TX 76115
Email: vicki.mccrummen@wnco.com

Midland Paper
1140 Paysphere Circle
Chicago, IL 60674
Email: jim.otoole@midlandpaper.com
(re-served 1-26-15 due to incorrect email
address)

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

HSN Improvements, LLC
5201 Richmond Road
Bedford Heights, OH 44146
cpellenberg@improvementscatalog.com

| | | |
|---|---|---|
| 1 | United Airlines, Inc.<br>1200 E. Algonquin Road<br>Elk Grove, IL 60007<br>Email: david.oppenheim@united.com | Constangy, Brooks & Smith LLP<br>535 Boylston Street, Suite 902<br>Boston, MA 02116<br>Email: jrosin@constangy.com |

1 United Airlines, Inc.
1200 E. Algonquin Road
2 Elk Grove, IL 60007
Email: david.oppenheim@united.com
3

Constangy, Brooks & Smith LLP
535 Boylston Street, Suite 902
Boston, MA 02116
Email: jrosin@constangy.com

4 Steiner Sports Memorabilia
145 Hugenot Street
5 New Rochelle, NY 10801
Email: smahoney@steinersports.com

DemandWare, Inc.
5 Wall Street
Burlington, MA 01803
Email: tebling@demandware.com

6 What On Earth
5581 Hudson Industrial Pkwy
7 Hudson, OH 44236
Email: mbender@woecatalog.com
8

Wireless
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

Cinmar
9 5566 W. Chester Road
West Chester, OH 45069
10 Email: afranzoni@cinmar.com

Solutions aka Norm Thonpson Outfitters
Attn: Karen Durling
26 Alberigi Drive
Jessup, PA 18434
Email: mbowcut@ntobrands.com

11

12 Relief Pod Int'l
1801 E. Carnegie Avenue
Santa Ana, CA 92705
13 Email: dcoleman@reliefpod.com

Signals
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

14 Janet E. Bostwick
Janet E. Bostwick, PC
15 295 Devonshire Street
Boston, MA 02110
16 Email: jeb@bostwicklaw.com
Counsel for DemandWare Inc.
17 (served via e-mail 1-26-15)

18

19 **20 Largest Unsecured Creditors of Xhibit Corp.**
**(Served Via First-Class Mail and Electronic Mail- as indicated)**

20 American Express
P.O. Box 0001
21 Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com
22

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

23 Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
24 Middlesex GB UB34AZ
United Kingdom
25

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

26

QB\32733040.1

**20 Largest Unsecured Creditors of SpyFire Interactive, LLC**
**(Served Via First-Class Mail)**

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

**20 Largest Unsecured Creditors of Stacked Digital, LLC**
**(Served Via First-Class Mail)**

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

# COHNREZNICK EMPLOYMENT APPLICATION

**DOCKET NO. 21:** **EMERGENCY APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COHNREZNICK CAPITAL MARKET SECURITIES, LLC AS INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 327 AND 328**

**DOCKET NO. 8:** **DECLARATION OF SCOTT WILEY IN SUPPORT OF FIRST DAY MOTIONS**

## Office of the United States Trustee
### (Served Via First-Class Mail and Electronic Mail)

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

## 20 Largest Unsecured Creditors of SkyMall, LLC
### (Served Via First-Class Mail and Electronic Mail)

Delta Airlines, Inc.
3585 Atlanta Avenue
Hapeville, GA 30354
Email: tim.x.mapes@delta.com

American Airlines, Inc.
4255 Amon Carter Blvd.
Fort Worth, TX 76155
Email: walter.weems@aa.com

US Airways
P.O. Box 29655
Phoenix, AZ 85038
Email: walter.weems@aa.com

Gemmy Industries Corp.
P.O. Box 3588
Coppell, TX 75019Email:
jason.mccann@gemmy.com

United Parcel Service
P.O. Box 505820
The Lakes, NV 88905
Email: milanoue@ups.com

