# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYMALL, LLC,<br>              Debtor.<br><br>Joint Administration pending with:<br><br>XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-00679-BKM<br><br>Joint Administration pending with Case Nos.:<br><br>2:15-bk-00680-MCW<br>2:15-bk-00682-MCW<br>2:15-bk-00684-DPC<br>2:15-bk-00685-MCW<br>2:15-bk-00686-MCW<br>2:15-bk-00687-GBN<br>2:15-bk-00688-EPB |
| This Pleading applies to:<br><br>  ☒ All Debtors<br>  ☐ Specified Debtors | **ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION, (2) TRANSFERRING ASSIGNMENT OF CASES TO SAME JUDGE, AND (3) USE OF A CONSOLIDATED CAPTION** |

This matter came before the Court on the *Motion for Order Authorizing and Directing (1) Joint Administration, (2) Transferring Assignment of Cases to Same Judge, and (3) Use of a Consolidated Caption* [Docket No. 6] (the "**Motion**") filed by SKYMALL, LLC, *et al.*, the

debtors and debtors-in possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**").

Pursuant to the Motion, Bankruptcy Code § 105(a) and Federal Rule of Bankruptcy Procedure 1015(b), the Debtors asked this Court for an order authorizing and directing: (1) joint administration of the above-captioned bankruptcy proceedings, (2) transferring the assignment of the Bankruptcy Cases to be jointly administered if those cases are not all assigned to the same judge, and (3) use of a consolidated caption. A hearing on the Motion was held on January 27, 2015 (the "**Hearing**").

Based on the Motion, the statements made on the record at the Hearing, and the entire record before the Court in these Bankruptcy Cases,

The Court **FINDS AND CONCLUDES** as follows:

A. On January 22, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code (the "**Bankruptcy Code**").

B. Since the commencement of their Bankruptcy Cases, the Debtors continue to operate their businesses and manage their assets as debtors and debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

C. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

D. The Debtors in the above-captioned Bankruptcy Cases are affiliates as that term is defined in 11 U.S.C. § 101(2).

E. The Debtors and their Bankruptcy Cases are sufficiently related such that joint administration of the cases for procedural purposes appears to be in the best interests of the Debtors and their respective estates.

Accordingly, based on all of the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is hereby granted as set forth herein;

2. The Debtors' Bankruptcy Cases are hereby administratively consolidated for procedural purposes, and one docket will be maintained for all Bankruptcy Cases, which docket shall be the docket for Case No. 2:15-bk-00679-BKM;

3. The Debtors' Bankruptcy Cases shall be transferred and assigned to facilitate the joint administration of these cases before the same judge;

4. The following form of consolidated caption shall be used for all future pleadings, papers and other documents filed in the Debtors' Bankruptcy Cases:

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Jointly Administered with: | Jointly Administered with Case Nos.: |
| XHIBIT CORP., <br> XHIBIT INTERACTIVE, LLC, <br> FLYREP CORP., <br> SHC PARENT CORP., <br> SPYFIRE INTERACTIVE, LLC, <br> STACKED DIGITAL, LLC, and <br> SKYMALL INTEREST, LLC. | 2:15-bk-00680-MCW <br> 2:15-bk-00682-MCW <br> 2:15-bk-00684-DPC <br> 2:15-bk-00685-MCW <br> 2:15-bk-00686-MCW <br> 2:15-bk-00687-GBN <br> 2:15-bk-00688-EPB |
| This Pleading applies to: <br> ☐ All Debtors <br> ☐ Specified Debtors | **[TITLE]** |

5. The Debtors shall file a consolidated creditor matrix;

6. Notwithstanding anything to the contrary in this Order, the following documents must be filed in the individual case of each of the Debtors: (i) proofs of claim; (ii) statements,

1 | schedules, and other documents required under Bankruptcy Code § 1007(b)(1), and (iii) monthly
2 | operating reports required by the United States Trustee; and

3 |       7.      The requirements under Bankruptcy Code section 342(c)(1), and Bankruptcy
4 | Rules 1005 and 2002(n) are waived.

**DATED AND SIGNED AS INDICATED ABOVE.**