GORDON SILVER
THOMAS J. SALERNO, ESQ.
Arizona Bar No. 007492
E-mail: tsalerno@gordonsilver.com
ANTHONY P. CALI, ESQ.
Arizona Bar No. 028261
E-mail: acali@gordonsilver.com
One East Washington, Suite 400
Phoenix, Arizona 85004
Telephone (602) 256-0400
Facsimile (602) 256-0345

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case No. 2:15-bk-00679-BKM |
| | Chapter 11 |
| SKYMALL, LLC, | |
| Debtor. | |
| Joint Administration pending with: | Joint Administration pending with Case Nos.: |
| XHIBIT CORP., | 2:15-bk-00680-MCW |
| XHIBIT INTERACTIVE, LLC, | 2:15-bk-00682-MCW |
| FLYREPLY CORP., | 2:15-bk-00684-DPC |
| SHC PARENT CORP., | 2:15-bk-00685-MCW |
| SPYFIRE INTERACTIVE, LLC, | 2:15-bk-00686-MCW |
| STACKED DIGITAL, LLC, and | 2:15-bk-00687-GBN |
| SKYMALL INTERESTS, LLC. | 2:15-bk-00688-EPB |

This Notice applies to:

☒ All Debtors
☐ Specified Debtors

## **REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE AND TO ALL PARTIES OF INTEREST.

I request that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned at the following address, telephone number, fax number, and e-mail address:

Gordon Silver
Attorneys At Law
Suite 400
One East Washington
Phoenix, Arizona 85004
(602) 256-0400

104624-001/5072267

Case 2:15-bk-00679-BKM    Doc 42    Filed 01/29/15    Entered 01/29/15 11:02:30    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| 1 | Thomas J. Salerno, Esq. |
| 2 | Anthony P. Cali, Esq.<br>Gordon Silver |
| 3 | One East Washington, Suite 400<br>Phoenix, Arizona 85004 |
| 4 | Telephone (602) 256-0400<br>Facsimile (602) 256-0345 |
| 5 | E-mail: tsalerno@gordonsilver.com |
| 6 | E-mail: acali@gordonsilver.com<br>E-mail: phxbknotices@gordonsilver.com |
| 7 | |
| 8 | DATED this 29th day of January, 2015. |
| 9 | GORDON SILVER |
| 10 | |
| 11 | By: */s/ Thomas J. Salerno*<br>THOMAS J. SALERNO, ESQ.<br>ANTHONY P. CALI, ESQ. |
| 12 | One East Washington, Suite 400<br>Phoenix, Arizona 85004 |

Gordon Silver
Attorneys At Law
Suite 400
One East Washington
Phoenix, Arizona 85004
(62) 256-0400

104624-001/5072267

2

Case 2:15-bk-00679-BKM    Doc 42    Filed 01/29/15    Entered 01/29/15 11:02:30    Desc
Main Document    Page 2 of 2