1  DAVID J. McCARTY, Cal. Bar No. 77346
   dmccarty@sheppardmullin.com
2  M. REED MERCADO, Cal. Bar No. 247318
   rmercado@sheppardmullin.com
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
4  Los Angeles, California 90071-1422
   Telephone:    213.620.1780
5  Facsimile:    213.620.1398

6  Attorneys for Creditor

7

8                 UNITED STATES BANKRUPTCY COURT

9                 FOR THE DISTRICT OF ARIZONA

10 In re                              | Case No. 2:15-bk-00679-BKM

11 SKYMALL, LLC,                      | Chapter 11

12        Debtor.

13 ─────────────────────────────

   Joint Administration pending with:    Joint Administration pending with
14                                        Case Nos.:
   XHIBIT CORP.,                          2:15-bk-00680-MCW
15 XHIBIT INTERACTIVE, LLC,               2:15-bk-00682-MCW
   FLYREPLY CORP.,                        2:15-bk-00684-DPC
16 SHC PARENT CORP.,                      2:15-bk-00685-MCW
   SPYFIRE INTERACTIVE, LLC,              2:15-bk-00686-MCW
17 STACKED DIGITAL, LLC, and              2:15-bk-00687-GBN
   SKYMALL INTERESTS, LLC.,               2:15-bk-00688-EPB
18 ─────────────────────────────

19 This Notice applies to:

20    ☒ All Debtors
      ☐ Specified Debtors
21

22                 **REQUEST FOR SPECIAL NOTICE**

23

24 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY

25 OF RECORD, THE TRUSTEE AND TO ALL PARTIES OF INTEREST:

26

27

28

1        I request that all notices given in the above-captioned case and all papers served or

2  required to be served in the above-captioned case be given to and served upon the undersigned at

3  the following address, telephone number, fax number, and e-mail address:

4

5            M. Reed Mercado, Esq.
             Sheppard, Mullin, Richter & Hampton LLP

6            333 South Hope Street, 43rd Floor
             Los Angeles, California 90071-1422

7            Telephone:  213.620.1780
             Facsimile:  213.620.1398

8            Email:  rmercado@sheppardmullin.com

9

10  Dated:  January 30, 2015

11                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

12

13                      By            */s/ M. Reed Mercado*

                              DAVID J. McCARTY

14                            M. REED MERCADO

15                            Attorneys for Creditor

16

17

18

19

20

21

22

23

24

25

26

27

28