ILENE J. LASHINSKY (#003073)
United States Trustee

LARRY L. WATSON (CA#193531)
Trial Attorney
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (phone)
(602) 514-7270 (fax)
E-mail: Larry.Watson@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYMALL, LLC,<br><br>                Debtor.<br><br>Jointly Administered with:<br><br>XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREP CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTEREST, LLC.<br>_____<br><br>This Pleading applies to:<br><br>   ■  All Debtors<br>   ☐  Specified Debtors | In Proceedings under Chapter 11<br><br>Case No. 2:15-bk-00679-BKM<br><br>Jointly Administered with Case Nos.:<br><br>    2:15-bk-00680-MCW<br>    2:15-bk-00682-MCW<br>    2:15-bk-00684-DPC<br>    2:15-bk-00685-MCW<br>    2:15-bk-00686-MCW<br>    2:15-bk-00687-GBN<br>    2:15-bk-00688-EPB<br><br>APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned jointly administered debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

    1.    STEINER SPORTS MEMORABILIA, INC.
           Kelvin Joseph
           145 Huguenot Street
           New Rochelle NY 10801

| | |
|---|---|
| 1 | Phone: 914-307-1045 |
| 2 | Email: Kjoseph@steinersports.com |

2. NORM THOMPSON OUTFITTERS, INC d/b/a Solutions
   Daniel W. Ramsey
   138 Conant Street
   Beverly MA 01915
   Phone: 978-998-3804
   Cell: 978-473-2129
   Email: dramsey@orchardbrands.com

3. HSN IMPROVEMENTS, LLC
   Steven R. Wirth
   401 E. Jackson St., Suite 1700
   Tampa FL 33602
   Phone: 813-223-7333
   Email: steven.wirth@akerman.com

4. VARIDESK, LLC
   Craig D. Storey
   117 Wrangler Way, Suite 100
   Coppell TX 75019
   Phone: 972-538-4242
   Email: craig.storey@varidesk.com

5. MIDLAND PAPER COMPANY
   Ralph DeLetto
   101 E. Palatine Rd.
   Wheeling IL 60090
   Phone: 847-777-2739
   Email: Ralph.deletto@midlandpaper.com

6. HAMMACHER, SCHLEMMER & CO., INC.
   Karen Seawell
   9307 N. Milwaukee Ave.
   Niles IL 60714
   Phone: 847-581-8690
   Email: Kseawell@hammacher.com

7. JUMBLEBERRY INTERACTIVE GROUP, LTD.
   Brian Kim
   171 East Liberty Street, Unit 310
   Toronto, Ontario, CANADA, M6K 3P6
   Phone: 416-800-1662
   Email: Brian@jumbleberry.com

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | ILENE J. LASHINSKY |
| 4 | United States Trustee<br>District of Arizona |
| 5 | |
| 6 | Dated: February 5, 2015           /s/ LLW (CA#193531) |
| 7 | LARRY L. WATSON<br>Trial Attorney |