# United States Bankruptcy Court
**District of Arizona**

In re SkyMall, LLC fka SkyMall, Inc.,  
    Debtor

Case No. 2:15-bk-00679-BKM  
Chapter 11

# SUMMARY OF SCHEDULES[1]

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $0.00 | | |
| B - Personal Property | Y | 42 | $10,687,341.59 | | |
| C - Property Claimed As Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | Unknown | |
| E - Creditors Holding Unsecured Priority Claims | Y | 13 | | $595,260.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 65 | | $11,750,078.86 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | N/A | 0 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | N/A | 0 | | | $0.00 |
| **TOTAL** | | | $10,687,341.59 | $12,345,339.54 | |

---

[1] All responses in these Statements and Schedules are subject to the "Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules of Asserts and Liabilities and Statements of Financial Affairs" filed contemporaneously herewith, which is incorporated into these Statements and Schedules as though set forth herein.

QB\32925663.1