SANDRA W. LAVIGNA (CA State Bar No. 117965)
JASMINE M. STARR (CA State Bar No. 259473)

Attorneys for:
U. S. SECURITIES & EXCHANGE COMMISSION
Michele Wein Layne, Regional Director
444 South Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
E-mail: lavignas@sec.gov
E-mail: starrja@sec.gov

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No.: 2: 15-bk-00679-BKM |
| Debtor. | Chapter 11 |
| Jointly Administered with: | Jointly Administered with Case Nos. |
| XHIBIT CORP., <br> XHIBIT INTERACTIVE, LLC, <br> FLYREPLY CORP., <br> SHC PARENT CORP., <br> SPYFIRE INTERACTIVE, LLC, <br> STACKED DIGITAL, LLC, and <br> SKYMALL INTEREST, LLC. | 2: 15-bk-00680-BKM <br> 2: 15-bk-00682-BKM <br> 2: 15-bk-00684-BKM <br> 2: 15-bk-00685-BKM <br> 2: 15-bk-00686-BKM <br> 2: 15-bk-00687-BKM <br> 2: 15-bk-00688-BKM |
| This pleading applies to: <br> ☒ All Debtors <br> ☐ Specified Debtors | **U.S. SECURITIES AND EXCHANGE COMMISSION'S LIMITED OBJECTION TO SALE OF ASSETS** <br><br> DATE: March 27, 2015 <br> TIME: 10:00 a.m. |

The U. S. Securities and Exchange Commission ("Commission"), objects to the sale of assets as described in the Motion for Orders (I) Authorizing Bidding Procedures and Auction, (II) Scheduling Sale Hearing and Approving Notice Thereof, (III) Authorizing Sale of Assets, and (IV) Granting Related Relief ("Sale Motion," Docket No. 22) and the Amended Stipulated Order Establishing Bidding Procedures for Auction Sale, Scheduling Hearing on Sale Motion, and Granting Related Relief ("Amended Stipulation," Docket No. 131) on the grounds and to the extent that certain items to be sold are subject to an outstanding subpoena issued by the Commission and, alternatively, that the moving papers do not identify with the necessary specificity what is proposed to be sold. In fact, only *categories* of items to be sold are mentioned in the Sale Motion; no detailed list has been provided.

The Commission has issued an investigative subpoena to Xhibit Corp.("Xhibit") requiring it to produce documents and records of Xhibit and its affiliates and subsidiaries (including SkyMall LLC) in connection with the Commission's non-public investigation *In the Matter of Xhibit Corp.* (Internal File No. LA-4416). Through its counsel, Xhibit has indicated that it will comply with the subpoena, but that its production of responsive documents may not be completed prior to the Sale. Accordingly, the Commission objects to the Sale to the extent that the Debtors seek to sell any items, such as files, computers, or other materials, that contain documents or records that are subject to the Commission's subpoena.

In the alternative, the Commission objects to the Sale on the basis that the moving papers do not sufficiently identify what is being sold, such that the Commission cannot determine if responsive records are being preserved. Although SkyMall LLC, whose assets are the subject of the Sale Motion, has filed its Schedules of Assets and Liabilities, the Schedules are so heavily qualified by the Global Notes and Statement of Limitations, Methods and Disclaimer that precedes SkyMall LLC's Schedules that it is plain that the Schedules may not be accurate, and that the signatory, Scott Wiley, is not vouching for their validity. For example, "Mr. Wiley has not (nor could have) personally verified the accuracy of each such statement and representation;" "the Debtors are unable to warrant or represent that the Schedules and Statements are without

inadvertent errors, omissions, or inaccuracies, some of which may be material;" "the Debtors . . . may have incorrectly characterized, classified, categorized, or designated certain items." Docket No. 117, pp. 2-3.

    Therefore, the Commission objects to the Sale unless and until the subpoenaed items are turned over to the Commission, or the Debtors have made assurances acceptable to the Commission that the records are being preserved.

Dated: March 3, 2015                       Respectfully submitted,

                                          /s/ Sandra W. Lavigna
                                          Sandra W. Lavigna
                                          Senior Bankruptcy Counsel
                                          U.S. SECURTIES AND EXCHANGE COMMISSION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 444 South Flower Street, Suite 900, Los Angeles, CA 90071-9591.

