1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2
3  LARRY L. WATSON (CA #193531)
   Trial Attorney
4  230 N. First Ave., Suite 204
   Phoenix, Arizona 85003-1706
5  Phone: (602) 682-2600
   FAX:   (602) 514-7270
6  Email: Larry.Watson@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYMALL, LLC,<br>            Debtor.<br><br>Joint Administration pending with:<br><br>**XHIBIT CORP.,**<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-00679-BKM<br><br>Joint Administration pending with Case Nos.:<br><br>**2:15-bk-00680-MCW**<br>2:15-bk-00682-MCW<br>2:15-bk-00684-DPC<br>2:15-bk-00685-MCW<br>2:15-bk-00686-MCW<br>2:15-bk-00687-GBN<br>2:15-bk-00680-EPB |
| This Pleading applies to:<br><br>☐ All Debtors<br><br>☒ Specified Debtors | **APPOINTMENT OF OFFICIAL COMMITTEE OF RESTRICTED EQUITY SECURITY HOLDERS OF XHIBIT CORP., CASE NO. 2:15-bk-00680** |

Pursuant to 11 U.S.C. §§ 1102(a)(1) and 1102(b), the following equity holders of the debtor entity, Xhibit Corp., who: (1) hold shares of restricted stock of Xhibit Corp.; (2) have requested the formation of an equity committee to represent themselves and similarly restricted shareholders of Xhibit Corp.; and (3) are willing to serve as members of such committee, are hereby appointed to the official committee of restricted shareholders:

1. Timothy Smith
   8700 N. 64th Place
   Paradise Valley, AZ 85253
   msmith1803@aol.com
   602-739-7722

2. Bradley Hillier
   421 W. Alameda Drive
   Tempe, AZ 85282
   bhillier@homebrandsgroup.com
   480-754-8989

3. David Sanders
   7944 E. Park View Lane
   Scottsdale, AZ 85255
   dsanders@ambath.com
   480-220-1706

Dated: March 4, 2015                    RESPECTFULLY SUBMITTED

                                        ILENE J. LASHINSKY
                                        United States Trustee
                                        District of Arizona


                                        /s/ LLW  (CA #193531)
                                        Larry L. Watson
                                        Trial Attorney

Copy of the foregoing e-mailed to the committee members, attorney for the above captioned jointly administered Debtors and counsel for the Official Unsecured Creditors Committee on March 4, 2015:

**Quarles & Brady LLP**
John A. Harris (#014459)
john.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

| | |
|---|---|
| 1 | **COOLEY LLP** |
| 2 | JEFFREY L. COHEN |
|  | SETH VAN AALTEN |
| 3 | ALEX R. VELINSKY |
|  | 1114 AVENUE OF THE AMERICAS |
| 4 | NEW YORK, NY 10036 |
|  | Telephone: (212) 479-6000 |
| 5 | Facsimile: (212) 479-6275 |
| 6 | Email: jcohen@cooley.com; svanaalten@cooley.com; avelinsky@cooley.com |
| 7 | Lead Counsel for the Official Committee of Unsecured Creditors |
| 8 | |
| 9 | **SNELL & WILMER LLP** |
|  | STEVEN D. JEROME (AZ SBN 018420) |
| 10 | ONE ARIZONA CENTER |
|  | 400 EAST VAN BUREN STREET, STE. 1900 |
| 11 | PHOENIX, AZ 85004 |
|  | Telephone: (602) 382-6000 |
| 12 | Facsimile: (602) 382-6070 |
| 13 | Email: sjerome@swlaw.com |
|  | Proposed Arizona Counsel for the Official Committee of Unsecured Creditors |
| 14 | |
| 15 | |
|  | /s/ LLW |
| 16 | Larry L. Watson |