ORDERED ACCORDINGLY.

Dated: March 12, 2015



_____
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYMALL, LLC,<br><br>        Debtor.<br><br>Jointly Administered with:<br><br>XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-00679-BKM<br><br>Jointly Administered with Case Nos.:<br><br>2:15-bk-00680-BKM<br>2:15-bk-00682-BKM<br>2:15-bk-00684-BKM<br>2:15-bk-00685-BKM<br>2:15-bk-00686-BKM<br>2:15-bk-00687-BKM<br>2:15-bk-00688-BKM |
| This Pleading applies to:<br><br>  ☒ All Debtors<br>  ☐ Specified Debtors | **FINAL ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COHNREZNICK CAPITAL MARKET SECURITIES, LLC AS INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 327 AND 328** |

This matter came before the Court on the *Emergency Application for Entry of an Order Authorizing the Employment and Retention of CohnReznick Capital Market Securities, LLC as Investment Banker Pursuant to 11 U.S.C. §§ 327 and 328* [Docket No. 21] (the "**Application**")[1]

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Application.

filed by SKYMALL, LLC, *et al.*, the debtors and debtors-in possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**"). In the Application, the Debtors seek entry of an order under 11 U.S.C. §§ 327, 328, and 1103, authorizing its employment and retention of CohnReznick Capital Market Securities, LLC ("**CRCMS**"), as investment banker to the Debtors. The Application is supported by the *Verified Statement in Support of Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of CohnReznick Capital Market Securities, LLC as Investment Banker Pursuant to 11 U.S.C. §§ 327 and 328* (the "**Manning Statement**"), attached as Exhibit A to the Application.

An initial hearing was held on the Application on January 27, 2015 (the "**Initial Hearing**"). Thereafter, the Court entered its *Interim Order Approving Emergency Application For Entry Of An Order Authorizing The Employment And Retention Of CohnReznick Capital Market Securities, LLC As Investment Banker Pursuant To 11 U.S.C. §§ 327 And 328* [Docket No. 63] (the "**Interim Order**"), which approved the Application on an interim basis and reserved a ruling on certain requests in the Application pending a final hearing, all as stated in the Interim Order.

The Court held a final hearing on the Application on February 19, 2015 (the "**Final Hearing**"). The United States Trustee objected to approval of the Application. The Debtors and the UST filed briefs in support of their respective positions regarding the Application. At the Final Hearing, the Court took evidence regarding the Application, and it considered the argument of counsel. At the conclusion of the Final Hearing, the Court ruled that the Application would be approved, and the Court stated on the record its findings and conclusions in support of its ruling, all as provided under Bankruptcy Rule 7052 as made applicable to the Application under Bankruptcy Rule 9014.

For the reasons stated on the record at the Final Hearing, the Court **FINDS AND CONCLUDES** that:

1     A.     The Court has jurisdiction over the matters raised in the Application under 28 U.S.C. §§ 157 and 1334.

B.     Venue of this matter is proper under 28 U.S.C. §§ 1408 and 1409.

C.     The Application presents a core proceeding under 28 U.S.C. § 157(b)(2).

D.     Approval of the relief requested in the Application on a final basis as provided herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

E.     Based upon the representations contained in the Application and the Manning Statement, CRCMS is "disinterested" within the meaning of 11 U.S.C. §§ 101(14).

F.     The Application requests that CRCMS be retained pursuant to the terms of the Engagement Agreement attached as Exhibit 1 to the Manning Statement (the "**Engagement Agreement**").

G.     The Application expressly requests that CRCMS' retention pursuant to the terms of the Application and the Engagement Agreement be approved pursuant to 11 U.S.C. §328.

H.     Good and sufficient cause exists for granting the relief requested in the Application.

In light of the foregoing:

**IT IS ORDERED THAT**:

1. The Application is **GRANTED**, on an final basis.

2. The Debtors, as debtors-in-possession, are authorized to retain and employ CRCMS as their investment banker to perform the services set forth in the Application and the Engagement Agreement.

3. CRCMS' retention pursuant to the Application and the Engagement Agreement is approved under 11 U.S.C. § 328.

4. CRCMS will be compensated in accordance with the procedures set forth in the Application, the Engagement Agreement, and in accordance with all applicable Bankruptcy Rules, Local Rules, and Orders of this Court.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**DATED AND SIGNED AS INDICATED ABOVE.**