Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Robert P. Harris (#011523)
robert.harris@quarles.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Jointly Administered with: | Jointly Administered with Case Nos.: |
| XHIBIT CORP., | 2:15-bk-00680-BKM |
| XHIBIT INTERACTIVE, LLC, | 2:15-bk-00682-BKM |
| FLYREPLY CORP., | 2:15-bk-00684-BKM |
| SHC PARENT CORP., | 2:15-bk-00685-BKM |
| SPYFIRE INTERACTIVE, LLC, | 2:15-bk-00686-BKM |
| STACKED DIGITAL, LLC, and | 2:15-bk-00687-BKM |
| SKYMALL INTERESTS, LLC. | 2:15-bk-00688-BKM |

This Pleading applies to:

■ All Debtors
☐ Specified Debtors

**CERTIFICATE OF SERVICE**

SYBIL TAYLOR AYTCH, being first duly sworn, upon her oath deposes and says:

1.    I am over the age of twenty-one years and a resident of the State of Arizona.

2.    In my capacity as Senior Bankruptcy Paralegal at Quarles & Brady LLP, counsel

to SKYMALL, LLC, *et al.*, the debtors and debtors-in-possession in the above-captioned Chapter

QB\154622.00010\34246809.1

| | |
|---|---|
| 1 | 11 cases, I caused true and correct copies of the following to be served on March 27, 2015 via |
| 2 | electronic mail or first-class U.S. mail, postage prepaid, on all parties on the Official Service List |
| 3 | attached hereto as Exhibit "A": |
| 4 | **DECLARATION OF JEFFREY R. MANNING IN SUPPORT OF MOTION FOR** |
| 5 | **ORDERS (I) AUTHORIZING BIDDING PROCEDURES AND AUCTION; (II) SCHEDULING SALE HEARING AND APPROVING NOTICE THEREOF, (III)** |
| 6 | **AUTHORIZING SALE OF ASSETS, AND (IV) GRANTING RELATED RELIEF (Docket No. 311)** |
| 7 | |
| 8 | I declare under penalty of perjury that the foregoing is true and correct and that this |
| 9 | declaration was executed at Phoenix, Arizona on March 27, 2015. |

/s/ Sybil Taylor Aytch_____
Sybil Taylor Aytch

# Exhibit "A"

LARRY WATSON
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003
Email: larry.watson@usdoj.gov

DAVID BOTTER, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: dbotter@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

SUSAN M. FREEMAN
JUSTIN J. HENDERSON
LEWIS ROCA ROTHGERBER LLP
201 E. WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004-2595
Email: SFreeman@LRRLaw.com
Email: JHenderson@LRRLaw.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

DAREN W. PERKINS, ESQ.
EXECUTIVE DIRECTOR & ASSISTANT
GENERAL COUNSEL
JPMORGAN CHASE & CO.
P. O. BOX 655415
DALLAS, TX 75265-5415
Email: daren.perkins@jpmchase.com

STEVEN R. WIRTH, ESQ.
AKERMAN LLP
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602
Email: steven.wirth@akerman.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

PAUL W. WEISER, ESQ.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD, SUITE 440
SCOTTSDALE, AZ 85254-1754
Email: pweiser@buchalter.com
COUNSEL FOR PKY FUND II PHOENIX I, LLC

JOANNA NEWDECK, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036
Email: jnewdeck@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

JANET E. BOSTWICK, ESQ.
JANET E. BOSTWICK, PC
295 DEVONSHIRE STREET
BOSTON, MA 02110
Email: jeb@bostwicklaw.com
COUNSEL FOR DEMANDWARE INC.

WESLEY D. RAY, ESQ.
POLSINELLI PC
1 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

JEFFREY R. MANNING
COHNREZNICK CAPITAL MARKETS
SECURITIES LLC
500 E PRATT STREET SUITE 200
BALTIMORE MD 21202
Email: jeff.manning@crcms.com
INVESTMENT BANKER FOR DEBTORS

**SKYMALL, LLC,** *et al.*
**OFFICIAL SERVICE LIST**

CHRISTOPHER A. WARD, ESQ.
JARRETT VINE, ESQ.
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com
Email: jvine@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

TAMALYN E. LEWIS, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: tel@eblawyers.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

MARIAN GARZA
ASCENSION CAPITAL GROUP, INC.
P.O. BOX 201347
ARLINGTON, TX 76006
Email: ecfnotices@ascensioncapitalgroup.com
BANKRUPTCY SERVICER FOR BMW
FINANCIAL SERVICES NA, LLC

DEAN C. WALDT, ESQ.
MICHAEL S. MYERS, ESQ.
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
Email: waldtd@ballardspahr.com
Email: myersms@ballardspahr.com
COUNSEL FOR XSE, LLC, X SHARES, LLC,
AND SMXE LENDING, LLC

SANDRA W. LAVIGNA, ESQ.
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES CA  90071-9591
Email: lavignas@sec.gov

AUTUMN D. HIGHSMITH, ESQ.
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TEXAS 75219
Email: autumn.highsmith@hayesboone.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

THOMAS J. SALERNO, ESQ.
ANTHONY P. CALI, ESQ.
GORDON SILVER
ONE E. WASHINGTON, SUITE 400
PHOENIX, AZ 85004
Email: tsalerno@gordonsilver.com
Email: acali@gordonsilver.com

HARRIS B. WINSBERG, ESQ.
STEPHEN S. ROACH, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST., SUITE 5200
ATLANTA, GA 30308
Email: harris.winsberg@troutmansanders.com
Email: stephen.roach@troutmansanders.com
COUNSEL FOR DELTA AIRLINES, INC.

