# SIGN IN SHEET

**CASE NAME:** **SKYMALL, LLC FKA SKYMALL, INC.**

**CASE NUMBER:** **2:15-bk-00679-BKM**    **DATE:** **MARCH 27, 2015**

| Name | Client |
|---|---|
| John Harvis, Quarlet Brody | Debtors |
| Robert Harvis " | Debtors |
| JORDAN KROOP, PERKINS COIE | C&A MARKETING (BUYER) |
| Steve Jerome | Committee |
| Seth Van Aalten | Creditor Committee |
| Alex Velinsky | Creditor Committee |
| BRADLEY STEVENS, JSS | EQUITY COMMITTEE |
| JEFF GARDNER, JSS | " " |
| Wesley Ray | HSN Improvements, Cinmar |
| Terese Pilatowicz | Lake Industries, Inc. |
| Justin Henderson, Lewis Roca Rothgerber | Connexions Loyalty / Skymall Ventures |
| Christopher Hering – Gammage + Burnham | Victorina, LLC |