Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Jointly Administered with: | Jointly Administered with Case Nos.: |
| XHIBIT CORP., XHIBIT INTERACTIVE, LLC, FLYREPLY CORP., SHC PARENT CORP., SPYFIRE INTERACTIVE, LLC, STACKED DIGITAL, LLC, and SKYMALL INTERESTS, LLC. | 2:15-bk-00680-BKM<br>2:15-bk-00682-BKM<br>2:15-bk-00684-BKM<br>2:15-bk-00685-BKM<br>2:15-bk-00686-BKM<br>2:15-bk-00687-BKM<br>2:15-bk-00688-BKM |
| This Pleading applies to:<br><br>☐ All Debtors<br>☑ Specified Debtors<br><br>**SKYMALL, LLC** | **SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, *NUNC PRO TUNC* TO THE APRIL 3, 2015 SALE CLOSING DATE, PURSUANT TO BANKRUPTCY CODE § 365** |

SKYMALL, LLC ("**SkyMall**"), a debtor and debtor-in-possession in the above-captioned,

jointly administered Chapter 11 cases (the "**Bankruptcy Cases**"), requests that the Court enter an

Order authorizing and approving, pursuant to Bankruptcy Code §§ 105(a) and 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1, the rejection of certain executory contracts (as listed on **Schedule 1** hereto, the "**Subject Agreements**"),[1] *nunc pro tunc* to April 3, 2015 (the "**Sale Closing Date**"). **PARTIES TO THE SUBJECT AGREEMENTS MAY FIND THEIR NAMES AND THEIR RESPECTIVE AGREEMENTS ON SCHEDULE 1.**

Pursuant to its *Order Authorizing Sale Of Certain Assets By Debtor Skymall, LLC Free And Clear Of Claims, Liens, Encumbrances And Other Interests* entered on March 27, 2015 [Docket No. 316] (the "**Sale Order**"), the Court approved a sale of certain SkyMall assets (the "**Sale**") in accordance with the terms of the Sale Order and an asset purchase agreement between SkyMall and the Buyer (as defined in the Sale Order) of the assets. The Buyer did not seek the assumption and assignment of any of the Subject Agreements as part of the Sale. The Sale closed on the April 3, 2015 Sale Closing Date. In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements relate. Accordingly, none of the Subject Agreements are necessary or beneficial to SkyMall's estate. Now that the Sale has closed, the expeditious rejection of the Subject Agreements is necessary to prevent potential administrative claims from continuing to accrue. Accordingly, SkyMall has determined, in its sound business judgment, that the Subject Agreements do not benefit its estate, and rejection *nunc pro tunc* to the April 3, 2015 Sale Closing Date is in the best interest of creditors and SkyMall's estate.[2]

---

[1]    The inclusion of an agreement on Schedule 1 is not an admission by SkyMall that such agreement constitutes a valid, enforceable, executory contract or unexpired lease. SkyMall reserves all its rights to dispute the validity and nature of each of the Subject Agreements listed on Schedule 1.

[2]    Bankruptcy Rule 6006(f)(6) provides that an omnibus motion to reject multiple contracts or leases shall "be limited to no more than 100 executory contracts or unexpired leases." In accordance with Bankruptcy Rule 6006(f)(6), this Second Omnibus Motion is limited to 100 of SkyMall's executory contracts. Additional omnibus rejection motions are being filed by SkyMall to address additional contracts SkyMall seeks to reject. SkyMall and the other Debtors in these Bankruptcy Cases are continuing to review their contracts and leases, and they each reserve the right to file additional motions for assumption or rejection of contracts and/or leases.

1    This Motion is supported by the attached Memorandum of Points and Authorities, and the

2 entire record before the Court in these Bankruptcy Cases.

3        RESPECTFULLY SUBMITTED this 8th day of April, 2015.

4                                        QUARLES & BRADY LLP
                                         Renaissance One
5                                        Two North Central Avenue
                                         Phoenix, AZ  85004-2391
6

7                                        By /s/ John A. Harris
                                             John A. Harris
8                                             Lori L. Winkelman

9                                        Attorneys for Debtors and Debtors-in-Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

QB\34262548.2

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.       FACTUAL AND PROCEDURAL BACKGROUND.

1.       On January 22, 2015 (the "**Petition Date**"), SkyMall, along with the other above-captioned debtors, filed voluntary petitions for relief under chapter 11, thereby commencing the Bankruptcy Cases.[3]

2.       On January 29, 2015, the Court entered its *Order Establishing Bidding Procedures For Auction Sale, Scheduling Hearing On Sale Motion And Granting Related Relief* [Docket No. 53] (the "**Sale Procedures Order**"), pursuant to which the Court approved a marketing and sale process for business assets of SkyMall.

3.       As provided in the Sale Procedures Order, and on March 27, 2015, the Court held a hearing to consider approval of the Sale (the "**Sale Hearing**").

4.       The Buyer (as defined in the Sale Order) did not seek the assumption and assignment of any of SkyMall's executory contracts or unexpired leases (including any of the Subject Agreements) as part of the Sale.

5.       At the conclusion of the Sale Hearing, the Court entered the Sale Order approving the Sale.

6.       On the April 3, 2015 Sale Closing Date, SkyMall closed the Sale in accordance with Sale Order and the asset purchase agreement between SkyMall and the Buyer.  None of the Subject Agreements were assumed or assigned as part of the Sale.

7.       In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements relate.  Accordingly, the Subject Agreements are no longer necessary or beneficial to SkyMall or its estate and, in the exercise of its reasonable business judgment, SkyMall has determined that the Subject Agreements should be rejected *nunc pro tunc* to the Sale Closing Date.

---

[3]       Unless otherwise indicated, all chapter and section references in this Motion are to the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*.  All "Rule" references are to the Federal Rules of Bankruptcy Procedure.

QB\342625 48.2                                                         4

1    II.    **LEGAL ARGUMENT.**

2         A.   *Rejection of the Subject Agreements is a Proper Exercise of SkyMall's Business*
                *Judgment*
3

4         Under Bankruptcy Code § 365(a), a Chapter 11 debtor-in-possession, "subject to the

5    court's approval, may . . . reject any executory contract." 11 U.S.C. § 365(a).  In making a

6    determination of whether to approve such rejection, "a bankruptcy court need engage in 'only a

7    cursory review of a [debtor-in-possession]'s decision to reject the contract. Specifically, a

8    bankruptcy court applies the business judgment rule to evaluate a [debtor-in-possession]'s

9    rejection decision . . . .'".  *In re Pomona Valley Med. Grp., Inc.*, 476 F.3d 665, 670 (9th Cir.

