# Exhibit "A"

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYMALL, LLC,<br>               Debtor.<br><br>Jointly Administered with:<br><br>XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-00679-BKM<br><br>Joint Administered with Case Nos.:<br><br>2:15-bk-00680-BKM<br>2:15-bk-00682-BKM<br>2:15-bk-00684-BKM<br>2:15-bk-00685-BKM<br>2:15-bk-00686-BKM<br>2:15-bk-00687-BKM<br>2:15-bk-00688-BKM |
| This Pleading applies to:<br><br>   ☐ All Debtors<br>   ☒ Specified Debtors<br><br>**SKYMALL, LLC** | **ORDER GRANTING SECOND OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES,** *NUNC PRO TUNC* **TO THE APRIL 3, 2015 SALE CLOSING DATE, PURSUANT TO BANKRUPTCY CODE § 365** |

      This matter came before the Court pursuant to the *Second Omnibus Motion for Entry of an Order Authorizing and Approving the Rejection of Certain Executory Contracts and*

*Unexpired Leases, Nunc Pro Tunc to the April 3, 2015 Sale Closing Date, Pursuant to Bankruptcy Code § 365* (the "**Motion**") filed by SKYMALL, LLC ("**SkyMall**"), a debtor and debtor-in-possession in the above-captioned, jointly administered Chapter 11 cases (the "**Bankruptcy Cases**"). In the Motion, SkyMall requests entry of an order authorizing and approving, pursuant to Bankruptcy Code §§ 105(a) and 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1, the rejection of the executory contracts listed on **Schedule 1** attached to this Order (the "**Subject Agreements**"), *nunc pro tunc* to April 3, 2015 (the "**Sale Closing Date**"). The attached Schedule 1 is incorporated in full into this Order by this reference. Based upon the Motion and the entire record before the Court; and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted in its entirety.

2. SkyMall is authorized to reject each and all of the Subject Agreements listed on Schedule 1 attached to this Order, *nunc pro tunc* to the April 3, 2015 Sale Closing Date.

3. The Subject Agreements listed on Schedule 1 attached to this Order are hereby rejected, *nunc pro tunc* to the April 3, 2015 Sale Closing Date.

**DATED AND SIGNED AS INDICATED ABOVE**