1
2
3

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

4    Attorneys for Debtors and Debtors-in-
     Possession

5
6    John A. Harris (#014459)
     john.harris@quarles.com
7    Lori L. Winkelman (#021400)
     lori.winkelman@quarles.com

8            **IN THE UNITED STATES BANKRUPTCY COURT**

9                **FOR THE DISTRICT OF ARIZONA**

10
11   In re:                                    In Proceedings Under Chapter 11

12   SKYMALL, LLC,                             Case No. 2:15-bk-00679-BKM
                      Debtor.

13   Jointly Administered with:                Jointly Administered with Case Nos.:

14
     XHIBIT CORP.,                             2:15-bk-00680-BKM
15   XHIBIT INTERACTIVE, LLC,                  2:15-bk-00682-BKM
     FLYREPLY CORP.,                           2:15-bk-00684-BKM
16   SHC PARENT CORP.,                         2:15-bk-00685-BKM
     SPYFIRE INTERACTIVE, LLC,                 2:15-bk-00686-BKM
17   STACKED DIGITAL, LLC, and                 2:15-bk-00687-BKM
     SKYMALL INTERESTS, LLC.                   2:15-bk-00688-BKM

18

19   This Pleading applies to:                 **THIRD OMNIBUS MOTION FOR**
                                               **ENTRY OF AN ORDER**
20        ☐  All Debtors                       **AUTHORIZING AND APPROVING**
          ☑  Specified Debtors                 **THE REJECTION OF CERTAIN**
21                                             **EXECUTORY CONTRACTS AND**
          **SKYMALL, LLC**                     **UNEXPIRED LEASES,** *NUNC PRO*
22                                             *TUNC* **TO THE APRIL 3, 2015 SALE**
                                               **CLOSING DATE, PURSUANT TO**
23                                             **BANKRUPTCY CODE § 365**

24
           SKYMALL, LLC ("**SkyMall**"), a debtor and debtor-in-possession in the above-captioned,
25
     jointly administered Chapter 11 cases (the "**Bankruptcy Cases**"), requests that the Court enter an

26

Order authorizing and approving, pursuant to Bankruptcy Code §§ 105(a) and 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1, the rejection of certain executory contracts (as listed on **Schedule 1** hereto, the "**Subject Agreements**"),[1] *nunc pro tunc* to April 3, 2015 (the "**Sale Closing Date**"). **PARTIES TO THE SUBJECT AGREEMENTS MAY FIND THEIR NAMES AND THEIR RESPECTIVE AGREEMENTS ON SCHEDULE 1.**

Pursuant to its *Order Authorizing Sale Of Certain Assets By Debtor Skymall, LLC Free And Clear Of Claims, Liens, Encumbrances And Other Interests* entered on March 27, 2015 [Docket No. 316] (the "**Sale Order**"), the Court approved a sale of certain SkyMall assets (the "**Sale**") in accordance with the terms of the Sale Order and an asset purchase agreement between SkyMall and the Buyer (as defined in the Sale Order) of the assets. The Buyer did not seek the assumption and assignment of any of the Subject Agreements as part of the Sale. The Sale closed on the April 3, 2015 Sale Closing Date. In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements relate. Accordingly, none of the Subject Agreements are necessary or beneficial to SkyMall's estate. Now that the Sale has closed, the expeditious rejection of the Subject Agreements is necessary to prevent potential administrative claims from continuing to accrue. Accordingly, SkyMall has determined, in its sound business judgment, that the Subject Agreements do not benefit its estate, and rejection *nunc pro tunc* to the April 3, 2015 Sale Closing Date is in the best interest of creditors and SkyMall's estate.[2]

---

[1]      The inclusion of an agreement on Schedule 1 is not an admission by SkyMall that such agreement constitutes a valid, enforceable, executory contract or unexpired lease. SkyMall reserves all its rights to dispute the validity and nature of each of the Subject Agreements listed on Schedule 1.

[2]      Bankruptcy Rule 6006(f)(6) provides that an omnibus motion to reject multiple contracts or leases shall "be limited to no more than 100 executory contracts or unexpired leases." In accordance with Bankruptcy Rule 6006(f)(6), this Third Omnibus Motion is limited to 100 of SkyMall's executory contracts. Additional omnibus rejection motions are being filed by SkyMall to address additional contracts SkyMall seeks to reject. SkyMall and the other Debtors in these Bankruptcy Cases are continuing to review their contracts and leases, and they each reserve the right to file additional motions for assumption or rejection of contracts and/or leases.

1    This Motion is supported by the attached Memorandum of Points and Authorities, and the

2    entire record before the Court in these Bankruptcy Cases.

3         RESPECTFULLY SUBMITTED this 8th day of April, 2015.

4                                              QUARLES & BRADY LLP
                                             Renaissance One
5                                            Two North Central Avenue
                                             Phoenix, AZ  85004-2391
6

7                                            By /s/ John A. Harris
                                                John A. Harris
8                                               Lori L. Winkelman

9                                            Attorneys for Debtors and Debtors-in-Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.     FACTUAL AND PROCEDURAL BACKGROUND.

1.     On January 22, 2015 (the "**Petition Date**"), SkyMall, along with the other above-captioned debtors, filed voluntary petitions for relief under chapter 11, thereby commencing the Bankruptcy Cases.[3]

2.     On January 29, 2015, the Court entered its *Order Establishing Bidding Procedures For Auction Sale, Scheduling Hearing On Sale Motion And Granting Related Relief* [Docket No. 53] (the "**Sale Procedures Order**"), pursuant to which the Court approved a marketing and sale process for business assets of SkyMall.

3.     As provided in the Sale Procedures Order, and on March 27, 2015, the Court held a hearing to consider approval of the Sale (the "**Sale Hearing**").

4.     The Buyer (as defined in the Sale Order) did not seek the assumption and assignment of any of SkyMall's executory contracts or unexpired leases (including any of the Subject Agreements) as part of the Sale.

5.     At the conclusion of the Sale Hearing, the Court entered the Sale Order approving the Sale.

6.     On the April 3, 2015 Sale Closing Date, SkyMall closed the Sale in accordance with Sale Order and the asset purchase agreement between SkyMall and the Buyer.  None of the Subject Agreements were assumed or assigned as part of the Sale.

7.     In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements relate.  Accordingly, the Subject Agreements are no longer necessary or beneficial to SkyMall or its estate and, in the exercise of its reasonable business judgment, SkyMall has determined that the Subject Agreements should be rejected *nunc pro tunc* to the Sale Closing Date.