Hammacher Schlemmer
9307 N. Milwaukee Avenue
Niles, IL 60714
Email: robertb@hammacher.com

Southwest Airlines, Inc.
14800 Frye Road
Fort Worth, TX 76115
Email: vicki.mccrummen@wnco.com

Midland Paper
1140 Paysphere Circle
Chicago, IL 60674
Email: jim.otoole@midlandpaper.com
(re-served 1-26-15 due to incorrect email
address)

| | | |
|---|---|---|
| 1 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000<br>Email: george.w.brunson@aexp.com | HSN Improvements, LLC<br>5201 Richmond Road<br>Bedford Heights, OH 44146<br>cpellenberg@improvementscatalog.com |
| 2 | | |
| 3 | | |
| 4 | United Airlines, Inc.<br>1200 E. Algonquin Road<br>Elk Grove, IL 60007<br>Email: david.oppenheim@united.com | Constancy, Brooks & Smith LLP<br>535 Boylston Street, Suite 902<br>Boston, MA 02116<br>Email: jrosin@constangy.com |
| 5 | | |
| 6 | | |
| 7 | Steiner Sports Memorabilia<br>145 Hugenot Street<br>New Rochelle, NY 10801<br>Email: smahoney@steinersports.com | DemandWare, Inc.<br>5 Wall Street<br>Burlington, MA 01803<br>Email: tebling@demandware.com |
| 8 | | |
| 9 | What On Earth<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com | Wireless<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| 10 | | |
| 11 | | |
| 12 | Cinmar<br>5566 W. Chester Road<br>West Chester, OH 45069<br>Email: afranzoni@cinmar.com | Solutions aka Norm Thonpson Outfitters<br>Attn: Karen Durling<br>26 Alberigi Drive<br>Jessup, PA 18434<br>Email: mbowcut@ntobrands.com |
| 13 | | |
| 14 | Relief Pod Int'l<br>1801 E. Carnegie Avenue<br>Santa Ana, CA 92705<br>Email: dcoleman@reliefpod.com | Signals<br>5581 Hudson Industrial Pkwy<br>Hudson, OH 44236<br>Email: mbender@woecatalog.com |
| 15 | | |
| 16 | | |
| 17 | Janet E. Bostwick<br>Janet E. Bostwick, PC<br>295 Devonshire Street<br>Boston, MA 02110<br>Email: jeb@bostwicklaw.com<br>Counsel for DemandWare Inc.<br>(served via e-mail 1-26-15) | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

## 20 Largest Unsecured Creditors of Xhibit Corp.
### (Served Via First-Class Mail and Electronic Mail- as indicated)

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

## 20 Largest Unsecured Creditors of SpyFire Interactive, LLC
### (Served Via First-Class Mail)

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

## 20 Largest Unsecured Creditors of Stacked Digital, LLC
### (Served Via First-Class Mail)

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

## BIDDING PROCEDURES MOTION

**DOCKET NO. 22:** **MOTION FOR ORDERS (I) AUTHORIZING BIDDING PROCEDURES AND AUCTION, (II) SCHEDULING SALE HEARING AND APPROVING NOTICE THEREOF, (III) AUTHORIZING SALE OF ASSETS, AND (IV) GRANTING RELATED RELIEF**

### Office of the United States Trustee
**(Served Via First-Class Mail and Electronic Mail)**

Larry Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

### 20 Largest Unsecured Creditors of SkyMall, LLC
**(Served Via First-Class Mail and Electronic Mail)**

Delta Airlines, Inc.
3585 Atlanta Avenue
Hapeville, GA 30354
Email: tim.x.mapes@delta.com

American Airlines, Inc.
4255 Amon Carter Blvd.
Fort Worth, TX 76155
Email: walter.weems@aa.com

US Airways
P.O. Box 29655
Phoenix, AZ 85038
Email: walter.weems@aa.com

Gemmy Industries Corp.
P.O. Box 3588
Coppell, TX 75019Email:
jason.mccann@gemmy.com