A true and correct copy of the foregoing document entitled (*specify*): **U.S. SECURITIES AND EXCHANGE COMMISSION'S LIMITED OBJECTION TO SALE OF ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 3, 2015, the attorney of record checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. TO BE SERVED BY UNITED STATES MAIL**: On March 3, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY OVERNIGHT DELIVERY)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 3, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

HONORABLE BRENDA K. MARTIN
US Bankruptcy Court, District of Arizona
230 North 1st Avenue, Courtroom 701
Phoenix, AZ 85003

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2015 | Louie M. Adame | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

4

# Mailing Information for Case 2:15-bk-00679-BKM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **JASON D. CURRY**　　jason.curry@quarles.com, sybil.aytch@quarles.com
- **S. CARY FORRESTER**　　scf@forresterandworth.com, mdb@forresterandworth.com
- **JONATHAN B. FRUTKIN**　　jfrutkin@frutkinlaw.com, hennessey@frutkinlaw.com;traffic@frutkinlaw.com;miller@frutkinlaw.com
- **STEVEN A. GINTHER**　　azecf@dor.mo.gov
- **JOHN A. HARRIS**　　john.harris@quarles.com, sybil.aytch@quarles.com;kelly.webster@quarles.com
- **CHRISTOPHER L. HERING**　　chering@gblaw.com
- **STEVEN D. JEROME**　　sjerome@swlaw.com, docket@swlaw.com;mminnick@swlaw.com
- **CAROLYN J. JOHNSEN**　　cjjohnsen@dickinsonwright.com, landrisani@dickinsonwright.com
- **SANDRA W. LAVIGNA**　　lavignas@sec.gov
- **TAMALYN E. LEWIS**　　tel@eblawyers.com, kac@eblawyers.com
- **M. REED MERCADO**　　rmercado@sheppardmullin.com
- **JOANNA F NEWDECK**　　jnewdeck@akingump.com
- **ERIC S. PEZOLD**　　epezold@swlaw.com, docket@swlaw.com
- **WESLEY DENTON RAY**　　wray@polsinelli.com, PhoenixBankruptcyECF@Polsinelli.com
- **STEPHEN SMITH ROACH**　　stephen.roach@troutmansanders.com, harris.winsberg@troutmansanders.com
- **THOMAS J. SALERNO**　　tsalerno@gordonsilver.com, PHXBKnotices@gordonsilver.com;pbaker@gordonsilver.com
- **DEAN C WALDT**　　waldtd@ballardspahr.com, hessm@ballardspahr.com;PHXDocketingbkr@ballardspahr.com
- **KIMBERLY A. WALSH**　　bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- **LARRY L. WATSON**　　larry.watson@usdoj.gov
- **LORI L. WINKELMAN**　　lori.winkelman@quarles.com, sybil.aytch@quarles.com
- **STEVEN R. WIRTH**　　steven.wirth@akerman.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**American Express Travel Related Services Co Inc**
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**American Express Travel Related Services Company Inc**
c/o Becket and Lee LLP
POB 3001

Malvern, PA 19355-0701

**Argo Partners**
12 W 37th Street, 9th Floor
New York, NY 10018

**Arizona Public Service Company**
c/o Law Office of James Kneller
4800 N. Scottsdale Rd., #2900
Scottsdale, AZ 85251

**DAVID A CORBIN**
,

**DAVID F GUILLOT**
53 CENTER STREET
GENESEO, NY 14454

**CHAD ROBERSON HONNE II, LP**
375 PARK AVENUE
SUITE 2607
NEW YORK, NY 10152

**COLTON KNITTIG**
HOLTON PRODUCTS LLC dba GRILLIGHT
5509 SOUTH 93RD CIRCLE
FORT SMITH, AR 72903

**Massachusetts Department of Revenue**
P.O. Box 9564
Boston, MA 02114

**CHAIM PIEKARSKI**
C & A MARKETING INC
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660

**STEVEN REICHER**
3665 N DANA DRIVE
LAPORTE, ID 46350

**PAUL M. WEISER**
BUCHALTER NEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254

**GENE WOODLE**
STRIDER SPORTS INTERNATIONAL INC

2221 N PLAZA DRIVE
RAPID CITY, SD 57702

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.