STEVEN D. JEROME, ESQ.
ERIC S. PEZOLD, ESQ.
SNELL & WILMER L.L.P.
400 E. VAN BUREN STREET, SUITE 1900
PHOENIX, AZ  85004-2202
Email: sjerome@swlaw.com
Email: epezold@swlaw.com
LOCAL COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

KIMBERLY A. WALSH, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
MC 008
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
Email: Kimberly.Walsh@texasattorneygeneral.gov

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

JEFFREY L. COHEN, ESQ.
SETH VAN AALTEN, ESQ.
ALEX R. VELINSKY, ESQ.
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: jcohen@cooley.com
Email: svanaalten@cooley.com
Email: avelinsky@cooley.com
LEAD COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

CAROLYN J. JOHNSEN, ESQ.
DICKINSON WRIGHT, PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
Email: cjjohnsen@dickinsonwright.com
COUNSEL FOR DESIGN TOSCANO LTD.

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000
Email: george.w.brunson@aexp.com

JONATHAN B. FRUTKIN, ESQ.
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., SUITE 200
SCOTTSDALE, AZ 85254
Email: jfrutkin@frutkinlaw.com
COUNSEL FOR AMERICAN PRINTHOUSE

CINMAR (FRONTGATE/ELECTMIX)
5566 W CHESTER RD
ATTN: GREG BERGLUND
WEST CHESTER OH 45069
Email: afranzoni@cinmar.com

JOHN D. ELROD, ESQ.
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305
Email: elrodj@gtlaw.com
COUNSEL FOR UNITED PARCEL SERVICE, INC.

CHRISTOPHER L. HERING, ESQ.
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
Email: chering@gblaw.com
COUNSEL FOR VICTORINA LLC

AMERICAN AIRLINES
4333 AMON CARTER BLVD
FORT WORTH TX 76155
Email: walter.weems@aa.com

S. CARY FORRESTER, ESQ.
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
E-mail: scf@forresterandworth.com
COUNSEL FOR UNDERBOSS PRODUCTIONS, LLC

CONSTANGY BROOKS & SMITH LLP
PO BOX 102476
ATLANTA GA 30368-0476
Email: jrosin@constangy.com

GEMMY INDUSTRIES CORP
PO BOX 3588
COPPELL TX  75019
Email: jason.mccann@gemmy.com

HAMMACHER SCHLEMMER & CO., INC.
ATTN: ANN HAMILTON
9307 N MILWAUKEE AVENUE
NILES IL  60714
Email: ann.hamilton@bgeltd.com

HAMMACHER, SCHLEMMER & CO., INC.
ATTN: KAREN SEAWELL
9307 N. MILWAUKEE AVE.
NILES IL  60714
Email: Kseawell@hammacher.com

MARK L. RADTKE, ESQ.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
Email: mradtke@shawfishman.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

PATRICK A. CLISHAM, ESQ.
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: pac@eblawyers.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

MIDLAND PAPER
1140 PAYSPHERE CIRCLE
CHICAGO IL  60674
Email: jim.otoole@midlandpaper.com

MIDLAND PAPER COMPANY
ATTN: RALPH DELETTO
101 E. PALATINE RD.
WHEELING IL 60090
Email: Ralph.deletto@midlandpaper.com

SIGNALS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236
Email: mbender@woecatalog.com

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH  45069
Email: cpellenberg@improvementscatalog.com

SOUTHWEST AIRLINES, INC.
14800 FRYE ROAD
FORT WORTH, TX 76115
Email: vicki.mccrummen@wnco.com

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA  92705
Email: dcoleman@reliefpod.com

NORM THOMPSON OUTFITTERS, INC. DBA
SOLUTIONS
DANIEL W. RAMSEY
138 CONANT STREET
BEVERLY MA 01915
Email: dramsey@orchardbrands.com

NORM THOMPSON OUTFITTERS, INC.  DBA
SOLUTIONS
ATTN: KAREN DURLING
26 ALBERIGI DRIVE
JESSUP, PA 18434
Email: mbowcut@ntobrands.com

STEINER SPORTS MEMORABILIA, INC.
ATTN: KELVIN JOSEPH
145 HUGUENOT STREET
NEW ROCHELLE NY 10801
Email: Kjoseph@steinersports.com