10   2007) (quoting *Durkin v. Benedor Corp. (In re G.I. Indust., Inc.),* 204 F.3d 1276, 1282 (9th Cir.

11   2000)).  The Ninth Circuit has recognized that "courts are no more equipped to make subjective

12   business decisions for insolvent businesses than they are for solvent businesses." *Id.*  As such,

13   "in evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-

14   possession acted prudently, on an informed basis, in good faith, and in the honest belief that the

15   action taken was in the best interests of the bankruptcy estate." *Id.* (citing *Navellier v. Sletten,*

16   262 F.3d 923, 946 n. 12 (9th Cir. 2001) and *FDIC v. Castetter,* 184 F.3d 1040, 1043 (9th Cir.

17   1999)).  In short, the Ninth Circuit has determined that a court "should approve the rejection of

18   an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion

19   that rejection would be 'advantageous is so manifestly unreasonable that it could not be based on

20   sound business judgment, but only on bad faith, or whim or caprice.'" *Id.* (quoting *Lubrizol*

21   *Enter. v. Richmond Metal Finishers,* 756 F.2d 1043, 1047 (4th Cir. 1985)); *see also In re Trans*

22   *World Airlines,* 261 B.R. 103, 121 (Bankr. D. Del. 2003) ("A debtor's decision to reject an

23   executory contract must be summarily affirmed unless it is the product of bad faith, or whim

24   or caprice") (internal quotations omitted).

25        In this case, SkyMall has determined, in its sound business judgment, that the rejection of

26   the Subject Agreements is in the best interest of its estate.  Maintaining the Subject Agreements

will not benefit SkyMall's estate because the Subject Agreements are not necessary or beneficial to SkyMall after the closing of the Sale. Absent rejection, SkyMall's estate may face the risk of incurring continuing and potentially substantial administrative claims.[4]

### B. Nunc Pro Tunc Relief Is Appropriate

The Ninth Circuit and other courts have recognized that they have the equitable power to approve retroactive rejection of agreements under Bankruptcy Code § 105(a). *See, e.g., Pacific Shores Dev., LLC v. At Home Corp. (In re At Home Corp.),* 392 F.3d 1064, 1070 (9th Cir. 2004) (rejection of unexpired lease approved retroactive to petition date); *In re Amber's Stores, Inc.,* 193 B.R. 819, 820–21, 827 (Bankr. N.D. Tex. 1996) (same); *In re New Meatco Provisions,* LLC, No. 2:13–bk–22155–PC, 2013 WL 3760129, *1, *6 (Bankr. C.D. Cal. July 16, 2013) (rejection of lease effective retroactive to date debtor turned possession of premises over to landlord); *In re Manis Lumber Co.,* 430 B.R. 269, 271–72, 280 (Bankr. N.D. Ga. 2009) (same); *In re O'Neil Theatres, Inc.,* 257 B.R. 806 (Bankr. E.D. La. 2000) (rejection of lease effective retroactive to petition date). When determining whether retroactive relief is appropriate, courts are primarily concerned with the amount of delay in filing the rejection motion, the motives of any objecting party (*e.g.*, is the objecting party trying to receive an administrative claim windfall), and whether the debtor's estate received an actual and necessary benefit under the agreement. *See, e.g., In re At Home Corp.*, 392 F.3d at 1072 (indentifying factors).

In this case, rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date is appropriate. This Second Omnibus Motion has been filed as soon as reasonably possible following the Sale Closing Date. SkyMall informed the Court and parties in interest at the March 27, 2015 Sale Hearing that SkyMall intended to seek rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date. Finally, because the Subject Agreements relate primarily

---

[4] Because the Subject Agreements relate to business operations of SkyMall that will terminate in light of the Sale closing, SkyMall does not believe that the rejection of the Subject Agreements will be harmful or material to the non-debtor counterparties to the contracts.

to business operations of SkyMall that will terminate in light of the Sale closing, such Subject Agreements have not provided (and they cannot provide) an actual and necessary benefit to SkyMall's estate after the Sale Closing Date under Bankruptcy Code § 503. Therefore, SkyMall does not believe the counterparties to the Subject Agreements will be harmed by *nunc pro tunc* relief.[5]

In light of the foregoing, the timing of this Motion has been expeditious and reasonable. *Nunc pro tunc* relief to the Sale Closing Date is warranted to avoid potential administrative claims (or disputes over such claims) in regard to the Subject Agreements. In this regard, the relief requested herein is particularly beneficial to SkyMall's general unsecured creditors. Accordingly, SkyMall requests the Court approve its rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date.

---

[5] The Second Omnibus Motion does not seek to alter or affect any pre-Petition Date claims that may be held by the non-debtor counterparties to the Subject Agreements. The amounts listed in Schedule 1 are estimated amounts that may be owed as of the Petition Date. The amounts listed in Schedule 1 are estimates only for purposes of this Motion and to comply with LBR 6004-1(a)(4). These estimates, however, are not an adjudication of any rights under the agreements or amounts owed to any counterparty. Nothing in this Motion or Schedule 1 shall be construed to be an admission by SkyMall that it owes the estimated amounts, or any amounts, in regard to the referenced agreements. SkyMall reserves all its rights related to the validity of or amounts that may be owing under any contract.

III.     **CONCLUSION**

WHEREFORE, SkyMall respectfully requests entry of an order, a form of which is attached hereto as **Exhibit A**: (A) authorizing SkyMall to reject the Subject Agreements listed on Schedule 1 *nunc pro tunc* to the Sale Closing Date; (B) deeming the Subject Agreements listed on Schedule 1 rejected, *nunc pro tunc* to the Sale Closing Date; and (C) granting such other relief as may be just and proper under the facts and circumstances of these Bankruptcy Cases.