---

[3]     Unless otherwise indicated, all chapter and section references in this Motion are to the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*.  All "Rule" references are to the Federal Rules of Bankruptcy Procedure.

QB\345006994.1   -4-

## II.    **LEGAL ARGUMENT.**

### A.    *Rejection of the Subject Agreements is a Proper Exercise of SkyMall's Business Judgment*

Under Bankruptcy Code § 365(a), a Chapter 11 debtor-in-possession, "subject to the court's approval, may . . . reject any executory contract." 11 U.S.C. § 365(a).   In making a determination of whether to approve such rejection, "a bankruptcy court need engage in 'only a cursory review of a [debtor-in-possession]'s decision to reject the contract. Specifically, a bankruptcy court applies the business judgment rule to evaluate a [debtor-in-possession]'s rejection decision . . . .'". *In re Pomona Valley Med. Grp., Inc.*, 476 F.3d 665, 670 (9th Cir. 2007) (quoting *Durkin v. Benedor Corp. (In re G.I. Indust., Inc.),* 204 F.3d 1276, 1282 (9th Cir. 2000)).   The Ninth Circuit has recognized that "courts are no more equipped to make subjective business decisions for insolvent businesses than they are for solvent businesses." *Id.*   As such, "in evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate." *Id.* (citing *Navellier v. Sletten,* 262 F.3d 923, 946 n. 12 (9th Cir. 2001) and *FDIC v. Castetter,* 184 F.3d 1040, 1043 (9th Cir. 1999)).   In short, the Ninth Circuit has determined that a court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be 'advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice.'" *Id.* (quoting *Lubrizol Enter. v. Richmond Metal Finishers,* 756 F.2d 1043, 1047 (4th Cir. 1985)); *see also In re Trans World Airlines,* 261 B.R. 103, 121 (Bankr. D. Del. 2003) ("A debtor's decision to reject an executory contract must be summarily affirmed unless it is the product of bad faith, or whim or caprice") (internal quotations omitted).

In this case, SkyMall has determined, in its sound business judgment, that the rejection of the Subject Agreements is in the best interest of its estate.   Maintaining the Subject Agreements

will not benefit SkyMall's estate because the Subject Agreements are not necessary or beneficial to SkyMall after the closing of the Sale. Absent rejection, SkyMall's estate may face the risk of incurring continuing and potentially substantial administrative claims.[4]

### B. Nunc Pro Tunc Relief Is Appropriate

The Ninth Circuit and other courts have recognized that they have the equitable power to approve retroactive rejection of agreements under Bankruptcy Code § 105(a). *See, e.g., Pacific Shores Dev., LLC v. At Home Corp. (In re At Home Corp.),* 392 F.3d 1064, 1070 (9th Cir. 2004) (rejection of unexpired lease approved retroactive to petition date); *In re Amber's Stores, Inc.,* 193 B.R. 819, 820–21, 827 (Bankr. N.D. Tex. 1996) (same); *In re New Meatco Provisions,* LLC, No. 2:13–bk–22155–PC, 2013 WL 3760129, *1, *6 (Bankr. C.D. Cal. July 16, 2013) (rejection of lease effective retroactive to date debtor turned possession of premises over to landlord); *In re Manis Lumber Co.,* 430 B.R. 269, 271–72, 280 (Bankr. N.D. Ga. 2009) (same); *In re O'Neil Theatres, Inc.,* 257 B.R. 806 (Bankr. E.D. La. 2000) (rejection of lease effective retroactive to petition date). When determining whether retroactive relief is appropriate, courts are primarily concerned with the amount of delay in filing the rejection motion, the motives of any objecting party (*e.g.,* is the objecting party trying to receive an administrative claim windfall), and whether the debtor's estate received an actual and necessary benefit under the agreement. *See, e.g., In re At Home Corp.*, 392 F.3d at 1072 (indentifying factors).

In this case, rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date is appropriate. This Third Omnibus Motion has been filed as soon as reasonably possible following the Sale Closing Date. SkyMall informed the Court and parties in interest at the March 27, 2015 Sale Hearing that SkyMall intended to seek rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date. Finally, because the Subject Agreements relate primarily to business

---

[4]    Because the Subject Agreements relate to business operations of SkyMall that will terminate in light of the Sale closing, SkyMall does not believe that the rejection of the Subject Agreements will be harmful or material to the non-debtor counterparties to the contracts.

QB\34506994.1
-6-

operations of SkyMall that will terminate in light of the Sale closing, such Subject Agreements have not provided (and they cannot provide) an actual and necessary benefit to SkyMall's estate after the Sale Closing Date under Bankruptcy Code § 503. Therefore, SkyMall does not believe the counterparties to the Subject Agreements will be harmed by *nunc pro tunc* relief.[5]

In light of the foregoing, the timing of this Motion has been expeditious and reasonable. *Nunc pro tunc* relief to the Sale Closing Date is warranted to avoid potential administrative claims (or disputes over such claims) in regard to the Subject Agreements. In this regard, the relief requested herein is particularly beneficial to SkyMall's general unsecured creditors. Accordingly, SkyMall requests the Court approve its rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date.

---

[5]    The Third Omnibus Motion does not seek to alter or affect any pre-Petition Date claims that may be held by the non-debtor counterparties to the Subject Agreements. The amounts listed in Schedule 1 are estimated amounts that may be owed as of the Petition Date. The amounts listed in Schedule 1 are estimates only for purposes of this Motion and to comply with LBR 6004-1(a)(4). These estimates, however, are not an adjudication of any rights under the agreements or amounts owed to any counterparty. Nothing in this Motion or Schedule 1 shall be construed to be an admission by SkyMall that it owes the estimated amounts, or any amounts, in regard to the referenced agreements. SkyMall reserves all its rights related to the validity of or amounts that may be owing under any contract.

III. **CONCLUSION**

WHEREFORE, SkyMall respectfully requests entry of an order, a form of which is attached hereto as **Exhibit A**: (A) authorizing SkyMall to reject the Subject Agreements listed on Schedule 1 *nunc pro tunc* to the Sale Closing Date; (B) deeming the Subject Agreements listed on Schedule 1 rejected, *nunc pro tunc* to the Sale Closing Date; and (C) granting such other relief as may be just and proper under the facts and circumstances of these Bankruptcy Cases.