United Parcel Service
P.O. Box 505820
The Lakes, NV 88905
Email: milanoue@ups.com

Hammacher Schlemmer
9307 N. Milwaukee Avenue
Niles, IL 60714
Email: robertb@hammacher.com

Southwest Airlines, Inc.
14800 Frye Road
Fort Worth, TX 76115
Email: vicki.mccrummen@wnco.com

Midland Paper
1140 Paysphere Circle
Chicago, IL 60674
Email: jim.otoole@midlandpaper.com
(re-served 1-26-15 due to incorrect email
address)

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

HSN Improvements, LLC
5201 Richmond Road
Bedford Heights, OH 44146
cpellenberg@improvementscatalog.com

| | |
|---|---|
| 1 | |

United Airlines, Inc.
1200 E. Algonquin Road
Elk Grove, IL 60007
Email: david.oppenheim@united.com

Constangy, Brooks & Smith LLP
535 Boylston Street, Suite 902
Boston, MA 02116
Email: jrosin@constangy.com

Steiner Sports Memorabilia
145 Hugenot Street
New Rochelle, NY 10801
Email: smahoney@steinersports.com

DemandWare, Inc.
5 Wall Street
Burlington, MA 01803
Email: tebling@demandware.com

What On Earth
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

Wireless
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

Cinmar
5566 W. Chester Road
West Chester, OH 45069
Email: afranzoni@cinmar.com

Solutions aka Norm Thonpson Outfitters
Attn: Karen Durling
26 Alberigi Drive
Jessup, PA 18434
Email: mbowcut@ntobrands.com

Relief Pod Int'l
1801 E. Carnegie Avenue
Santa Ana, CA 92705
Email: dcoleman@reliefpod.com

Signals
5581 Hudson Industrial Pkwy
Hudson, OH 44236
Email: mbender@woecatalog.com

Janet E. Bostwick
Janet E. Bostwick, PC
295 Devonshire Street
Boston, MA 02110
Email: jeb@bostwicklaw.com
Counsel for DemandWare Inc.
(served via e-mail 1-26-15)

### 20 Largest Unsecured Creditors of Xhibit Corp.
**(Served Via First-Class Mail and Electronic Mail- as indicated)**

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000
Email: george.w.brunson@aexp.com

Project Management Corp.
3683 E Vallejo Drive
Gilbert, AZ 85298

Rackspace US Inc.
Unit 5 Millkington Road
Hyde Parke Hayes
Middlesex GB UB34AZ
United Kingdom

Twin Star
Nikola Krgovic
Brace ABAFI 2/10
Zemun MB 62400382
Serbia

QB\32733040.1

**20 Largest Unsecured Creditors of SpyFire Interactive, LLC**
(Served Via First-Class Mail)

Adcafe LLC
49 Woodbrooke Drive
Edison, NJ 08820-2965

Big Huge Media LLC
360 Grand Avenue
Brooklyn, NY 11238

Identifyle Inc.
7945 Cartilla Avenue, Suite A
Rancho Cucamonga, CA 91730

Marketo Inc.
PO Box 122068
Dallas, TX 75312-2068

**20 Largest Unsecured Creditors of Stacked Digital, LLC**
(Served Via First-Class Mail)

Jumbleberry
171 E. Liberty Steet, Suite 310
Toronto ON M6K 3P6
Canada

---

**DOCKET NO. 20:** **ORDER GRANTING EX PARTE MOTION FOR EMERGENCY HEARING ON DEBTORS' FIRST DAY MOTIONS**

**DOCKET NO. 23:** **NOTICE OF AGENDA FOR FIRST DAY HEARING**

**Served on all creditors and parties-in-interest for all Debtors via first-class mail- see Exhibit "B" attached hereto.**

        I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Phoenix, Arizona on January 26, 2015.

                                        /s/ Sybil Taylor Aytch_____
                                             Sybil Taylor Aytch