STEINER SPORTS MEMORABILIA, INC.
145 HUGENOT STREET
NEW ROCHELLE, NY 10801
Email: smahoney@steinersports.com

UNITED AIRLINES, INC.
1200 E. ALGONQUIN ROAD
ELK GROVE, IL 60007
Email: david.oppenheim@united.com

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905
Email: milanoue@ups.com

US AIRWAYS
P.O. BOX 29655
PHOENIX, AZ 85038
Email: autumn.highsmith@haynesboone.com
Email: tel@eblawyers.com

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

INSIGHT DIRECT USA, INC.
ATTN: MICHAEL L. WALKER
6820 S. HARL AVENUE
TEMPE, AZ 85283
Email: Sherri.West@Insight.com

PROJECT MANAGEMENT CORP.
3683 E VALLEJO DRIVE
GILBERT, AZ 85298
Email: jerel@talentwoo.com

VARIDESK, LLC
ATTN:  CRAIG D. STOREY
117 WRANGLER WAY, SUITE 100
COPPELL TX 75019
Email: craig.storey@varidesk.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475
Email: azecf@dor.mo.gov

CHAIM PIEKARSKI
AVI GOLDENBERG
C&A MARKETING, INC.
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660
Email: chaim@camarketing.com
Email: avig@camarketing.com

NCR CORPORATION
INTELLECTUAL PROPERTY LAW VP
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GEORGIA 30096
Email: richard.weiss@ncr.com

JUMBLEBERRY
C/O ALBERT LUK
171 E. LIBERTY STEET, SUITE 310
TORONTO ON M6K 3P6
CANADA
Email: Brian@jumbleberry.com
Email: albert.luk@jumbleberry.com

TIMOTHY SMITH
8700 N. 64TH PLACE
PARADISE VALLEY, AZ 85253
Email: msmith1803@aol.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011
Email: cdg@e3light.com

BRADLEY HILLIER
421 W. ALAMEDA DRIVE
TEMPE, AZ 85282
Email: bhillier@homebrandsgroup.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

BRADLEY J. STEVENS, ESQ.
JEFFREY D. GARDNER, ESQ.
PAUL J. VALENTINE, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E. WASHINGTON STREET, SUITE 1900
PHOENIX, AZ 85004-2554
Email: bstevens@jsslaw.com
Email: jgardnerg@sslaw.com
Email: pvalentine@jsslaw.com
COUNSEL FOR OFFICIAL COMMITTEE OF
RESTRICTED EQUITY SHAREHOLDERS OF
XHIBIT CORP.

NCR CORPORATION
GENERAL COUNSEL
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GA 30096
Email: law.notices@ncr.com

CHAD ROBERSON
HONNE CAPITAL, LLC
375 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10152
Email: roberson@honnecapital.com

TWIN STAR
NIKOLA KRGOVIC
BRACE ABAFI 2/10
ZEMUN MB 62400382
SERBIA

DAVID SANDERS
7944 E. PARK VIEW LANE
SCOTTSDALE, AZ 85255
Email: dsanders@ambath.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

RYAN J. LORENZ
CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE, AZ 85254
Email: rlorenz@clarkhill.com
COUNSEL FOR BRAND 44, LLC

JOSEPH CORRIGAN
IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC
ONE FEDERAL STREET
BOSTON, MA 02110
Email: Bankruptcy2@ironmountain.com

TERESA M. PILATOWICZ, ESQ.
GORDON SILVER
ONE E. WASHINGTON STREET, SUITE 400
PHOENIX, AZ 85004
Email: tpilatowicz@gordonsilver.com
COUNSEL FOR LAKE INDUSTRIES, INC.

U. S. SECURITIES AND EXCHANGE COMMISSION
ATTN: MORGAN BRADYLYONS
100 F STREET, MAIL STOP 9040
WASHINGTON, D.C. 20549

RACKSPACE US INC.
UNIT 5 MILLKINGTON ROAD
HYDE PARKE HAYES
MIDDLESEX GB UB34AZ
UNITED KINGDOM

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

BIG HUGE MEDIA LLC
360 GRAND AVENUE
BROOKLYN, NY 11238

ADCAFE LLC
49 WOODBROOKE DRIVE
EDISON, NJ 08820-2965

MARKETO INC.
PO BOX 122068
DALLAS, TX 75312-2068

IDENTIFYLE INC.
7945 CARTILLA AVENUE, SUITE A
RANCHO CUCAMONGA, CA 91730

SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

INTERNAL REVENUE SERVICE
4041 N CENTRAL AVENUE
BUILDING A
PHOENIX AZ  85012

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
1275 W WASHINGTON AVE
PHOENIX, AZ 85007

ARIZONA DEPT OF REVENUE
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ  85007

US BANK, NA
BANKRUPTCY/RECOVERY DEPT.
PO BOX 5229
CINCINNATI, OH  45201

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
POB 3001
MALVERN, PA 19355-0701

ROSENTHAL & ROSENTHAL, INC.
ATTN: ANTHONY DITIRRO
1370 BROADWAY
NEW YORK, NY 10018