RESPECTFULLY SUBMITTED this 8th day of April, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391


By  /s/ John A. Harris
     John A. Harris
     Lori L. Winkelman

Attorneys for Debtors and Debtors-in-Possession

COPIES of the foregoing sent via
e-mail or first-class mail this 8th
day of April, 2015, to all parties
on the Official Service List
and the Rejection Notice List attached
hereto:


/s/ Sybil Taylor Aytch

## SCHEDULE 1 TO SECOND OMNIBUS REJECTION MOTION

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 1. | 770 Imports (Waliki Toys Inc) | SkyMall LLC | Vendor Agreement | 6/27/2014 | Vendor supply | $0 | Related to terminated business operations |
| 2. | A Better Way Products LLC | SkyMall LLC | Vendor Agreement | 10/17/2014 | Vendor supply | $0 | Related to terminated business operations |
| 3. | A Crowded Coop, LLC | SkyMall LLC | Vendor Agreement | 6/26/2014 | Vendor supply | $1,225.36 | Related to terminated business operations |
| 4. | Abbott Research Group, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 5. | ABC Refrigeration Heating & Cooling, Inc. | SkyMall LLC | Vendor Agreement | 7/8/2014 | Vendor supply | $615.37 | Related to terminated business operations |
| 6. | Above All Advertising, Inc. | SkyMall LLC | Vendor Agreement | 6/8/2009 | Vendor supply | $0 | Related to terminated business operations |
| 7. | ACECAD Digital Corp. dba Solidtek USA Inc. | SkyMall LLC | Vendor Agreement | 7/14/2014 | Vendor supply | $20,238.65 | Related to terminated business operations |
| 8. | Adlens USA, Inc. | SkyMall LLC | Vendor Agreement | 5/29/2014 | Vendor supply | $2,324.89 | Related to terminated business operations |
| 9. | Alberto Frias, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 10. | Alfi Trade Inc. | SkyMall LLC | Vendor Agreement | 10/24/2014 | Vendor supply | $0 | Related to terminated business operations |
| 11. | Almo E-Commerce, LLC/ Almo Distribution PA, Inc. | SkyMall LLC | Vendor Agreement | 5/5/2010 | Vendor supply | $14,548.19 | Related to terminated business operations |
| 12. | Almo Fulfillment Services, LLC | SkyMall LLC | Vendor Agreement | 5/5/2010 | Vendor supply | $0 | Related to terminated business operations |
| 13. | Alphard Golf, Inc. | SkyMall LLC | Vendor Agreement | 5/8/2014 | Vendor supply | $3,022.01 | Related to terminated business operations |
| 14. | American Printhouse | SkyMall LLC | Vendor Agreement | 7/22/2014 | Vendor supply | $29,415.50 | Related to terminated business operations |
| 15. | Americare Health Products Inc. | SkyMall LLC | Vendor Agreement | 4/23/2014 | Vendor supply | $348.21 | Related to terminated business operations |
| 16. | Andy Paige Style, Inc. | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $4,143.13 | Related to terminated business operations |
| 17. | Angel Sales dba Kagan Unlimited | SkyMall LLC | Vendor Agreement | 7/15/2010 | Vendor supply | $0 | Related to terminated business operations |
| 18. | Anna J Chung Ltd. dba AJsCollection.com | SkyMall LLC | Vendor Agreement | 1/23/2014 | Vendor supply | $30,956.25 | Related to terminated business operations |
| 19. | Anne Stone Golf | SkyMall LLC | Vendor Agreement | 2/4/2013 | Vendor supply | $6,343.43 | Related to terminated business operations |
| 20. | Apex Graphics, LLC dba Harbinger Laser Art, LLC | SkyMall LLC | Vendor Agreement | 10/8/2014 | Vendor supply | $0 | Related to terminated business operations |

---

[1]      References to any agreement includes all agreements with such counterparty and all amendments, supplements, and modifications thereto.

[2]      The amounts listed in this column are estimated amounts that may be owed as of the Petition Date. These are estimates only for purposes of this Schedule and to comply with LBR 6004-1(a)(4). SkyMall does not believe that any further amounts are due under the referenced contract. These amounts, however, are not an adjudication any rights under the agreement or amounts owed to any counterparty. Nothing in this Schedule shall be construed to be an admission by SkyMall that it owes the estimated amounts, or any amounts, in regard to the referenced agreement. SkyMall reserves all its rights related to the validity of or amounts that may be owing under any agreement.

QB\34506254.1

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 21. | Aplars | SkyMall LLC | Vendor Agreement | 9/11/2014 | Vendor supply | $0 | Related to terminated business operations |
| 22. | APN Healthcare Inc. | SkyMall LLC | Vendor Agreement | 11/11/2013 | Vendor supply | $166.31 | Related to terminated business operations |
| 23. | Apnea Sciences | SkyMall LLC | Vendor Agreement | 5/1/2012 | Vendor supply | $1,655.08 | Related to terminated business operations |
| 24. | Architectural Mailboxes LLC | SkyMall LLC | Vendor Agreement | 1/21/2014 | Vendor supply | $993.44 | Related to terminated business operations |
| 25. | Art & Artifact / Signals | SkyMall LLC | Vendor Agreement | 2/11/2000 | Vendor supply | $102,943.81 | Related to terminated business operations |
| 26. | Authentic Street Signs | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $31,486.12 | Related to terminated business operations |
| 27. | Author Solutions | SkyMall LLC | Vendor Agreement | 12/26/2012 | Vendor supply | $1,148.57 | Related to terminated business operations |
| 28. | Automated Pet Care Products Inc. | SkyMall LLC | Vendor Agreement | 8/18/2006 | Vendor supply | $81,696.73 | Related to terminated business operations |
| 29. | Automatic Labs, Inc. | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $538.16 | Related to terminated business operations |
| 30. | Azodi, Inc. (In1 Case) | SkyMall LLC | Vendor Agreement | 7/17/2014 | Vendor supply | $0 | Related to terminated business operations |
| 31. | BabySquare | SkyMall LLC | Vendor Agreement | 12/29/2014 | Vendor supply | $0 | Related to terminated business operations |
| 32. | BB Designs | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $0 | Related to terminated business operations |
| 33. | BBG Communications | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $0 | Related to terminated business operations |
| 34. | Bbranded (ACF Global) | SkyMall LLC | Vendor Agreement | 1/14/2014 | Vendor supply | $0 | Related to terminated business operations |
| 35. | Bed Voyage | SkyMall LLC | Vendor Agreement | 11/20/2014 | Vendor supply | $0 | Related to terminated business operations |
| 36. | BeeLine Mkt. Solutions, Inc. | SkyMall LLC | Vendor Agreement | 6/25/2014 | Vendor supply | $9,876.87 | Related to terminated business operations |
| 37. | Bel-Power Systems, LLC | SkyMall LLC | Vendor Agreement | 10/14/2014 | Vendor supply | $0 | Related to terminated business operations |
| 38. | BK Golf, LLC | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $293.58 | Related to terminated business operations |
| 39. | BK Sems Media, LLC | SkyMall LLC | Vendor Agreement | 5/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 40. | BL Worldwide Inc. dba Cardiff Products | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $1,884.71 | Related to terminated business operations |
| 41. | Blue Goji Corp. | SkyMall LLC | Vendor Agreement | 6/27/2014 | Vendor supply | $3,533.91 | Related to terminated business operations |
| 42. | Blue Matrix Labs, LLC | SkyMall LLC | Vendor Agreement | 3/25/2014 | Vendor supply | $6,988.18 | Related to terminated business operations |
| 43. | Blue Ridge Product Solutions, Inc. | SkyMall LLC | Vendor Agreement | 6/24/2014 | Vendor supply | $17,939.46 | Related to terminated business operations |
| 44. | Bluegro LLC dba Voice Art Gallery | SkyMall LLC | Vendor Agreement | 7/14/2014 | Vendor supply | $0 | Related to terminated business operations |