RESPECTFULLY SUBMITTED this 8th day of April, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391


By /s/ John A. Harris
    John A. Harris
    Lori L. Winkelman

Attorneys for Debtors and Debtors-in-Possession

COPIES of the foregoing sent via
e-mail or first-class mail this 8th
day of April, 2015, to all parties
on the Official Service List
and the Rejection Notice List attached
hereto:



/s/ Sybil Taylor Aytch

# SCHEDULE 1 TO THIRD OMNIBUS REJECTION MOTION

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 1. | FirsTime Design, Ltd. | SkyMall LLC | Vendor Agreement | 7/16/2014 | Vendor supply | $0 | Related to terminated business operations |
| 2. | FIUS Distributors, LLC dba Inada | SkyMall LLC | Vendor Agreement | 7/3/2012 | Vendor supply | $32,164.60 | Related to terminated business operations |
| 3. | Fizzion Clean | SkyMall LLC | Vendor Agreement | | Vendor supply | $0 | Related to terminated business operations |
| 4. | For Life Products | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $20,077.69 | Related to terminated business operations |
| 5. | Fyxation | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $2,723.26 | Related to terminated business operations |
| 6. | Gemmy Industries (Veridesk) | SkyMall LLC | Vendor Agreement | | Vendor supply | $549,433.93 | Related to terminated business operations |
| 7. | Get Abstract, Inc. | SkyMall LLC | Vendor Agreement | 8/7/2008 | Vendor supply | $4,324.22 | Related to terminated business operations |
| 8. | Global TTC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 9. | Glory Haus, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $6,439.19 | Related to terminated business operations |
| 10. | Go Jump In the Lake | SkyMall LLC | Vendor Agreement | 3/28/2014 | Vendor supply | $6,805.78 | Related to terminated business operations |
| 11. | Golconda Holdings, LLC | SkyMall LLC | Vendor Agreement | 5/29/2014 | Vendor supply | $4,183.55 | Related to terminated business operations |
| 12. | Goldar Investments, LLC | SkyMall LLC | Vendor Agreement | 7/8/2014 | Vendor supply | $0 | Related to terminated business operations |
| 13. | Great Divide Corp | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $5,005.97 | Related to terminated business operations |
| 14. | Greatco | SkyMall LLC | Vendor Agreement | 10/21/2014 | Vendor supply | $0 | Related to terminated business operations |
| 15. | Grill Grate | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 16. | Grillbot, LLC | SkyMall LLC | Vendor Agreement | 2/3/2014 | Vendor supply | $27,778.92 | Related to terminated business operations |
| 17. | H Betti Industries | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $10,351.45 | Related to terminated business operations |
| 18. | Halo2Cloud, LLC | SkyMall LLC | Vendor Agreement | 7/19/2013 | Vendor supply | $15,919.54 | Related to terminated business operations |
| 19. | Hammacher Schlemmer | SkyMall LLC | Vendor Agreement | 2/6/2006 | Vendor supply | $384,326.13 | Related to terminated business operations |
| 20. | Harbinger Laser | SkyMall LLC | Vendor Agreement | 10/8/2014 | Vendor supply | $0 | Related to terminated business operations |

---

[1]    References to any agreement includes all agreements with such counterparty and all amendments, supplements, and modifications thereto.

[2]    The amounts listed in this column are estimated amounts that may be owed as of the Petition Date. These are estimates only for purposes of this Schedule and to comply with LBR 6004-1(a)(4). SkyMall does not believe that any further amounts are due under the referenced contract. These estimates, however, are not an adjudication any rights under the agreement or amounts owed to any counterparty. Nothing in this Schedule shall be construed to be an admission by SkyMall that it owes the estimated amounts, or any amounts, in regard to the referenced agreement. SkyMall reserves all its rights related to the validity of or amounts that may be owing under any agreement.

QB\34506640.1

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 21. | Hatzlachh Supply, Inc. | SkyMall LLC | Vendor Agreement | 6/27/2014 | Vendor supply | $1,915.25 | Related to terminated business operations |
| 22. | Havaco Technologies, Inc. | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $166.24 | Related to terminated business operations |
| 23. | History Chips | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $0 | Related to terminated business operations |
| 24. | HiTi Digital America, Inc. | SkyMall LLC | Vendor Agreement | 5/28/2014 | Vendor supply | $14,191.40 | Related to terminated business operations |
| 25. | Holstar, LLC | SkyMall LLC | Vendor Agreement | 8/12/2014 | Vendor supply | $4,049.99 | Related to terminated business operations |
| 26. | Holton Products, LLC | SkyMall LLC | Vendor Agreement | 4/22/2014 | Vendor supply | $20,520.00 | Related to terminated business operations |
| 27. | HomeBrite Corporation (Laiko International Co., Inc.) | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $4,450.82 | Related to terminated business operations |
| 28. | Hot Rods for Baths, LLC dba Rotator Rod | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $2,099.79 | Related to terminated business operations |
| 29. | HSN Improvements, LLC | SkyMall LLC | Vendor Agreement | 5/15/2014 | Vendor supply | $293,915.29 | Related to terminated business operations |
| 30. | Hushamok, Ltd. | SkyMall LLC | Vendor Agreement | 6/12/2014 | Vendor supply | $753.56 | Related to terminated business operations |
| 31. | I-Behavior | SkyMall LLC | Vendor Agreement | 3/18/2011 | Vendor supply | $2,375.00 | Related to terminated business operations |
| 32. | IBM | SkyMall LLC | Vendor Agreement | 8/08/2013 | Vendor supply | $0 | Related to terminated business operations |
| 33. | iFetch | SkyMall LLC | Vendor Agreement | 10/17/2014 | Vendor supply | $14,997.50 | Related to terminated business operations |
| 34. | Ilumi Solutions, Inc. | SkyMall LLC | Vendor Agreement | 4/22/2014 | Vendor supply | $16,796.00 | Related to terminated business operations |
| 35. | Imaginary Kidz (The Novelty Group) | SkyMall LLC | Vendor Agreement | 7/8/2014 | Vendor supply | $0 | Related to terminated business operations |
| 36. | Imperial International | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 37. | In Your Face, LLC | SkyMall LLC | Vendor Agreement | 7/2/2014 | Vendor supply | $1,433.93 | Related to terminated business operations |
| 38. | Innespace Productions, Inc. (DBA: Seabreacher) | SkyMall LLC | Vendor Agreement | 7/23/2014 | Vendor supply | $0 | Related to terminated business operations |
| 39. | Innovia Home | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $7,276.99 | Related to terminated business operations |
| 40. | InstantFigure, Inc. | SkyMall LLC | Vendor Agreement | 5/1/2012 | Vendor supply | $5,808.56 | Related to terminated business operations |
| 41. | Intelli Shape (Uniqia, LLC) | SkyMall LLC | Vendor Agreement | 4/24/2014 | Vendor supply | $576.97 | Related to terminated business operations |
| 42. | Inventist, Inc. | SkyMall LLC | Vendor Agreement | 4/22/2014 | Vendor supply | $36,400.32 | Related to terminated business operations |
| 43. | iVue | SkyMall LLC | Vendor Agreement | 10/22/2014 | Vendor supply | $1,757.38 | Related to terminated business operations |
| 44. | iWallet Corp. | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $1,239.21 | Related to terminated business operations |