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 45. | Bluekube Technologies | SkyMall LLC | Vendor Agreement | 1/21/2014 | Vendor supply | $80,087.62 | Related to terminated business operations |
| 46. | Bon Vivant Baby LLC | SkyMall LLC | Vendor Agreement | 6/23/2014 | Vendor supply | $1,511.38 | Related to terminated business operations |
| 47. | Bondi Band | SkyMall LLC | Vendor Agreement | 7/7/2014 | Vendor supply | $1,933.07 | Related to terminated business operations |
| 48. | Brand 44 Colorado | SkyMall LLC | Vendor Agreement | 2/14/2014 | Vendor supply | $16,200.00 | Related to terminated business operations |
| 49. | Brickhouse Electronics, LLC | SkyMall LLC | Vendor Agreement | 5/29/2009 | Vendor supply | $4,389.58 | Related to terminated business operations |
| 50. | BrightEdge | SkyMall LLC | Master Subscription Agreement | 9/26/2013 | Vendor supply | $4,800.00 | Related to terminated business operations |
| 51. | Brinn Inc. | SkyMall LLC | Vendor Agreement | 1/9/2014 | Vendor supply | $38,746.68 | Related to terminated business operations |
| 52. | Britanne Corp. | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $2,020.88 | Related to terminated business operations |
| 53. | Brownmed | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $6,044.35 | Related to terminated business operations |
| 54. | BuddyRest | SkyMall LLC | Vendor Agreement | 10/17/2014 | Vendor supply | $0 | Related to terminated business operations |
| 55. | Buy Insta Slim, Inc. | SkyMall LLC | Vendor Agreement | 5/1/2012 | Vendor supply | $0 | Related to terminated business operations |
| 56. | C & A Marketing | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $27,750.31 | Related to terminated business operations |
| 57. | Cabeau, Inc. | SkyMall LLC | Vendor Agreement | 11/11/2013 | Vendor supply | $19,585.47 | Related to terminated business operations |
| 58. | Caldera International | SkyMall LLC | Vendor Agreement | 4/29/2008 | Vendor supply | $12,356.15 | Related to terminated business operations |
| 59. | California Innovations | SkyMall LLC | Vendor Agreement | 8/7/2014 | Vendor supply | $6,657.71 | Related to terminated business operations |
| 60. | California Wine Club | SkyMall LLC | Vendor Agreement | 8/28/1998 | Vendor supply | $4,175.67 | Related to terminated business operations |
| 61. | Canvas on Demand | SkyMall LLC | Vendor Agreement | 7/30/2004 | Vendor supply | $5,896.08 | Related to terminated business operations |
| 62. | Car-Deck, Inc. | SkyMall LLC | Vendor Agreement | 1/30/2014 | Vendor supply | $14,929.79 | Related to terminated business operations |
| 63. | Carrera of America, Inc. | SkyMall LLC | Vendor Agreement | 11/14/2014 | Vendor supply | $0 | Related to terminated business operations |
| 64. | Cecilia Undercover, Inc. | SkyMall LLC | Vendor Agreement | 4/8/2014 | Vendor supply | $3,592.08 | Related to terminated business operations |
| 65. | Chevalier Collection, Ltd. | SkyMall LLC | Vendor Agreement | 5/1/2012 | Vendor supply | $14,985.63 | Related to terminated business operations |
| 66. | Cinmar, LLC dba Frontgate | SkyMall LLC | Master Vendor Agreement | 4/25/2007 | Vendor supply | $166,466.62 | Related to terminated business operations |
| 67. | Cititec, Inc. dba Unitech Wholesale | SkyMall LLC | Vendor Agreement | 6/17/2014 | Vendor supply | $39,560.04 | Related to terminated business operations |
| 68. | Cockroach Design, LLC dba Stewart/Stand | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $8,348.84 | Related to terminated business operations |

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 69. | Comfort Revolution | SkyMall LLC | Vendor Agreement | 11/20/2014 | Vendor supply | $0 | Related to terminated business operations |
| 70. | Companion Group | SkyMall LLC | Vendor Agreement | 1/5/2015 | Vendor supply | $0 | Related to terminated business operations |
| 71. | CompuCalm, Ltd. | SkyMall LLC | Vendor Agreement | 6/21/2007 | Vendor supply | $7,917.39 | Related to terminated business operations |
| 72. | Cortex USA Inc. | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $147.08 | Related to terminated business operations |
| 73. | CQ | SkyMall LLC | Vendor Agreement | 10/20/14 | Vendor supply | $476.46 | Related to terminated business operations |
| 74. | CTEK Power, Inc. | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $0 | Related to terminated business operations |
| 75. | D & B Style | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $11.75 | Related to terminated business operations |
| 76. | DAC Innovations, Inc. | SkyMall LLC | Vendor Agreement | 5/9/2012 | Vendor supply | $2,908.42 | Related to terminated business operations |
| 77. | Dakota Alert | SkyMall LLC | Vendor Agreement | 7/22/2014 | Vendor supply | $0 | Related to terminated business operations |
| 78. | Design and Dance Inc. | SkyMall LLC | Vendor Agreement | 08/28/14 | Vendor supply | $793.41 | Related to terminated business operations |
| 79. | Design Ideas (MoMA) | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $3,247.79 | Related to terminated business operations |
| 80. | Design Toscano | SkyMall LLC | Vendor Agreement | 5/27/1998 | Vendor supply | $144,673.10 | Related to terminated business operations |
| 81. | Designer Pet Products | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $20,979.21 | Related to terminated business operations |
| 82. | DEW & Associates, LLC | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $0 | Related to terminated business operations |
| 83. | di Potter | SkyMall LLC | Vendor Agreement | 6/17/2014 | Vendor supply | $875.58 | Related to terminated business operations |
| 84. | Direct Action Media, Inc./Cannon Blue | SkyMall LLC | Vendor Agreement | 8/8/2013 (VIO only) | Vendor supply | $5,573.03 | Related to terminated business operations |
| 85. | Direct Action Media (Colsen Keane) | SkyMall LLC | Vendor Agreement | 8/8/2013 (VIO only) | Vendor supply | $238.74 | Related to terminated business operations |
| 86. | Direct Action Media (Dive Bar) | SkyMall LLC | Vendor Agreement | 08/08/2013 (VIO only) | Vendor supply | $0 | Related to terminated business operations |
| 87. | Direct Action Media (PostUp Stand) | SkyMall LLC | Vendor Agreement | 09/06/2013 (VIO only) | Vendor supply | $0 | Related to terminated business operations |
| 88. | Domo, Inc. | SkyMall LLC | Vendor Agreement | 5/13/2014 | Data storage | $0 | Related to terminated business operations |
| 89. | Door Jammer, Inc. | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $15,230.72 | Related to terminated business operations |
| 90. | E3Light Group | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $3,782.41 | Related to terminated business operations |
| 91. | EK Ekcesories | SkyMall LLC | Vendor Agreement | 2/1/2014 | Vendor supply | $14,532.81 | Related to terminated business operations |
| 92. | Emagin | SkyMall LLC | Vendor Agreement | 6/12/2014 | Vendor supply | $0 | Related to terminated business operations |