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 45. | Jamberly Group, Inc. | SkyMall LLC | Vendor Agreement | 11/9/2011 | Vendor supply | $35,234.13 | Related to terminated business operations |
| 46. | JDS Marketing & Sales, Inc. | SkyMall LLC | Vendor Agreement | 4/25/2012 | Vendor supply | $50,988.24 | Related to terminated business operations |
| 47. | Jennifer Adams Worldwide, Inc. | SkyMall LLC | Vendor Agreement | 8/14/2014 | Vendor supply | $16,028.47 | Related to terminated business operations |
| 48. | John Louis, Inc. | SkyMall LLC | Vendor Agreement | 9/26/2014 | Vendor supply | $210.30 | Related to terminated business operations |
| 49. | JS Karaoke, LLC (Easy-Doks, LLC) | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $6,675.92 | Related to terminated business operations |
| 50. | Kateco | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $9,314.75 | Related to terminated business operations |
| 51. | KEC America Corporation | SkyMall LLC | Vendor Agreement | 9/12/2014 | Vendor supply | $0 | Related to terminated business operations |
| 52. | Kiddologic | SkyMall LLC | Vendor Agreement | 11/13/2014 | Vendor supply | $0 | Related to terminated business operations |
| 53. | Kids Embrace | SkyMall LLC | Vendor Agreement | 9/12/2014 | Vendor supply | $1,869.89 | Related to terminated business operations |
| 54. | Kikkerland Design, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $2,543.01 | Related to terminated business operations |
| 55. | Kore Design LLC | SkyMall LLC | Vendor Agreement | 4/17/2013 | Vendor supply | $2,864.92 | Related to terminated business operations |
| 56. | Kore Products | SkyMall LLC | Vendor Agreement | 4/17/2013 | Vendor supply | $0 | Related to terminated business operations |
| 57. | KrugerCo, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 58. | Kuhi Comfort, Inc. | SkyMall LLC | Vendor Agreement | 1/24/2012 | Vendor supply | $2,272.80 | Related to terminated business operations |
| 59. | Lake Industries | SkyMall LLC | Vendor Agreement | 1/24/2014 | Vendor supply | $8,349.25 | Related to terminated business operations |
| 60. | Landmarc Products | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $0 | Related to terminated business operations |
| 61. | Laser Pegs Ventures, LLC | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $23,654.23 | Related to terminated business operations |
| 62. | Latitudes Komfort Brands | SkyMall LLC | Vendor Agreement | 9/9/2014 | Vendor supply | $0 | Related to terminated business operations |
| 63. | Leading Edge Engineering, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $888.13 | Related to terminated business operations |
| 64. | Legacy Décor | SkyMall LLC | Vendor Agreement | 5/8/2013 | Vendor supply | $18,124.81 | Related to terminated business operations |
| 65. | Leonisa USA | SkyMall LLC | Vendor Agreement | 7/20/2010 | Vendor supply | $49,401.67 | Related to terminated business operations |
| 66. | Lepow International, LLC | SkyMall LLC | Vendor Agreement | 11/10/2014 | Vendor supply | $0 | Related to terminated business operations |
| 67. | Let's Gel Incorporated | SkyMall LLC | Vendor Agreement | 8/18/2008 | Vendor supply | $13,383.65 | Related to terminated business operations |
| 68. | Library of Classics, Inc. | SkyMall LLC | Vendor Agreement | 10/16/2011 | Vendor supply | $35,489.06 | Related to terminated business operations |

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 69. | Lilly Gold, LLC | SkyMall LLC | Vendor Agreement | 11/15/2014 | Vendor supply | $0 | Related to terminated business operations |
| 70. | Limitless Innovations, Inc. | SkyMall LLC | Vendor Agreement | 5/8/2013 | Vendor supply | $274.35 | Related to terminated business operations |
| 71. | Little Passports | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $2,501.44 | Related to terminated business operations |
| 72. | Littlebits Electronics, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 73. | LoopPay | SkyMall LLC | Vendor Agreement | 11/12/2014 | Vendor supply | $0 | Related to terminated business operations |
| 74. | Looq Systems, Inc. | SkyMall LLC | Vendor Agreement | 6/19/2013 | Vendor supply | $27,575.68 | Related to terminated business operations |
| 75. | LSTN Headphones | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 76. | Luckies of London | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $1,413.60 | Related to terminated business operations |
| 77. | Luminess Direct, LLC | SkyMall LLC | Vendor Agreement | 10/14/2014 | Vendor supply | $86.72 | Related to terminated business operations |
| 78. | Lumo Body Tech, Inc. | SkyMall LLC | Vendor Agreement | 10/24/2014 | Vendor supply | $0 | Related to terminated business operations |
| 79. | Malektronic LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 80. | Mann USA, Inc. | SkyMall LLC | Vendor Agreement | | Vendor supply | $883.19 | Related to terminated business operations |
| 81. | McArthur Homeware, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $1,955.39 | Related to terminated business operations |
| 82. | Memowell Corporation | SkyMall LLC | Vendor Agreement | 9/14/2009 | Vendor supply | $13,208.29 | Related to terminated business operations |
| 83. | Mercent Corporation | SkyMall LLC | Retail Services Agreement | 6/17/2014 | Software services subscription | $6,999.98 | Related to terminated business operations |
| 84. | Michael Gerald, Ltd. | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $12,700.63 | Related to terminated business operations |
| 85. | Micro Kickboard | SkyMall LLC | Vendor Agreement | 10/8/2014 | Vendor supply | $0 | Related to terminated business operations |
| 86. | Midwest Innovative Products, LLC | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $2,862.80 | Related to terminated business operations |
| 87. | Mimish, Inc. | SkyMall LLC | Vendor Agreement | 7/9/2014 | Vendor supply | $863.55 | Related to terminated business operations |
| 88. | MixBin Electronics LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $3,969.11 | Related to terminated business operations |
| 89. | Mogolo, LLC | SkyMall LLC | Vendor Agreement | 6/26/2014 | Vendor supply | $0 | Related to terminated business operations |
| 90. | Monetate | SkyMall LLC | Service Agreement | 4/29/2011 | Testing of website messaging and promotions | $23,548.39 | Related to terminated business operations |
| 91. | MVP Pics | SkyMall LLC | Vendor Agreement | 2/14/2006 | Vendor supply | $8,883.27 | Related to terminated business operations |
| 92. | Mydeation, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $5,139.31 | Related to terminated business operations |