QB\34506254.1

**SCHEDULE 1 TO SECOND OMNIBUS REJECTION MOTION**

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| | | | | | | | business operations |
| 93. | Enjoy Laura, Inc. | SkyMall LLC | Vendor Agreement | 4/7/2014 | Vendor supply | $0 | Related to terminated business operations |
| 94. | Et Tu Tutu | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 95. | Evergreen Enterprises, Inc. | SkyMall LLC | Vendor Agreement | 5/1/2012 | Vendor supply | $0 | Related to terminated business operations |
| 96. | Eyefi | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 97. | Fairfield Language (Rosetta Stone) | SkyMall LLC | Vendor Agreement | 12/13/2001 | Vendor supply | $5,327.02 | Related to terminated business operations |
| 98. | FashionJunkie4Life | SkyMall LLC | Vendor Agreement | 7/1/2014 | Vendor supply | $2,704.16 | Related to terminated business operations |
| 99. | Fat Brain Toys | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $6,747.26 | Related to terminated business operations |
| 100 | First Time Manufactory, Inc | SkyMall LLC | Vendor Agreement | 7/16/2014 | Vendor supply | $2,145.32 | Related to terminated business operations |

**SKYMALL, LLC,** *et al.*
<u>**OFFICIAL SERVICE LIST**</u>

LARRY WATSON
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003
Email: larry.watson@usdoj.gov

DAVID BOTTER, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: dbotter@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

SUSAN M. FREEMAN
JUSTIN J. HENDERSON
LEWIS ROCA ROTHGERBER LLP
201 E. WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004-2595
Email: SFreeman@LRRLaw.com
Email: JHenderson@LRRLaw.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

DAREN W. PERKINS, ESQ.
EXECUTIVE DIRECTOR & ASSISTANT
GENERAL COUNSEL
JPMORGAN CHASE & CO.
P. O. BOX 655415
DALLAS, TX 75265-5415
Email: daren.perkins@jpmchase.com

STEVEN R. WIRTH, ESQ.
AKERMAN LLP
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602
Email: steven.wirth@akerman.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

PAUL W. WEISER, ESQ.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD, SUITE 440
SCOTTSDALE, AZ 85254-1754
Email: pweiser@buchalter.com
COUNSEL FOR PKY FUND II PHOENIX I, LLC

JOANNA NEWDECK, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036
Email: jnewdeck@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

JANET E. BOSTWICK, ESQ.
JANET E. BOSTWICK, PC
295 DEVONSHIRE STREET
BOSTON, MA 02110
Email: jeb@bostwicklaw.com
COUNSEL FOR DEMANDWARE INC.

WESLEY D. RAY, ESQ.
POLSINELLI PC
1 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

JEFFREY R. MANNING
COHNREZNICK CAPITAL MARKETS
SECURITIES LLC
500 E PRATT STREET SUITE 200
BALTIMORE MD 21202
Email: jeff.manning@crcms.com
INVESTMENT BANKER FOR DEBTORS

**SKYMALL, LLC,** *et al.*
**OFFICIAL SERVICE LIST**

CHRISTOPHER A. WARD, ESQ.
JARRETT VINE, ESQ.
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com
Email: jvine@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

TAMALYN E. LEWIS, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: tel@eblawyers.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

MARIAN GARZA
ASCENSION CAPITAL GROUP, INC.
P.O. BOX 201347
ARLINGTON, TX 76006
Email: ecfnotices@ascensioncapitalgroup.com
BANKRUPTCY SERVICER FOR BMW
FINANCIAL SERVICES NA, LLC

DEAN C. WALDT, ESQ.
MICHAEL S. MYERS, ESQ.
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
Email: waldtd@ballardspahr.com
Email: myersms@ballardspahr.com
COUNSEL FOR XSE, LLC, X SHARES, LLC,
AND SMXE LENDING, LLC

SANDRA W. LAVIGNA, ESQ.
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES CA  90071-9591
Email: lavignas@sec.gov

AUTUMN D. HIGHSMITH, ESQ.
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TEXAS 75219
Email: autumn.highsmith@hayesboone.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

THOMAS J. SALERNO, ESQ.
ANTHONY P. CALI, ESQ.
GORDON SILVER
ONE E. WASHINGTON, SUITE 400
PHOENIX, AZ 85004
Email: tsalerno@gordonsilver.com
Email: acali@gordonsilver.com

HARRIS B. WINSBERG, ESQ.
STEPHEN S. ROACH, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST., SUITE 5200
ATLANTA, GA 30308
Email: harris.winsberg@troutmansanders.com
Email: stephen.roach@troutmansanders.com
COUNSEL FOR DELTA AIRLINES, INC.

STEVEN D. JEROME, ESQ.
ERIC S. PEZOLD, ESQ.
SNELL & WILMER L.L.P.
400 E. VAN BUREN STREET, SUITE 1900
PHOENIX, AZ  85004-2202
Email: sjerome@swlaw.com
Email: epezold@swlaw.com
LOCAL COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

KIMBERLY A. WALSH, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
MC 008
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
Email: Kimberly.Walsh@texasattorneygeneral.gov

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

JEFFREY L. COHEN, ESQ.
SETH VAN AALTEN, ESQ.
ALEX R. VELINSKY, ESQ.
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: jcohen@cooley.com
Email: svanaalten@cooley.com
Email: avelinsky@cooley.com
LEAD COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

CAROLYN J. JOHNSEN, ESQ.
DICKINSON WRIGHT, PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
Email: cjjohnsen@dickinsonwright.com
COUNSEL FOR DESIGN TOSCANO LTD.