QB\34506640.1

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| | | | | | | | business operations |
| 93. | Napanywhere, LLC | SkyMall LLC | Vendor Agreement | 11/6/2014 | Vendor supply | $2,655.00 | Related to terminated business operations |
| 94. | Narrative US Holdings (The Sightline Group) | SkyMall LLC | Vendor Agreement | 12/2/2014 | Vendor supply | $0 | Related to terminated business operations |
| 95. | Nbryte LLC | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $31,473.30 | Related to terminated business operations |
| 96. | New Image World | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $1,746.12 | Related to terminated business operations |
| 97. | Nordic Innovation | SkyMall LLC | Vendor Agreement | 2/19/2014 | Vendor supply | $0 | Related to terminated business operations |
| 98. | Norm Thompson dba Solutions | SkyMall LLC | Vendor Agreement | 11/13/2000 | Vendor supply | $156,487.96 | Related to terminated business operations |
| 99. | Not for Navigation | SkyMall LLC | Vendor Agreement | 6/26/2014 | Vendor supply | $4,615.09 | Related to terminated business operations |
| 100 | Novascarpa Group dba Telic USA | SkyMall LLC | Vendor Agreement | 9/09/2014 | Vendor supply | $111.93 | Related to terminated business operations |

QB\34506640.1

**SKYMALL, LLC,** *et al.*
**OFFICIAL SERVICE LIST**

LARRY WATSON
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003
Email: larry.watson@usdoj.gov

DAVID BOTTER, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: dbotter@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

SUSAN M. FREEMAN
JUSTIN J. HENDERSON
LEWIS ROCA ROTHGERBER LLP
201 E. WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004-2595
Email: SFreeman@LRRLaw.com
Email: JHenderson@LRRLaw.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

DAREN W. PERKINS, ESQ.
EXECUTIVE DIRECTOR & ASSISTANT
GENERAL COUNSEL
JPMORGAN CHASE & CO.
P. O. BOX 655415
DALLAS, TX 75265-5415
Email: daren.perkins@jpmchase.com

STEVEN R. WIRTH, ESQ.
AKERMAN LLP
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602
Email: steven.wirth@akerman.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

PAUL W. WEISER, ESQ.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD, SUITE 440
SCOTTSDALE, AZ 85254-1754
Email: pweiser@buchalter.com
COUNSEL FOR PKY FUND II PHOENIX I, LLC

JOANNA NEWDECK, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036
Email: jnewdeck@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

JANET E. BOSTWICK, ESQ.
JANET E. BOSTWICK, PC
295 DEVONSHIRE STREET
BOSTON, MA 02110
Email: jeb@bostwicklaw.com
COUNSEL FOR DEMANDWARE INC.

WESLEY D. RAY, ESQ.
POLSINELLI PC
1 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

JEFFREY R. MANNING
COHNREZNICK CAPITAL MARKETS
SECURITIES LLC
500 E PRATT STREET SUITE 200
BALTIMORE MD 21202
Email: jeff.manning@crcms.com
INVESTMENT BANKER FOR DEBTORS

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

CHRISTOPHER A. WARD, ESQ.
JARRETT VINE, ESQ.
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com
Email: jvine@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

TAMALYN E. LEWIS, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: tel@eblawyers.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

MARIAN GARZA
ASCENSION CAPITAL GROUP, INC.
P.O. BOX 201347
ARLINGTON, TX 76006
Email: ecfnotices@ascensioncapitalgroup.com
BANKRUPTCY SERVICER FOR BMW
FINANCIAL SERVICES NA, LLC

DEAN C. WALDT, ESQ.
MICHAEL S. MYERS, ESQ.
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
Email: waldtd@ballardspahr.com
Email: myersms@ballardspahr.com
COUNSEL FOR XSE, LLC, X SHARES, LLC,
AND SMXE LENDING, LLC

SANDRA W. LAVIGNA, ESQ.
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES CA  90071-9591
Email: lavignas@sec.gov

AUTUMN D. HIGHSMITH, ESQ.
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TEXAS 75219
Email: autumn.highsmith@hayesboone.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

THOMAS J. SALERNO, ESQ.
ANTHONY P. CALI, ESQ.
GORDON SILVER
ONE E. WASHINGTON, SUITE 400
PHOENIX, AZ 85004
Email: tsalerno@gordonsilver.com
Email: acali@gordonsilver.com

HARRIS B. WINSBERG, ESQ.
STEPHEN S. ROACH, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST., SUITE 5200
ATLANTA, GA 30308
Email: harris.winsberg@troutmansanders.com
Email: stephen.roach@troutmansanders.com
COUNSEL FOR DELTA AIRLINES, INC.

STEVEN D. JEROME, ESQ.
ERIC S. PEZOLD, ESQ.
SNELL & WILMER L.L.P.
400 E. VAN BUREN STREET, SUITE 1900
PHOENIX, AZ  85004-2202
Email: sjerome@swlaw.com
Email: epezold@swlaw.com
LOCAL COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

KIMBERLY A. WALSH, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
MC 008
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
Email: Kimberly.Walsh@texasattorneygeneral.gov

JEFFREY L. COHEN, ESQ.
SETH VAN AALTEN, ESQ.
ALEX R. VELINSKY, ESQ.
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: jcohen@cooley.com
Email: svanaalten@cooley.com
Email: avelinsky@cooley.com
LEAD COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

CAROLYN J. JOHNSEN, ESQ.
DICKINSON WRIGHT, PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
Email: cjjohnsen@dickinsonwright.com
COUNSEL FOR DESIGN TOSCANO LTD.

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000
Email: george.w.brunson@aexp.com

JONATHAN B. FRUTKIN, ESQ.
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., SUITE 200
SCOTTSDALE, AZ 85254
Email: jfrutkin@frutkinlaw.com
COUNSEL FOR AMERICAN PRINTHOUSE

CINMAR (FRONTGATE/ELECTMIX)
5566 W CHESTER RD
ATTN: GREG BERGLUND
WEST CHESTER OH 45069
Email: afranzoni@cinmar.com

JOHN D. ELROD, ESQ.
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305
Email: elrodj@gtlaw.com
COUNSEL FOR UNITED PARCEL SERVICE, INC.