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000
Email: george.w.brunson@aexp.com

JONATHAN B. FRUTKIN, ESQ.
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., SUITE 200
SCOTTSDALE, AZ 85254
Email: jfrutkin@frutkinlaw.com
COUNSEL FOR AMERICAN PRINTHOUSE

CINMAR (FRONTGATE/ELECTMIX)
5566 W CHESTER RD
ATTN: GREG BERGLUND
WEST CHESTER OH 45069
Email: afranzoni@cinmar.com

JOHN D. ELROD, ESQ.
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305
Email: elrodj@gtlaw.com
COUNSEL FOR UNITED PARCEL SERVICE, INC.

CHRISTOPHER L. HERING, ESQ.
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
Email: chering@gblaw.com
COUNSEL FOR VICTORINA LLC

AMERICAN AIRLINES
4333 AMON CARTER BLVD
FORT WORTH TX 76155
Email: walter.weems@aa.com

S. CARY FORRESTER, ESQ.
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
E-mail: scf@forresterandworth.com
COUNSEL FOR UNDERBOSS PRODUCTIONS, LLC

CONSTANGY BROOKS & SMITH LLP
PO BOX 102476
ATLANTA GA 30368-0476
Email: jrosin@constangy.com

GEMMY INDUSTRIES CORP
PO BOX 3588
COPPELL TX 75019
Email: jason.mccann@gemmy.com

HAMMACHER SCHLEMMER & CO., INC.
ATTN: ANN HAMILTON
9307 N MILWAUKEE AVENUE
NILES IL 60714
Email: ann.hamilton@bgeltd.com

HAMMACHER, SCHLEMMER & CO., INC.
ATTN: KAREN SEAWELL
9307 N. MILWAUKEE AVE.
NILES IL 60714
Email: Kseawell@hammacher.com

MARK L. RADTKE, ESQ.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
Email: mradtke@shawfishman.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

PATRICK A. CLISHAM, ESQ.
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: pac@eblawyers.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

MIDLAND PAPER
1140 PAYSPHERE CIRCLE
CHICAGO IL 60674
Email: jim.otoole@midlandpaper.com

MIDLAND PAPER COMPANY
ATTN: RALPH DELETTO
101 E. PALATINE RD.
WHEELING IL 60090
Email: Ralph.deletto@midlandpaper.com

SIGNALS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH 44236
Email: mbender@woecatalog.com

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH 45069
Email: cpellenberg@improvementscatalog.com

SOUTHWEST AIRLINES, INC.
14800 FRYE ROAD
FORT WORTH, TX 76115
Email: vicki.mccrummen@wnco.com

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA 92705
Email: dcoleman@reliefpod.com

NORM THOMPSON OUTFITTERS, INC. DBA
SOLUTIONS
DANIEL W. RAMSEY
138 CONANT STREET
BEVERLY MA 01915
Email: dramsey@orchardbrands.com

NORM THOMPSON OUTFITTERS, INC. DBA
SOLUTIONS
ATTN: KAREN DURLING
26 ALBERIGI DRIVE
JESSUP, PA 18434
Email: mbowcut@ntobrands.com

STEINER SPORTS MEMORABILIA, INC.
ATTN: KELVIN JOSEPH
145 HUGUENOT STREET
NEW ROCHELLE NY 10801
Email: Kjoseph@steinersports.com

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

STEINER SPORTS MEMORABILIA, INC.
145 HUGENOT STREET
NEW ROCHELLE, NY 10801
Email: smahoney@steinersports.com

UNITED AIRLINES, INC.
1200 E. ALGONQUIN ROAD
ELK GROVE, IL 60007
Email: david.oppenheim@united.com

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905
Email: milanoue@ups.com

US AIRWAYS
P.O. BOX 29655
PHOENIX, AZ 85038
Email: autumn.highsmith@haynesboone.com
Email: tel@eblawyers.com

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

INSIGHT DIRECT USA, INC.
ATTN: MICHAEL L. WALKER
6820 S. HARL AVENUE
TEMPE, AZ 85283
Email: Sherri.West@Insight.com

PROJECT MANAGEMENT CORP.
3683 E VALLEJO DRIVE
GILBERT, AZ 85298
Email: jerel@talentwoo.com

VARIDESK, LLC
ATTN: CRAIG D. STOREY
117 WRANGLER WAY, SUITE 100
COPPELL TX 75019
Email: craig.storey@varidesk.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475
Email: azecf@dor.mo.gov

CHAIM PIEKARSKI
AVI GOLDENBERG
C&A MARKETING, INC.
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660
Email: chaim@camarketing.com
Email: avig@camarketing.com

NCR CORPORATION
INTELLECTUAL PROPERTY LAW VP
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GEORGIA 30096
Email: richard.weiss@ncr.com

JUMBLEBERRY
C/O ALBERT LUK
171 E. LIBERTY STEET, SUITE 310
TORONTO ON M6K 3P6
CANADA
Email: Brian@jumbleberry.com
Email: albert.luk@jumbleberry.com

TIMOTHY SMITH
8700 N. 64TH PLACE
PARADISE VALLEY, AZ 85253
Email: msmith1803@aol.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011
Email: cdg@e3light.com

DAVID SANDERS
7944 E. PARK VIEW LANE
SCOTTSDALE, AZ 85255
Email: dsanders@ambath.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

BRADLEY HILLIER
421 W. ALAMEDA DRIVE
TEMPE, AZ 85282
Email: bhillier@homebrandsgroup.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

RYAN J. LORENZ
CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE, AZ 85254
Email: rlorenz@clarkhill.com
COUNSEL FOR BRAND 44, LLC

BRADLEY J. STEVENS, ESQ.
JEFFREY D. GARDNER, ESQ.
PAUL J. VALENTINE, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E. WASHINGTON STREET, SUITE 1900
PHOENIX, AZ 85004-2554
Email: bstevens@jsslaw.com
Email: jgardnerg@sslaw.com
Email: pvalentine@jsslaw.com
COUNSEL FOR OFFICIAL COMMITTEE OF
RESTRICTED EQUITY SHAREHOLDERS OF
XHIBIT CORP.

JOSEPH CORRIGAN
IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC
ONE FEDERAL STREET
BOSTON, MA 02110
Email: Bankruptcy2@ironmountain.com

NCR CORPORATION
GENERAL COUNSEL
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GA 30096
Email: law.notices@ncr.com

TERESA M. PILATOWICZ, ESQ.
GORDON SILVER
ONE E. WASHINGTON STREET, SUITE 400
PHOENIX, AZ 85004
Email: tpilatowicz@gordonsilver.com
COUNSEL FOR LAKE INDUSTRIES, INC.