CHRISTOPHER L. HERING, ESQ.
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
Email: chering@gblaw.com
COUNSEL FOR VICTORINA LLC

AMERICAN AIRLINES
4333 AMON CARTER BLVD
FORT WORTH TX 76155
Email: walter.weems@aa.com

S. CARY FORRESTER, ESQ.
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
E-mail: scf@forresterandworth.com
COUNSEL FOR UNDERBOSS PRODUCTIONS, LLC

CONSTANGY BROOKS & SMITH LLP
PO BOX 102476
ATLANTA GA 30368-0476
Email: jrosin@constangy.com

## SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

GEMMY INDUSTRIES CORP
PO BOX 3588
COPPELL TX  75019
Email: jason.mccann@gemmy.com

HAMMACHER, SCHLEMMER & CO., INC.
ATTN: KAREN SEAWELL
9307 N. MILWAUKEE AVE.
NILES IL 60714
Email: Kseawell@hammacher.com

PATRICK A. CLISHAM, ESQ.
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: pac@eblawyers.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

MIDLAND PAPER COMPANY
ATTN: RALPH DELETTO
101 E. PALATINE RD.
WHEELING IL 60090
Email: Ralph.deletto@midlandpaper.com

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH  45069
Email: cpellenberg@improvementscatalog.com

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA  92705
Email: dcoleman@reliefpod.com

NORM THOMPSON OUTFITTERS, INC.  DBA
SOLUTIONS
ATTN: KAREN DURLING
26 ALBERIGI DRIVE
JESSUP, PA 18434
Email: mbowcut@ntobrands.com

HAMMACHER SCHLEMMER & CO., INC.
ATTN: ANN HAMILTON
9307 N MILWAUKEE AVENUE
NILES IL  60714
Email: ann.hamilton@bgeltd.com

MARK L. RADTKE, ESQ.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
Email: mradtke@shawfishman.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

MIDLAND PAPER
1140 PAYSPHERE CIRCLE
CHICAGO IL  60674
Email: jim.otoole@midlandpaper.com

SIGNALS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236
Email: mbender@woecatalog.com

SOUTHWEST AIRLINES, INC.
14800 FRYE ROAD
FORT WORTH, TX 76115
Email: vicki.mccrummen@wnco.com

NORM THOMPSON OUTFITTERS, INC. DBA
SOLUTIONS
DANIEL W. RAMSEY
138 CONANT STREET
BEVERLY MA 01915
Email: dramsey@orchardbrands.com

STEINER SPORTS MEMORABILIA, INC.
ATTN: KELVIN JOSEPH
145 HUGUENOT STREET
NEW ROCHELLE NY 10801
Email: Kjoseph@steinersports.com

STEINER SPORTS MEMORABILIA, INC.
145 HUGENOT STREET
NEW ROCHELLE, NY 10801
Email: smahoney@steinersports.com

UNITED AIRLINES, INC.
1200 E. ALGONQUIN ROAD
ELK GROVE, IL 60007
Email: david.oppenheim@united.com

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905
Email: milanoue@ups.com

US AIRWAYS
P.O. BOX 29655
PHOENIX, AZ 85038
Email: autumn.highsmith@haynesboone.com
Email: tel@eblawyers.com

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

INSIGHT DIRECT USA, INC.
ATTN: MICHAEL L. WALKER
6820 S. HARL AVENUE
TEMPE, AZ 85283
Email: Sherri.West@Insight.com

PROJECT MANAGEMENT CORP.
3683 E VALLEJO DRIVE
GILBERT, AZ 85298
Email: jerel@talentwoo.com

VARIDESK, LLC
ATTN:  CRAIG D. STOREY
117 WRANGLER WAY, SUITE 100
COPPELL TX 75019
Email: craig.storey@varidesk.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475
Email: azecf@dor.mo.gov

CHAIM PIEKARSKI
AVI GOLDENBERG
C&A MARKETING, INC.
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660
Email: chaim@camarketing.com
Email: avig@camarketing.com

NCR CORPORATION
INTELLECTUAL PROPERTY LAW VP
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GEORGIA 30096
Email: richard.weiss@ncr.com

JUMBLEBERRY
C/O ALBERT LUK
171 E. LIBERTY STEET, SUITE 310
TORONTO ON M6K 3P6
CANADA
Email: Brian@jumbleberry.com
Email: albert.luk@jumbleberry.com

TIMOTHY SMITH
8700 N. 64TH PLACE
PARADISE VALLEY, AZ 85253
Email: msmith1803@aol.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011
Email: cdg@e3light.com

DAVID SANDERS
7944 E. PARK VIEW LANE
SCOTTSDALE, AZ 85255
Email: dsanders@ambath.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

BRADLEY HILLIER
421 W. ALAMEDA DRIVE
TEMPE, AZ 85282
Email: bhillier@homebrandsgroup.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

RYAN J. LORENZ
CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE, AZ 85254
Email: rlorenz@clarkhill.com
COUNSEL FOR BRAND 44, LLC

BRADLEY J. STEVENS, ESQ.
JEFFREY D. GARDNER, ESQ.
PAUL J. VALENTINE, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E. WASHINGTON STREET, SUITE 1900
PHOENIX, AZ 85004-2554
Email: bstevens@jsslaw.com
Email: jgardnerg@sslaw.com
Email: pvalentine@jsslaw.com
COUNSEL FOR OFFICIAL COMMITTEE OF
RESTRICTED EQUITY SHAREHOLDERS OF
XHIBIT CORP.

JOSEPH CORRIGAN
IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC
ONE FEDERAL STREET
BOSTON, MA 02110
Email: Bankruptcy2@ironmountain.com

NCR CORPORATION
GENERAL COUNSEL
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GA 30096
Email: law.notices@ncr.com

TERESA M. PILATOWICZ, ESQ.
GORDON SILVER
ONE E. WASHINGTON STREET, SUITE 400
PHOENIX, AZ 85004
Email: tpilatowicz@gordonsilver.com
COUNSEL FOR LAKE INDUSTRIES, INC.