CHAD ROBERSON
HONNE CAPITAL, LLC
375 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10152
Email: roberson@honnecapital.com

U. S. SECURITIES AND EXCHANGE COMMISSION
ATTN: MORGAN BRADY LYONS
100 F STREET, MAIL STOP 9040
WASHINGTON, D.C. 20549

TWIN STAR
NIKOLA KRGOVIC
BRACE ABAFI 2/10
ZEMUN MB 62400382
SERBIA

RACKSPACE US INC.
UNIT 5 MILLKINGTON ROAD
HYDE PARKE HAYES
MIDDLESEX GB UB34AZ
UNITED KINGDOM

BIG HUGE MEDIA LLC
360 GRAND AVENUE
BROOKLYN, NY 11238

ADCAFE LLC
49 WOODBROOKE DRIVE
EDISON, NJ 08820-2965

MARKETO INC.
PO BOX 122068
DALLAS, TX 75312-2068

IDENTIFYLE INC.
7945 CARTILLA AVENUE, SUITE A
RANCHO CUCAMONGA, CA 91730

SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

INTERNAL REVENUE SERVICE
4041 N CENTRAL AVENUE
BUILDING A
PHOENIX AZ  85012

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
1275 W WASHINGTON AVE
PHOENIX, AZ 85007

ARIZONA DEPT OF REVENUE
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ  85007

US BANK, NA
BANKRUPTCY/RECOVERY DEPT.
PO BOX 5229
CINCINNATI, OH  45201

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
POB 3001
MALVERN, PA 19355-0701

ROSENTHAL & ROSENTHAL, INC.
ATTN: ANTHONY DITIRRO
1370 BROADWAY
NEW YORK, NY 10018

# SECOND REJECTION MOTION NOTICE PARTIES

770 IMPORTS (WALIKI TOYS INC)
20533 BISCAYNE BLVD SUITE 161
MIAMI FL  33180

A BETTER WAY PRODUCTS LLC
326 N WABASH AVE
WICHITA KS  67214

A CROWDED COOP LLC
206 E MAIN STREET
MONROE WA  98272

ABBOTT RESEARCH GROUP, INC.
ABBOTT BUILDING
235 ALPHA DRIVE
PITTSBURGH, PA 15238

ABC REFRIGERATION HEATING &
COOLING INC
1306 RIVERVIEW DRIVE
WALNUTPORT PA  18088

ABOVE ALL ADVERTISING INC
6980 CORTE SANTA FE
SAN DIEGO, CA 92121

ACECAD DIGITAL CORP
DBA SOLIDTEK USA INC
5-D JOANNA COURT
EAST BRUNSWICK NJ  08816

ADLENS USA INC
120 LEWIS WHARF
BOSTON MA  02110

ALBERTO FRIAS, LLC
PO BOX 11492
SCOTTSDALE, AZ 85271

ALFI TRADE INC
4831 W JEFFERSON BLVD
LOS ANGELES CA  90016

ALMO E-COMMERCE LLC
2709 COMMERCE WAY
PHILADELPHIA PA  19154

ALMO DISTRIBUTING PA INC
PO BOX 347761
PITSBURGH PA  15251-4761

ALMO FULFILLMENT SERVICES, LLC
2709 COMMERCE WAY
PHILADELPHIA, PA 19154-1011

ALPHARD GOLF INC
250 CLARA TER
FREMONT CA  94539

AMERICAN PRINTHOUSE, LLC
2205 E UNIVERSITY DRIVE
PHOENIX AZ  85034

AMERICARE HEALTH PRODUCTS INC
301 W PLEASANT GROVE RD
WEST CHESTER PA  19382

ANDY PAIGE STYLE INC
527 THIRD AVENUE STE 411
NEW YORK NY  10016

ANGEL SALES INC. D/B/A KAGAN UNLIMITED
C/O ROBERT G. ENGEL, PRESIDENT
3336 W. LAWRENCE AVE. , SUITE 301
CHICAGO, IL 60625

ANNA J CHUNG LTD
DBA AJS COLLECTIONCOM
5 PARK STREET
EDGEWATER NJ  07020

ANNE STONE GOLF INC
943 24TH ST
SANTA MONICA CA  90403

APEX GRAPHICS LLC
DBA HARBINGER LASER ART
23024 HOSPITAL ST
CASSOPOLIS M&I  49031

APLARS LLC
2885 COUNTRY DRIVE SUITE 175
ST PAUL MN  55117

APN HEALTHCARE INC
PO BOX 13060
OKLAHOMA CITY OK  73113

APNEA SCIENCIES
27071 CABOT ROAD  BUILDING 118
LAGUNA CA  92653

ARCHITECTURAL MAILBOXES LLC
123 W TORRANCE BLVD STE 201
REDONDO BEACH CA  90277

ART AND ARTIFACTS
ATTN JULIE CRITZER
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236