CHAD ROBERSON
HONNE CAPITAL, LLC
375 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10152
Email: roberson@honnecapital.com

U. S. SECURITIES AND EXCHANGE COMMISSION
ATTN: MORGAN BRADY LYONS
100 F STREET, MAIL STOP 9040
WASHINGTON, D.C. 20549

TWIN STAR
NIKOLA KRGOVIC
BRACE ABAFI 2/10
ZEMUN MB 62400382
SERBIA

RACKSPACE US INC.
UNIT 5 MILLKINGTON ROAD
HYDE PARKE HAYES
MIDDLESEX GB UB34AZ
UNITED KINGDOM

BIG HUGE MEDIA LLC
360 GRAND AVENUE
BROOKLYN, NY 11238

ADCAFE LLC
49 WOODBROOKE DRIVE
EDISON, NJ 08820-2965

MARKETO INC.
PO BOX 122068
DALLAS, TX 75312-2068

IDENTIFYLE INC.
7945 CARTILLA AVENUE, SUITE A
RANCHO CUCAMONGA, CA 91730

SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

INTERNAL REVENUE SERVICE
4041 N CENTRAL AVENUE
BUILDING A
PHOENIX AZ 85012

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
1275 W WASHINGTON AVE
PHOENIX, AZ 85007

ARIZONA DEPT OF REVENUE
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ 85007

US BANK, NA
BANKRUPTCY/RECOVERY DEPT.
PO BOX 5229
CINCINNATI, OH 45201

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
POB 3001
MALVERN, PA 19355-0701

ROSENTHAL & ROSENTHAL, INC.
ATTN: ANTHONY DITIRRO
1370 BROADWAY
NEW YORK, NY 10018

# THIRD REJECTION MOTION NOTICE PARTIES

FIRSTIME DESIGN, LTD.
2350 S. 170TH STREET
NEW BERLIN, WI 53151

FIUS DISTRIBUTORS LLC
DBA INADA MESSAGE
2125 32ND ST
BOULDER CO  80301

FIZZION CLEAN
1951 LONGLEAF BLVD
LAKE WALES, FL  33859

FOR LIFE PRODUCTS LLC
2301 SW 145TH AVENUE
MIRAMAR FL  33027

FYXATION LLC
3618 W PIERCE STREET
MILWAUKEE WI  53215

GEMMY INDUSTRIES CORP.
117 WRANGLER DRIVE
COPPELL, TX 75019

GET ABSTRACT INC
20900 NE 30TH AVE STE 315
AVENTURA FL  33180

GLOBAL TTC
934 CALLE NEGOCIO SUITE D
SAN CLEMENTE CA  92673

GLORY HAUS INC
560 WEBB INDUSTRIAL DRIVE
MARIETTA GA  30062

GO JUMP IN THE LAKE
C/O LEE DAYVAULT
4457 MAPLE DR
ACWORTH GA  30101

GOLCONDA HOLDINGS LLC
9028 LADNER ST
BAY ST LOUIS MO  39520

GOLDAR INVESTMENTS LLC
301 SW 17TH ROAD, 2ND FL
MIAMI, FL 33129

GREAT DIVIDE CORP
5653 PARE STREET, SUITE 201
MONT-ROYAL, QUEBEC, H4P1S1
CANADA

GREATCO
2015 SILVER BELL ROAD STE 195
EAGAN MN  55122

GRILLGRATE LLC
PO BOX 1674
CARTERVILLE GA  31020

GRILLBOT LLC
87 E 116TH STREET STE 202
NEW YORK NY  10029

H BETTI INDUSTRIES
303 PATERSON PLANK ROAD
CARLSTADT NJ  07072

H BETTI INDUSTRIES
EULER HERMES NORTH AMERICA
INSURANCE COMPANY
AGENT OF H BETTI INDUSTRIES INC
800 RED BROOK BOULEVARD
OWINGS MILLS MD 21117