AUTHENTIC STREET SIGNS INC
114 EAST THIRD ST
ST PETER IL  62880

AUTHOR SOLUTIONS
1663 S LIBERTY DRIVE
BLOOMINGTON IN  47403

AUTOMATED PET CARE PRODUCTS
40 W HOWARD ST SUITE B-5
PONTIAC MI  48342

AUTOMATIC LABS INC
101 E. HOWARD STREET, STE E
SAN FRANCISCO CA  94105

AZODI INC/IN 1 CASE
15375 BARANCA PARKWAY NO I-103
IRVINE CA  92618

BABYSQUARE
13231 NEW 20TH STREET
BELLEVUE WA  98005

BB DESIGNS
9446 IRONDALE AVE
CHATSWORTH CA  91311

BBG COMMUNICATIONS
1658 GAILES BLVD SUITE B
SAN DIEGO CA  92154

B BRANDED (ACF GLOBAL)
652 MATEO STREET #103
LOS ANGELES, CA 90021

BED VOYAGE
18915 142ND AVE NE #230
WOODINVILLE, WA 98072

BEELINE MKT SOLUTIONS INC
1761 CHINOOK TRAIL
MAITLAND FL  32751

BEL-POWER SYSTEMS, LLC
575 MADISON AVENUE
NEW YORK, NY 10022

BK GOLF, LLC/BOB KRAUSE GOLF
3200 TOWERING OAKS DR
WHITE LAKE MI  48383

BK SEMS MEDIA LLC
405 BOULDER COURT STE 400 PI
PLEASANTON CA  94566

BL WORLDWIDE INC
DBA CARDIFF PRODUCTS
310 S TWIN OAKS VALLEY ROAD 107-252
SAN MARCOS CA  92078

BLUE GOJI CORP
4201 S CONGRESS AVENUE STE 323
AUSTIN TX  78745

BLUE MATRIX LABS LLC
13413 GALLERIA CIRCLE 250
AUSTIN TX  78738

BLUE RIDGE PRODUCT SOLUTIONS INC
1904 BYRD AVE STE 124
RICHMOND VA  23230

BLUEGRO LLC
DBA VOICE ART GALLERY
22136 WEST HEIMER PKWY 249
KATY TX  77450

BLUEKUBE / PORCH POTTY LLC
2900 TOWNSGATE ROAD SUITE 211
WESTLAKE VILLAGE CA  91361

BON VIVANT BABY LLC
1243 PINE AVENUE
SAN JOSE CA  95125

BONDI BAND
30 CENTRAL AVENUE
LEWISTON ME  04240

BRAND 44 COLORADO
4040 HOLLY ST UNIT 10
DENVER CO  80216

BRICKHOUSE ELECTRONICS LLC
980 AVENUE OF THE AMERICAS
3RD FLOOR
NEW YORK NY  10018

BRIGHTEDGE TECHNOLOGIES INC
999 BAKER WAY SUITE 500
SAN MATEO CA  94404

BRINN INC
1460 N DEWITT AVE
CLOVIS CA  93619

BRITANNE CORP
14 COMMERCIAL BLVD SUITE 121
NOVATO CA  94949

BROWNMED
1300 LUNDBERG DR WEST
SPIRIT LAKE IA  51360

BUDDYREST
1603 N CHAPEL HILL ST., STE. 200
WICHITA, KS  67206-5508

BUY INSTA SLIM INC
17662 ARMSTRONG
IRVINE CA  92614

C & A MARKETING INC
2 BERGEN TURNPIKE
RIDGEFIELD PARK NJ  07660

CABEAU INC
5850 CANOGA AVE, SUITE 100
WOODLAND HILLS, CA 91367

CALDERA INTERNATIONAL INC
7236 SW DURHAM RD  SUITE 800
PORTLAND OR  97224

CALIFORNIA INNOVATIONS
36 DUFFLAW ROAD
TORONTO ONTARIO  M6A2W1
CANADA

CALIFORNIA WINE CLUB
2781 GOLF COURSE DRIVE UNIT B
VENTURA CA  93003

CANVAS ON DEMAND
10700 WORLD TRADE BLVD SUITE 102
RALEIGH NC  27617

CAR-DEK INC
641 TREASURE BOAT WAY
SARASOTA FL  34242

CARRERA OF AMERICA INC
2 CORPORATE DRIVE
CRANBURY NJ  08512

CECILIA UNDERCOVER INC
122 S DARBY CT
BLOOMINGDALE IL  60108

CHEVALIER COLLECTION LTD
ATTN:  DILLON BURROUGHS
70 BEVERLY PARK
BEVERLY HILLS CA 90210

CINMAR (DBA FRONTGATE)
ATTN:  GREG BERGLUND
5566 W CHESTER RD
WEST CHESTER OH  45069

CITITEC INC DBA UNITECH WHOLESALE
212 W 12TH ST
LOS ANGELES CA  90015

COCKROACH DESIGN LLC DBA
STEWART/STAND
6062 CORTE DEL CEDRO
CARLSBAD CA  92011

COMFORT REVOLUTION
187 ROUTE 36 STE 205
WEST LONG BRANCH NJ  07765

COMPANION GROUP
1250 9TH ST
BERKELEY CA  94710

COMPUCALM LLC
950 HERRINGTON RD STE C120
LAWRENCEVILLE GA  30044

CORTEX USA INC
1400 NW 159TH STREET
MIAMI GARDENS FL  33169

CQ
32255 NORTHWESTERN HWY STE 196
FARMINGTON HILLS MI  48334

CTEK POWER INC
9347 RAVENNA ROAD UNIT A
TWINSBURG OH  44087

D&B STYLE
20815 NE 16TH UNIT B-32
MIAMI FL  33179

DAC INNOVATIONS INC
4120 CAROLA CT
SAN JOSE CA 95130

DAKOTA ALERT INC
PO BOX 130
32556 E MAIN ST
ELK POINT SD  57025

DESIGN AND DANCE INC
450 MAIN STREET
CATSKILL NY  12414

DESIGN IDEAS (MOMA)
2521 STOCKYARD ROAD
PO BOX 2967
SPRINGFIELD IL  62708

DESIGN TOSCANO
ATTN: MARILYN STOPKA
1400 MORSE AVE
ELK GROVE VILLAGE IL  60007

DESIGNER PET PRODUCTS INC
125 CHURCH ST UNIT 90-193
PEMBROKE MA  02359

DEW & ASSOCIATES LLC
3447 ROBINHOOD ROAD SUITE 102
WINSTON SALEM NC  27106

DI POTTER LLC
261 SCHOOL AVENUE SUITE 110
EXCELSIOR MN  55331

DIRECT ACTION MEDIA INC/CANNON BLUE
CANNON BLUE ENTERPRISES INC
2506 N ROOSEVELT BLVD STE 103
KEY WEST FL  33040

DIRECT ACTION MEDIA INC
COLSENKEANE LEATHER LLC
ATTN: SCOTT HOFERT
1318 CENTRAL AVENUE, STE A-9
CHARLOTTE, NC 28205

DIRECT ACTION MEDIA
5 WEST 37TH STREET, SUITE 302
NEW YORK NY 10018

DOMO, INC.
772 E UTAH VALLEY DR
AMERICAN FORK, UT 84003

DOORJAMMER LLC
8204 N LAMAR STE C27
AUSTIN TX  78753

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011

EK EKCESSORIES INC
575 W 3200 S
LOGAN UT  84321

EMAGIN
10500 NE 8TH ST.  STE 1400
BELLEVUE, WA 88004

ENJOY LAURA INC
6000 AVALON BLVD UNIT B
LOS ANGELES CA  90003

ET TU TUTU INC.
16 WHITE ROAD
PUTNAM VALLEY NY 10579-3109

EVERGREEN ENTERPRISES INC
5915 MIDLOTHIAN TURNPIKE
RICHMOND VA  23225

EYEFI
967 N SHORELINE BLVD
MOUNTAIN VIEW CA  94043

FAIRFIELD LANGUAGE
DEPT CH 17714
PALATINE IL  60055-7714

FASHION JUNKIE 4 LIFE
14850 HIGHWAY 4 SUITE A271
DISCOVERY BAY CA  94505

FAT BRAIN TOYS INC
1405 N 205TH STREET SUITE 120
ELKHORN NE  68022

FIRSTIME MANUFACTORY, INC.
2350 S 170TH STREET
NEW BERLIN WI  53151