HALO2CLOUD LLC
148 EASTERN BLVD
GLASTONBURY CT  06033

HAMMACHER SCHLEMMER & CO
ATTN:  ANN HAMILTON
9307 N MILWAUKEE AVE
NILES IL  60714

APEX GRAPHICS LLC
DBA HARBINGER LASER ART
23024 HOSPITAL ST
CASSOPOLIS M&I 49031

HATZLACHH SUPPLY INC
935 BROADWAY 6TH FLOOR
NEW YORK CITY NY  10010

HAVACO TECHNOLOGIES
PO BOX 942
3058 W 22ND STREET
ERIE PA  16512

HISTORY CHIPS LLC
PO BOX 777
SHEFFIELD AL  35660

HITI DIGITAL AMERICA INC
675 BREA CANYON RD STE 7
WALNUT CA  91789

HOLSTAR LLC
PO BOX 117075
CARROLLTON TX  75011

HOLTON PRODUCTS, LLC
5509 S. 93RD CIRCLE
FORT SMITH, AR 72903

LAIKO INTERNATIONAL CO INC
16710 E JOHNSON DRIVE
CITY OF INDUSTRY CA  91745

HOT RODS FOR BATHS LLC
DBA ROTATOR ROD
5566 PALMER ROAD
SARASOTA FL  34232

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH  45069

HUSHAMOK LTD
40 E. CHICAGO AVENUE, STE 222
CHICAGO IL 60610

I-BEHAVIOR
WELLS FARGO LOCKBOX
PO BOX 209028
DALLAS TX  75395-9028

IBM
P.O. BOX 945684
ATLANTA, GA  30394-5684

IFETCH LLC
9208 BELL MOUNTAIN DRIVE
AUSTIN TX  78730

ILUMI SOLUTIONS INC
C/O COREY EGAN
1800 PRESTON PARK BLVD #220
PLANO TX  75093

THE NOVELTY GROUP
DBA IMAGINARY KIDZ
1643 WARWICK AVENUE
WARWICK RI  02889

IMPERIAL INTERNATIONAL
C/O WAYFAIR LLC
4 COPLEY PLACE, 7TH FLOOR
BOSTON, MA 02116

IN YOUR FACE LLC
PO BOX 597
ST GEORGE UT  84771

INNESPACE PRODUCTIONS, INC.
(DBA SEABREACHER)
20172 CHARLANNE DR
REDDING, CA 96002

INNOVIA PRODUCTS LLC
2318 CROWN CENTRE DRIVE
CHARLOTTE NC  28227

INSTANTFIGURE INC
17662 ARMSTRONG AVE
IRVINE CA  92614

UNIQIA LLC
8715 LINDELL RD STE 150
LAS VEGAS NV  89139

INVENTIST INC
4901 NW CAMAS MEADOWS DR
CAMAS WA  98607

IVUE
5 WEST 1ST SOUTH
REXBURY, ID 83440

IWALLET CORP
7394 TRADE ST
SAN DIEGO CA  92126

JAMBERLY GROUP INC.
2669 SOLUTION CENTER
CHICAGO IL  60677-2006

JAMBERLY GROUP INC.
14014 SPRING MILL ROAD
LOUISVILLE, KY 40245

JDS MARKETING & SALES INC
730 TOWER DRIVE  BOX 241
MEDINA MN  55340

JENNIFER ADAMS WORLDWIDE INC
18801 N THOMPSON PEAK PKWY
SUITE 380
SCOTTSDALE AZ  85255

JOHN LOUIS INC
4301 RIDER TRAIL
EARTH CITY MO  63045

JS KARAOKE LLC
EASY-DOKS LLC
1185 GOODEN CROSSING
LARGO FL  33778

KATECO LLC
C/O JOE WELCHERT
5709 E GELDING DR
SCOTTSDALE AZ  85254

KEC AMERICA CORPORATION
15415 RED HILL AVE B
TUSTIN CA  92780

KIDDOLOGIC
PO BOX 68
CARLTON, OR 97111

INSPIRED PRODUCTS GROUP LLC
DBA KIDSEMBRACE
4830 RUSINA ROAD STE B
COLARADO SPRINGS CO  80907

KIKKERLAND DESIGN, INC.
666 BROADWAY 4TH FL
NEW YORK, NY  10012

KORE DESIGN LLC
C/O WHITEHURST & CLARK (ATTN B SEARLES)
1200 COUNTY ROAD RT 523
FLEMINGTON NJ  08822

KORE PRODUCTS
484 B. WASHINGTON ST #177
MONTEREY, CA 93940

KRUGERCO LLC
509 LAKELAND DRIVE
SILVER LAKE KS  66539

KUHI COMFORT INC
80 W SIERRA MADRE BLVD  #390
SIERRA MADRE CA  91024

LAKE INDUSTRIES INC
7735 COMMERCIAL WAY
HENDERSON NV  89011

LANDMARC PRODUCTS LLC
348 GOLDSMITH RD
PITTSBURGH PA  15237

LASER PEGS VENTURES LLC
8304 CONSUMER COURT
SARASOTA FL  34240

LATITUDES KOMFORT BRANDS
1000 INDEPENDENCE DR.
SULLIVAN, MO 63080

LEADING EDGE ENGINEERING INC
17150 VIA DEL CAMPO 206
SAN DIEGO CA  92127

LEGACY DECOR
1201 E BALL RD  #X
ANAHEIM CA  92805

LEONISA USA
5240 LANGFORD PARK DR SUITE B
NORCROSS GA  30071

LEPOW INTERNATIONAL, LLC
440 N WOLFE RD
SUNNYVALE, CA  94085

LET'S GEL INCORPORATED
13809 RESEARCH BLVD SUITE 1000
AUSTIN TX  78750

LIBRARY OF CLASSICS INC
ATTN: PHIL NADEL
945 CLINT MOORE RD
BOCA RATON FL  33487

LILLY GOLD, LLC
5468 MAPLE RIDGE CT
MINNETONKA, MN 55343

LIMITLESS INNOVATIONS INC
4800 METALMASTER WAY
MCHENRY IL 60050

LITTLE PASSPORTS INC
282 SECOND STREET 3RD FLOOR
SAN FRANCISCO CA 94105

LITTLEBITS ELECTRONICS INC
601 W. 26TH STREET SUITE M274
NEW YORK, NY 10001

LOOPPAY
8 NEW ENGLAND EXECUTIVE PARK
SUITE 220
BURLINGTON, MA 01803

LOOQ SYSTEMS INC
4677 OLD IRONSIDES DR STE 240
SANTA CLARA CA 95054

LSTN HEADPHONES
8228 SUNSET BLVD 100
WEST HOLLYWOOD CA 90046

LUCKIES OF LONDON
900 MERCHANTS CONCOURSE STE 211
WESTBURY NY 11590

LUMINESS DIRECT LLC
12802 CAPRICORN DR
STAFFORD TX 77477

LUMO BODY TECH INC.
425 SHERMAN AVE., STE 300
PALO ALTO, CA 94306

MALEKTRONIC LLC
8406 DUNHAM STATION DRIVE SUITE 100
TAMPA FL 33647

MANN USA INC
10906 BEL AIR DRIVE
OMAHA NE 68144

MCARTHUR HOMEWARE LLC
304 INDIAN TRACE 818
WESTON FL 33326

MEMOWELL CORPORATION
6741 PROVENCE ROAD
SAN GABRIEL CA 91775

MERCENT CORPORATION
1633 WESTLAKE AVENUE N SUITE 200
SEATTLE WA 98109

MICHAEL GERALD LTD
12836 ALONDRA BLVD
CERRITOS CA  90703

MICRO KICKBOARD
5090 KENDRICK CT. SE
GRAND RAPIDS, MI 49512

MIDWEST INNOVATIVE PRODUCTS LLC
9370 W LARAWAY RD STE E
FRANKFORT IL  60423

MIMISH INC
406 WESTMINSTER RD
BROOKLYN NY  11218

MIXBIN ELECTRONICS LLC
957 HIGHWAY 33, SUITE 135
HAMILTON SQUARE NJ 08690

MOGOLO LLC
PO BOX 2965
SAG HARBOR NY  11963

MONETATE INC
951 E HECTOR STREET
CONSHOHOCKEN PA  19428

MVP PICS
1941 HWY 86
MILFORD IA  51351

MYDEATION LLC
4225 WEST 107TH STREET 7509
OVERLAND PARK KS  66207

NAPANYWHERE LLC
4808 COURTHOUSE ST STE 204
WILLIAMSBURG VA  23188

NARRATIVE US HOLDINGS
(THE SIGHTLINE GROUP)
300 E CANON PERIDIDO AVE, STE C1
SANTA BARBARA, CA 93101

NBRYTE LLC
1070 E DOMINGUEZ ST SUITE F
CARSON CA  90746

NEW IMAGE WORLD
3621 W MACARTHUR BLVD 101-102
SANTA ANA CA  92704

NORDIC INNOVATIONS
87 PLANTATION DRIVE
HILTON HEAD SC  29928

NORM THOMPSON OUTFITTERS, INC.
DBA SOLUTIONS
3188 NW ALOCLEK DR
HILLSBOROUGH OR  97124

NOT FOR NAVIGATION LLC
45 SOUTH MAIN STREET
IPSWICH MA  01938

NOVASCARPA GROUP DBA TELIC USA
2740 S COLE RD 320
BOISE ID  83709