1

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

2

3

4 Attorneys for Debtors and Debtors-in-
Possession

5

John A. Harris (#014459)
6 john.harris@quarles.com
Lori L. Winkelman (#021400)
7 lori.winkelman@quarles.com

8 **IN THE UNITED STATES BANKRUPTCY COURT**

9 **FOR THE DISTRICT OF ARIZONA**

10

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Jointly Administered with: | Jointly Administered with Case Nos.: |
| XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | 2:15-bk-00680-BKM<br>2:15-bk-00682-BKM<br>2:15-bk-00684-BKM<br>2:15-bk-00685-BKM<br>2:15-bk-00686-BKM<br>2:15-bk-00687-BKM<br>2:15-bk-00688-BKM |

11

12

13

14

15

16

17

18

19 This Pleading applies to:

20 ☐  All Debtors
☑  Specified Debtors

21

**SKYMALL, LLC**

22

**FOURTH OMNIBUS MOTION FOR
ENTRY OF AN ORDER
AUTHORIZING AND APPROVING
THE REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, *NUNC PRO
TUNC* TO THE APRIL 3, 2015 SALE
CLOSING DATE, PURSUANT TO
BANKRUPTCY CODE § 365**

23

24

25 SKYMALL, LLC ("**SkyMall**"), a debtor and debtor-in-possession in the above-captioned,

26 jointly administered Chapter 11 cases (the "**Bankruptcy Cases**"), requests that the Court enter an

Order authorizing and approving, pursuant to Bankruptcy Code §§ 105(a) and 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1, the rejection of certain executory contracts (as listed on **Schedule 1** hereto, the "**Subject Agreements**"),[1] *nunc pro tunc* to April 3, 2015 (the "**Sale Closing Date**"). **PARTIES TO THE SUBJECT AGREEMENTS MAY FIND THEIR NAMES AND THEIR RESPECTIVE AGREEMENTS ON SCHEDULE 1.**

Pursuant to its *Order Authorizing Sale Of Certain Assets By Debtor Skymall, LLC Free And Clear Of Claims, Liens, Encumbrances And Other Interests* entered on March 27, 2015 [Docket No. 316] (the "**Sale Order**"), the Court approved a sale of certain SkyMall assets (the "**Sale**") in accordance with the terms of the Sale Order and an asset purchase agreement between SkyMall and the Buyer (as defined in the Sale Order) of the assets. The Buyer did not seek the assumption and assignment of any of the Subject Agreements as part of the Sale. The Sale closed on the April 3, 2015 Sale Closing Date. In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements relate. Accordingly, none of the Subject Agreements are necessary or beneficial to SkyMall's estate. Now that the Sale has closed, the expeditious rejection of the Subject Agreements is necessary to prevent potential administrative claims from continuing to accrue. Accordingly, SkyMall has determined, in its sound business judgment, that the Subject Agreements do not benefit its estate, and rejection *nunc pro tunc* to the April 3, 2015 Sale Closing Date is in the best interest of creditors and SkyMall's estate.[2]

---

[1]  The inclusion of an agreement on Schedule 1 is not an admission by SkyMall that such agreement constitutes a valid, enforceable, executory contract or unexpired lease. SkyMall reserves all its rights to dispute the validity and nature of each of the Subject Agreements listed on Schedule 1.

[2]  Bankruptcy Rule 6006(f)(6) provides that an omnibus motion to reject multiple contracts or leases shall "be limited to no more than 100 executory contracts or unexpired leases." In accordance with Bankruptcy Rule 6006(f)(6), this Fourth Omnibus Motion is limited to 100 of SkyMall's executory contracts. Additional omnibus rejection motions are being filed by SkyMall to address additional contracts SkyMall seeks to reject. SkyMall and the other Debtors in these Bankruptcy Cases are continuing to review their contracts and leases, and they each reserve the right to file additional motions for assumption or rejection of contracts and/or leases.

1    This Motion is supported by the attached Memorandum of Points and Authorities, and the

2    entire record before the Court in these Bankruptcy Cases.

3         RESPECTFULLY SUBMITTED this 8th day of April, 2015.

4                                   QUARLES & BRADY LLP
                                    Renaissance One
5                                   Two North Central Avenue
                                    Phoenix, AZ  85004-2391
6

7                                   By /s/ John A. Harris
                                        John A. Harris
8                                       Lori L. Winkelman

9                                   Attorneys for Debtors and Debtors-in-Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.       FACTUAL AND PROCEDURAL BACKGROUND.

1.       On January 22, 2015 (the "**Petition Date**"), SkyMall, along with the other above-captioned debtors, filed voluntary petitions for relief under chapter 11, thereby commencing the Bankruptcy Cases.[3]

2.       On January 29, 2015, the Court entered its *Order Establishing Bidding Procedures For Auction Sale, Scheduling Hearing On Sale Motion And Granting Related Relief* [Docket No. 53] (the "**Sale Procedures Order**"), pursuant to which the Court approved a marketing and sale process for business assets of SkyMall.

3.       As provided in the Sale Procedures Order, and on March 27, 2015, the Court held a hearing to consider approval of the Sale (the "**Sale Hearing**").

4.       The Buyer (as defined in the Sale Order) did not seek the assumption and assignment of any of SkyMall's executory contracts or unexpired leases (including any of the Subject Agreements) as part of the Sale.

5.       At the conclusion of the Sale Hearing, the Court entered the Sale Order approving the Sale.

6.       On the April 3, 2015 Sale Closing Date, SkyMall closed the Sale in accordance with Sale Order and the asset purchase agreement between SkyMall and the Buyer. None of the Subject Agreements were assumed or assigned as part of the Sale.

7.       In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements relate. Accordingly, the Subject Agreements are no longer necessary or beneficial to SkyMall or its estate and, in the exercise of its reasonable business judgment, SkyMall has determined that the Subject Agreements should be rejected *nunc pro tunc* to the Sale Closing Date.

---

[3]       Unless otherwise indicated, all chapter and section references in this Motion are to the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. All "Rule" references are to the Federal Rules of Bankruptcy Procedure.

II.     **LEGAL ARGUMENT.**

        A.  *Rejection of the Subject Agreements is a Proper Exercise of SkyMall's Business Judgment*

        Under Bankruptcy Code § 365(a), a Chapter 11 debtor-in-possession, "subject to the court's approval, may . . . reject any executory contract." 11 U.S.C. § 365(a).  In making a determination of whether to approve such rejection, "a bankruptcy court need engage in 'only a cursory review of a [debtor-in-possession]'s decision to reject the contract. Specifically, a bankruptcy court applies the business judgment rule to evaluate a [debtor-in-possession]'s rejection decision . . . .'". *In re Pomona Valley Med. Grp., Inc.*, 476 F.3d 665, 670 (9th Cir. 2007) (quoting *Durkin v. Benedor Corp. (In re G.I. Indust., Inc.),* 204 F.3d 1276, 1282 (9th Cir. 2000)).  The Ninth Circuit has recognized that "courts are no more equipped to make subjective business decisions for insolvent businesses than they are for solvent businesses." *Id.*  As such, "in evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate." *Id.* (citing *Navellier v. Sletten,* 262 F.3d 923, 946 n. 12 (9th Cir. 2001) and *FDIC v. Castetter,* 184 F.3d 1040, 1043 (9th Cir. 1999)).  In short, the Ninth Circuit has determined that a court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be 'advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice.'"  *Id.* (quoting *Lubrizol Enter. v. Richmond Metal Finishers,* 756 F.2d 1043, 1047 (4th Cir. 1985)); *see also In re Trans World Airlines,* 261 B.R. 103, 121 (Bankr. D. Del. 2003) ("A debtor's decision to reject an executory contract must be summarily affirmed unless it is the product of bad faith, or whim or caprice") (internal quotations omitted).

        In this case, SkyMall has determined, in its sound business judgment, that the rejection of the Subject Agreements is in the best interest of its estate.  Maintaining the Subject Agreements

1  will not benefit SkyMall's estate because the Subject Agreements are not necessary or beneficial

2  to SkyMall after the closing of the Sale.  Absent rejection, SkyMall's estate may face the risk of

3  incurring continuing and potentially substantial administrative claims.[4]

4            **B. Nunc Pro Tunc Relief Is Appropriate**

5         The Ninth Circuit and other courts have recognized that they have the equitable power to

6  approve retroactive rejection of agreements under Bankruptcy Code § 105(a).  *See, e.g., Pacific*

7  *Shores Dev., LLC v. At Home Corp. (In re At Home Corp.),* 392 F.3d 1064, 1070 (9th Cir. 2004)

8  (rejection of unexpired lease approved retroactive to petition date); *In re Amber's Stores, Inc.,*

9  193 B.R. 819, 820–21, 827 (Bankr. N.D. Tex. 1996) (same); *In re New Meatco Provisions,* LLC,

10  No. 2:13–bk–22155–PC, 2013 WL 3760129, *1, *6 (Bankr. C.D. Cal. July 16, 2013) (rejection

11  of lease effective retroactive to date debtor turned possession of premises over to landlord); *In re*

12  *Manis Lumber Co.,* 430 B.R. 269, 271–72, 280 (Bankr. N.D. Ga. 2009) (same); *In re O'Neil*

13  *Theatres, Inc.,* 257 B.R. 806 (Bankr. E.D. La. 2000) (rejection of lease effective retroactive to

14  petition date).  When determining whether retroactive relief is appropriate, courts are primarily

15  concerned with the amount of delay in filing the rejection motion, the motives of any objecting

16  party (*e.g.*, is the objecting party trying to receive an administrative claim windfall), and whether

17  the debtor's estate received an actual and necessary benefit under the agreement.  *See, e.g., In re*

18  *At Home Corp.*, 392 F.3d at 1072 (indentifying factors).

19         In this case, rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date is

20  appropriate.  This Fourth Omnibus Motion has been filed as soon as reasonably possible

21  following the Sale Closing Date.  SkyMall informed the Court and parties in interest at the

22  March 27, 2015 Sale Hearing that SkyMall intended to seek rejection of the Subject Agreements

23  *nunc pro tunc* to the Sale Closing Date.  Finally, because the Subject Agreements relate primarily

24

25  ─────────────────
   [4]      Because the Subject Agreements relate to business operations of SkyMall that will

26  terminate in light of the Sale closing, SkyMall does not believe that the rejection of the Subject
   Agreements will be harmful or material to the non-debtor counterparties to the contracts.

to business operations of SkyMall that will terminate in light of the Sale closing, such Subject Agreements have not provided (and they cannot provide) an actual and necessary benefit to SkyMall's estate after the Sale Closing Date under Bankruptcy Code § 503. Therefore, SkyMall does not believe the counterparties to the Subject Agreements will be harmed by *nunc pro tunc* relief.[5]

In light of the foregoing, the timing of this Motion has been expeditious and reasonable. *Nunc pro tunc* relief to the Sale Closing Date is warranted to avoid potential administrative claims (or disputes over such claims) in regard to the Subject Agreements. In this regard, the relief requested herein is particularly beneficial to SkyMall's general unsecured creditors. Accordingly, SkyMall requests the Court approve its rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date.

---

[5] The Fourth Omnibus Motion does not seek to alter or affect any pre-Petition Date claims that may be held by the non-debtor counterparties to the Subject Agreements. The amounts listed in Schedule 1 are estimated amounts that may be owed as of the Petition Date. The amounts listed in Schedule 1 are estimates only for purposes of this Motion and to comply with LBR 6004-1(a)(4). These estimates, however, are not an adjudication of any rights under the agreements or amounts owed to any counterparty. Nothing in this Motion or Schedule 1 shall be construed to be an admission by SkyMall that it owes the estimated amounts, or any amounts, in regard to the referenced agreements. SkyMall reserves all its rights related to the validity of or amounts that may be owing under any contract.

QB\34507154.1

III.    **CONCLUSION**

WHEREFORE, SkyMall respectfully requests entry of an order, a form of which is attached hereto as **Exhibit A**: (A) authorizing SkyMall to reject the Subject Agreements listed on Schedule 1 *nunc pro tunc* to the Sale Closing Date; (B) deeming the Subject Agreements listed on Schedule 1 rejected, *nunc pro tunc* to the Sale Closing Date; and (C) granting such other relief as may be just and proper under the facts and circumstances of these Bankruptcy Cases.

RESPECTFULLY SUBMITTED this 8th day of April, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391


By  /s/ John A. Harris
     John A. Harris
     Lori L. Winkelman

Attorneys for Debtors and Debtors-in-Possession

COPIES of the foregoing sent via
e-mail or first-class mail this 8th
day of April, 2015, to all parties
on the Official Service List
and the Rejection Notice List attached
hereto:


/s/ Sybil Taylor Aytch

## SCHEDULE 1 TO FOURTH OMNIBUS REJECTION MOTION

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 1. | NuAge Beauty | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 2. | OBM Distribution/Breo-USA | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $0 | Related to terminated business operations |
| 3. | Old Modern Handicrafts | SkyMall LLC | Vendor Agreement | 6/11/2014 | Vendor supply | $659.30 | Related to terminated business operations |
| 4. | OMG Life Limited | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $1,009.82 | Related to terminated business operations |
| 5. | One Life Products, Inc. | SkyMall LLC | Vendor Agreement | 8/15/2011 | Vendor supply | $3,035.16 | Related to terminated business operations |
| 6. | Ontrion | SkyMall LLC | Vendor Agreement | 7/18/2014 | Vendor supply | $726.40 | Related to terminated business operations |
| 7. | Oplink Communications | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 8. | Optigroove, LLC | SkyMall LLC | Vendor Agreement | 9/26/2014 | Vendor supply | $0 | Related to terminated business operations |
| 9. | Optimum Fulfillment | SkyMall LLC | Vendor Agreement | 5/13/2013 | Vendor supply | $3,408.62 | Related to terminated business operations |
| 10. | Ortega Publishing Pty Ltd | SkyMall LLC | Vendor Agreement | 11/28/2011 | Vendor supply | $77,673.98 | Related to terminated business operations |
| 11. | Outdoor GreatRoom Company | SkyMall LLC | Vendor Agreement | 10/21/2014 | Vendor supply | $0 | Related to terminated business operations |
| 12. | P&R Educational Games | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $0 | Related to terminated business operations |
| 13. | Pajamagram | SkyMall LLC | Vendor Agreement | | Vendor supply | $23,509.40 | Related to terminated business operations |
| 14. | Pay Dirt Gold Company | SkyMall LLC | Vendor Agreement | 4/16/2014 | Vendor supply | $3,466.20 | Related to terminated business operations |
| 15. | Pebblebee | SkyMall LLC | Vendor Agreement | 7/12/2014 | Vendor supply | $2,962.67 | Related to terminated business operations |
| 16. | Philips Projector | SkyMall LLC | Vendor Agreement | 8/7/2014 | Vendor supply | $0 | Related to terminated business operations |
| 17. | Photo File | SkyMall LLC | Vendor Agreement | 7/16/2009 | Vendor supply | $22,182.41 | Related to terminated business operations |
| 18. | Piddle Place | SkyMall LLC | Vendor Agreement | 10/27/2014 | Vendor supply | $218.57 | Related to terminated business operations |
| 19. | PillowPals | SkyMall LLC | Vendor Agreement | 9/26/2014 | Vendor supply | $0 | Related to terminated business operations |
| 20. | Piracle Inc. | SkyMall LLC | Subscription Services Agreement | 06/12/2014q | Accounts payable and payroll management | $0 | Related to terminated business operations |

---

[1]  References to any agreement includes all agreements with such counterparty and all amendments, supplements, and modifications thereto.

[2]  The amounts listed in this column are estimated amounts that may be owed as of the Petition Date. These are estimates only for purposes of this Schedule and to comply with LBR 6004-1(a)(4). SkyMall does not believe that any further amounts are due under the referenced contract. These estimates, however, are not an adjudication any rights under the agreement or amounts owed to any counterparty. Nothing in this Schedule shall be construed to be an admission by SkyMall that it owes the estimated amounts, or any amounts, in regard to the referenced agreement. SkyMall reserves all its rights related to the validity of or amounts that may be owing under any agreement.

QB\34506680.1

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| | | | | | services | | |
| 21. | Pivothead Wearable Imaging | SkyMall LLC | Vendor Agreement | 6/12/2014 | Vendor supply | $0 | Related to terminated business operations |
| 22. | Posh365 | SkyMall LLC | Vendor Agreement | 09/02/2014 | Vendor supply | $2,138.24 | Related to terminated business operations |
| 23. | Post Up Stand | SkyMall LLC | Vendor Agreement | 9/6/2013 | Vendor supply | $0 | Related to terminated business operations |
| 24. | Potty Glow, Inc. | SkyMall LLC | Vendor Agreement | 10/7/2014 | Vendor supply | $566.37 | Related to terminated business operations |
| 25. | Prepac | SkyMall LLC | Vendor Agreement | 2/6/2004 | Vendor supply | $78,916.22 | Related to terminated business operations |
| 26. | Prepara Performance Chef's Tools (Freshlink Product Development, LLC) | SkyMall LLC | Vendor Agreement | 6/30/2014 | Vendor supply | $2,135.93 | Related to terminated business operations |
| 27. | Primetime Petz | SkyMall LLC | Vendor Agreement | 11/14/2014 | Vendor supply | $504.10 | Related to terminated business operations |
| 28. | Prints Charming, LLC | SkyMall LLC | Vendor Agreement | 8/18/2008 | Vendor supply | $57,691.24 | Related to terminated business operations |
| 29. | Prong, LLC | SkyMall LLC | Vendor Agreement | 5/28/2014 | Vendor supply | $5,365.73 | Related to terminated business operations |
| 30. | Proper Pillow | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $0 | Related to terminated business operations |
| 31. | Protectus Technologies, Inc. | SkyMall LLC | Vendor Agreement | 8/13/2014 | Vendor supply | $673.98 | Related to terminated business operations |
| 32. | Purse-A-Porter, LLC | SkyMall LLC | Vendor Agreement | 6/24/2014 | Vendor supply | $3,512.92 | Related to terminated business operations |
| 33. | Push Pushi | SkyMall LLC | Vendor Agreement | 4/30/2014 | Vendor supply | $3,582.29 | Related to terminated business operations |
| 34. | PYS Gifts | SkyMall LLC | Vendor Agreement | 2/1/2013 | Vendor supply | $18,029.40 | Related to terminated business operations |
| 35. | Quad/Graphics, Inc. | SkyMall LLC | Agreement | 12/21/95 | Printing, binding and delivery of catalogs | $196,187.15 | Related to terminated business operations |
| 36. | QuantiPerm, LLC | SkyMall LLC | Vendor Agreement | 8/11/2014 | Vendor supply | $0 | Related to terminated business operations |
| 37. | RBS Shaving, LLC | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $1,414.52 | Related to terminated business operations |
| 38. | Reactive Surfaces, Ltd. LLP | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $4,009.17 | Related to terminated business operations |
| 39. | RefinedKind Pet Products (Feinkind, Inc.) | SkyMall LLC | Vendor Agreement | 5/28/2014 | Vendor supply | $2,971.50 | Related to terminated business operations |
| 40. | Reicher Enterprises, LLC | SkyMall LLC | Vendor Agreement | 10/2/2014 | Vendor supply | $0 | Related to terminated business operations |
| 41. | Relief Pod International | SkyMall LLC | Vendor Agreement | 10/28/2013 | Vendor supply | $161,019.88 | Related to terminated business operations |
| 42. | Revo Innovations, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |

QB\34506680.1

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 43. | Rich Brands, LLC | SkyMall LLC | Vendor Agreement | 8/26/2014 | Vendor supply | $293.27 | Related to terminated business operations |
| 44. | Richell USA, Inc. | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $6,747.04 | Related to terminated business operations |
| 45. | Richwrap, Inc. | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $535.91 | Related to terminated business operations |
| 46. | Road Mice, Inc. | SkyMall LLC | Vendor Agreement | 5/28/2014 | Vendor supply | $7,885.00 | Related to terminated business operations |
| 47. | RSPA, Inc. | SkyMall LLC | Vendor Agreement | 2/7/2013 | Vendor supply | $9,873.59 | Related to terminated business operations |
| 48. | Ryonet Corporation | SkyMall LLC | Vendor Agreement | 6/13/2014 | Vendor supply | $0 | Related to terminated business operations |
| 49. | RZ Mask, LLC | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $2,965.77 | Related to terminated business operations |
| 50. | S.I.C. Bicycles, Inc. | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $4,150.32 | Related to terminated business operations |
| 51. | Sailskating, LLC | SkyMall LLC | Vendor Agreement | 8/15/2011 | Vendor supply | $3,405.93 | Related to terminated business operations |
| 52. | Seamly, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $1,409.55 | Related to terminated business operations |
| 53. | SengledUSA, Inc. | SkyMall LLC | Vendor Agreement | 6/5/2014 | Vendor supply | $4,083.69 | Related to terminated business operations |
| 54. | Shantalle's Studio dba Paw Painted | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $7,434.20 | Related to terminated business operations |
| 55. | SHOLDIT | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $4,163.67 | Related to terminated business operations |
| 56. | Sidecar Interactive, Inc. | SkyMall LLC | Platform Services Agreement | 5/15/2014 | Marketing services | $2,283.87 | Related to terminated business operations |
| 57. | Sigma Enterprise, LLC | SkyMall LLC | Vendor Agreement | 6/30/2014 | Vendor supply | $0 | Related to terminated business operations |
| 58. | SimpleWare, LLC | SkyMall LLC | Vendor Agreement | 6/16/2014 | Vendor supply | $1,310.50 | Related to terminated business operations |
| 59. | Sisters Gourmet | SkyMall LLC | Vendor Agreement | 9/29/2014 | Vendor supply | $3,961.46 | Related to terminated business operations |
| 60. | Sleeper Scarf, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $3,576.05 | Related to terminated business operations |
| 61. | SleepVIP, Inc. | SkyMall LLC | Vendor Agreement | 12/26/2012 | Vendor supply | $29,069.01 | Related to terminated business operations |
| 62. | Smart Surplus, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $12,906.82 | Related to terminated business operations |
| 63. | Smart Toys and Games | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $4,266.85 | Related to terminated business operations |
| 64. | Snow Joe, LLC | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $1,331.31 | Related to terminated business operations |
| 65. | Spartak Enterprises | SkyMall LLC | Vendor Agreement | 2/11/2005 | Vendor supply | $21,818.83 | Related to terminated business operations |
| 66. | Steiner Sports Memorabilia, Inc. | SkyMall LLC | Vendor Agreement | 8/14/2002 | Vendor supply | $205,927.00 | Related to terminated business operations |

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 67. | Str8-N-Up | SkyMall LLC | Vendor Agreement | 10/14/2013 | Vendor supply | $18,715.72 | Related to terminated business operations |
| 68. | Straight Up Chess (TRF Games, Inc.) | SkyMall LLC | Vendor Agreement | 7/1/2014 | Vendor supply | $6,983.78 | Related to terminated business operations |
| 69. | Strategic Marketing Partners | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $0 | Related to terminated business operations |
| 70. | Strider Sports International, Inc. | SkyMall LLC | Vendor Agreement | 6/4/2014 | Vendor supply | $7,699.32 | Related to terminated business operations |
| 71. | Studio Vertu, Inc. | SkyMall LLC | Vendor Agreement | 9/2/2014 | Vendor supply | $1,829.27 | Related to terminated business operations |
| 72. | SunFriend Corporation | SkyMall LLC | Vendor Agreement | 10/13/2014 | Vendor supply | $0 | Related to terminated business operations |
| 73. | Suzy Kuzy, LLC | SkyMall LLC | Vendor Agreement | 6/12/2014 | Vendor supply | $0 | Related to terminated business operations |
| 74. | Swiss+ Tech Products | SkyMall LLC | Vendor Agreement | 10/22/2012 | Vendor supply | $635.29 | Related to terminated business operations |
| 75. | Sy Kessler Sales, LLC | SkyMall LLC | Vendor Agreement | 7/25/2013 | Vendor supply | $21,186.36 | Related to terminated business operations |
| 76. | Talk Marketing Agency | SkyMall LLC | Vendor Agreement | 4/28/2014 | Vendor supply | $6,076.09 | Related to terminated business operations |
| 77. | Technosystems Service Corp. | SkyMall LLC | Vendor Agreement | 6/16/2011 | Vendor supply | $3,475.00 | Related to terminated business operations |
| 78. | The Bacon Jams, LLC | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $2,628.71 | Related to terminated business operations |
| 79. | The California Wine Club | SkyMall LLC | Vendor Agreement | 8/28/1998 | Vendor supply | $4,175.67 | Related to terminated business operations |
| 80. | The Kansas City Steak Company | SkyMall LLC | Vendor Agreement | 1/31/2014 | Vendor supply | $12,623.08 | Related to terminated business operations |
| 81. | Tikker Technologies, LLC | SkyMall LLC | Vendor Agreement | 4/18/2014 | Vendor supply | $1,442.50 | Related to terminated business operations |
| 82. | Titanium Marketing, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $865.54 | Related to terminated business operations |
| 83. | TLE Marketing Corporation (WBM International) | SkyMall LLC | Vendor Agreement | 4/24/2014 | Vendor supply | $0 | Related to terminated business operations |
| 84. | Trademark Games Inc. | SkyMall LLC | Vendor Agreement | 6/18/2014 | Vendor supply | $56,592.84 | Related to terminated business operations |
| 85. | Trademark Global | SkyMall LLC | Vendor Agreement | 6/18/2014 | Vendor supply | $0 | Related to terminated business operations |
| 86. | Trademark Productions, Inc. (Dophes, Ltd.) | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $2,571.14 | Related to terminated business operations |
| 87. | TruConnect Mobile, LLC | SkyMall LLC | Vendor Agreement | 10/22/2014 | Vendor supply | $0 | Related to terminated business operations |
| 88. | True Fabrications | SkyMall LLC | Vendor Agreement | 9/29/2014 | Vendor supply | $12,395.44 | Related to terminated business operations |
| 89. | TrueCloud: Boomi | SkyMall LLC | Purchase Agreement | 5/6/2014 | Date storage services | $3,500.00 | Related to terminated business operations |
| 90. | TrueCloud: LeanerIt, LLC | SkyMall LLC | Services Agreement | 3/26/2014 | Data storage and software services | $0 | Related to terminated business operations |

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 91. | Tubby Table Toys, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $1,043.32 | Related to terminated business operations |
| 92. | Umbra | SkyMall LLC | Vendor Agreement | 10/20/2014 | Vendor supply | $7,101.20 | Related to terminated business operations |
| 93. | Underboss Productions, Inc. | SkyMall LLC | Vendor Agreement | 6/16/2014 | Vendor supply | $17,634.96 | Related to terminated business operations |
| 94. | UNorth | SkyMall LLC | Vendor Agreement | 7/25/2012 | Vendor supply | $2,858.59 | Related to terminated business operations |
| 95. | UNU Electronics | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $0 | Related to terminated business operations |
| 96. | Venturedirect Worldwide | SkyMall LLC | Vendor Agreement | 08/08/2013 (VIO only) | Vendor supply | $0 | Related to terminated business operations |
| 97. | Vermont Teddy Bear | SkyMall LLC | Vendor Agreement | 8/26/2013 | Vendor supply | $28,528.74 | Related to terminated business operations |
| 98. | VersaGolfer | SkyMall LLC | Vendor Agreement | 8/8/2013 | Vendor supply | $3,918.11 | Related to terminated business operations |

QB\34506680.1

**SKYMALL, LLC,** *et al.*
**OFFICIAL SERVICE LIST**

LARRY WATSON
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003
Email: larry.watson@usdoj.gov

DAVID BOTTER, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: dbotter@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

SUSAN M. FREEMAN
JUSTIN J. HENDERSON
LEWIS ROCA ROTHGERBER LLP
201 E. WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004-2595
Email: SFreeman@LRRLaw.com
Email: JHenderson@LRRLaw.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

DAREN W. PERKINS, ESQ.
EXECUTIVE DIRECTOR & ASSISTANT
GENERAL COUNSEL
JPMORGAN CHASE & CO.
P. O. BOX 655415
DALLAS, TX 75265-5415
Email: daren.perkins@jpmchase.com

STEVEN R. WIRTH, ESQ.
AKERMAN LLP
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602
Email: steven.wirth@akerman.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

PAUL W. WEISER, ESQ.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD, SUITE 440
SCOTTSDALE, AZ 85254-1754
Email: pweiser@buchalter.com
COUNSEL FOR PKY FUND II PHOENIX I, LLC

JOANNA NEWDECK, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036
Email: jnewdeck@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

JANET E. BOSTWICK, ESQ.
JANET E. BOSTWICK, PC
295 DEVONSHIRE STREET
BOSTON, MA 02110
Email: jeb@bostwicklaw.com
COUNSEL FOR DEMANDWARE INC.

WESLEY D. RAY, ESQ.
POLSINELLI PC
1 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

JEFFREY R. MANNING
COHNREZNICK CAPITAL MARKETS
SECURITIES LLC
500 E PRATT STREET SUITE 200
BALTIMORE MD 21202
Email: jeff.manning@crcms.com
INVESTMENT BANKER FOR DEBTORS

CHRISTOPHER A. WARD, ESQ.
JARRETT VINE, ESQ.
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com
Email: jvine@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

TAMALYN E. LEWIS, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: tel@eblawyers.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

MARIAN GARZA
ASCENSION CAPITAL GROUP, INC.
P.O. BOX 201347
ARLINGTON, TX 76006
Email: ecfnotices@ascensioncapitalgroup.com
BANKRUPTCY SERVICER FOR BMW
FINANCIAL SERVICES NA, LLC

DEAN C. WALDT, ESQ.
MICHAEL S. MYERS, ESQ.
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
Email: waldtd@ballardspahr.com
Email: myersms@ballardspahr.com
COUNSEL FOR XSE, LLC, X SHARES, LLC,
AND SMXE LENDING, LLC

SANDRA W. LAVIGNA, ESQ.
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES CA  90071-9591
Email: lavignas@sec.gov

AUTUMN D. HIGHSMITH, ESQ.
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TEXAS 75219
Email: autumn.highsmith@hayesboone.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

THOMAS J. SALERNO, ESQ.
ANTHONY P. CALI, ESQ.
GORDON SILVER
ONE E. WASHINGTON, SUITE 400
PHOENIX, AZ 85004
Email: tsalerno@gordonsilver.com
Email: acali@gordonsilver.com

HARRIS B. WINSBERG, ESQ.
STEPHEN S. ROACH, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST., SUITE 5200
ATLANTA, GA 30308
Email: harris.winsberg@troutmansanders.com
Email: stephen.roach@troutmansanders.com
COUNSEL FOR DELTA AIRLINES, INC.

STEVEN D. JEROME, ESQ.
ERIC S. PEZOLD, ESQ.
SNELL & WILMER L.L.P.
400 E. VAN BUREN STREET, SUITE 1900
PHOENIX, AZ  85004-2202
Email: sjerome@swlaw.com
Email: epezold@swlaw.com
LOCAL COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

KIMBERLY A. WALSH, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
MC 008
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
Email: Kimberly.Walsh@texasattorneygeneral.gov

JEFFREY L. COHEN, ESQ.
SETH VAN AALTEN, ESQ.
ALEX R. VELINSKY, ESQ.
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: jcohen@cooley.com
Email: svanaalten@cooley.com
Email: avelinsky@cooley.com
LEAD COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

CAROLYN J. JOHNSEN, ESQ.
DICKINSON WRIGHT, PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
Email: cjjohnsen@dickinsonwright.com
COUNSEL FOR DESIGN TOSCANO LTD.

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000
Email: george.w.brunson@aexp.com

JONATHAN B. FRUTKIN, ESQ.
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., SUITE 200
SCOTTSDALE, AZ 85254
Email: jfrutkin@frutkinlaw.com
COUNSEL FOR AMERICAN PRINTHOUSE

CINMAR (FRONTGATE/ELECTMIX)
5566 W CHESTER RD
ATTN: GREG BERGLUND
WEST CHESTER OH 45069
Email: afranzoni@cinmar.com

JOHN D. ELROD, ESQ.
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305
Email: elrodj@gtlaw.com
COUNSEL FOR UNITED PARCEL SERVICE, INC.

CHRISTOPHER L. HERING, ESQ.
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
Email: chering@gblaw.com
COUNSEL FOR VICTORINA LLC

AMERICAN AIRLINES
4333 AMON CARTER BLVD
FORT WORTH TX 76155
Email: walter.weems@aa.com

S. CARY FORRESTER, ESQ.
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
E-mail: scf@forresterandworth.com
COUNSEL FOR UNDERBOSS PRODUCTIONS, LLC

CONSTANGY BROOKS & SMITH LLP
PO BOX 102476
ATLANTA GA 30368-0476
Email: jrosin@constangy.com

GEMMY INDUSTRIES CORP
PO BOX 3588
COPPELL TX  75019
Email: jason.mccann@gemmy.com

HAMMACHER SCHLEMMER & CO., INC.
ATTN: ANN HAMILTON
9307 N MILWAUKEE AVENUE
NILES IL  60714
Email: ann.hamilton@bgeltd.com

HAMMACHER, SCHLEMMER & CO., INC.
ATTN: KAREN SEAWELL
9307 N. MILWAUKEE AVE.
NILES IL  60714
Email: Kseawell@hammacher.com

MARK L. RADTKE, ESQ.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
Email: mradtke@shawfishman.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

PATRICK A. CLISHAM, ESQ.
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: pac@eblawyers.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

MIDLAND PAPER
1140 PAYSPHERE CIRCLE
CHICAGO IL  60674
Email: jim.otoole@midlandpaper.com

MIDLAND PAPER COMPANY
ATTN: RALPH DELETTO
101 E. PALATINE RD.
WHEELING IL 60090
Email: Ralph.deletto@midlandpaper.com

SIGNALS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236
Email: mbender@woecatalog.com

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH  45069
Email: cpellenberg@improvementscatalog.com

SOUTHWEST AIRLINES, INC.
14800 FRYE ROAD
FORT WORTH, TX 76115
Email: vicki.mccrummen@wnco.com

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA  92705
Email: dcoleman@reliefpod.com

NORM THOMPSON OUTFITTERS, INC. DBA
SOLUTIONS
DANIEL W. RAMSEY
138 CONANT STREET
BEVERLY MA 01915
Email: dramsey@orchardbrands.com

NORM THOMPSON OUTFITTERS, INC.  DBA
SOLUTIONS
ATTN: KAREN DURLING
26 ALBERIGI DRIVE
JESSUP, PA 18434
Email: mbowcut@ntobrands.com

STEINER SPORTS MEMORABILIA, INC.
ATTN: KELVIN JOSEPH
145 HUGUENOT STREET
NEW ROCHELLE NY 10801
Email: Kjoseph@steinersports.com

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

STEINER SPORTS MEMORABILIA, INC.
145 HUGENOT STREET
NEW ROCHELLE, NY 10801
Email: smahoney@steinersports.com

UNITED AIRLINES, INC.
1200 E. ALGONQUIN ROAD
ELK GROVE, IL 60007
Email: david.oppenheim@united.com

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905
Email: milanoue@ups.com

US AIRWAYS
P.O. BOX 29655
PHOENIX, AZ 85038
Email: autumn.highsmith@haynesboone.com
Email: tel@eblawyers.com

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

INSIGHT DIRECT USA, INC.
ATTN: MICHAEL L. WALKER
6820 S. HARL AVENUE
TEMPE, AZ 85283
Email: Sherri.West@Insight.com

PROJECT MANAGEMENT CORP.
3683 E VALLEJO DRIVE
GILBERT, AZ 85298
Email: jerel@talentwoo.com

VARIDESK, LLC
ATTN: CRAIG D. STOREY
117 WRANGLER WAY, SUITE 100
COPPELL TX 75019
Email: craig.storey@varidesk.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475
Email: azecf@dor.mo.gov

CHAIM PIEKARSKI
AVI GOLDENBERG
C&A MARKETING, INC.
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660
Email: chaim@camarketing.com
Email: avig@camarketing.com

NCR CORPORATION
INTELLECTUAL PROPERTY LAW VP
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GEORGIA 30096
Email: richard.weiss@ncr.com

JUMBLEBERRY
C/O ALBERT LUK
171 E. LIBERTY STEET, SUITE 310
TORONTO ON M6K 3P6
CANADA
Email: Brian@jumbleberry.com
Email: albert.luk@jumbleberry.com

TIMOTHY SMITH
8700 N. 64TH PLACE
PARADISE VALLEY, AZ 85253
Email: msmith1803@aol.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011
Email: cdg@e3light.com

DAVID SANDERS
7944 E. PARK VIEW LANE
SCOTTSDALE, AZ 85255
Email: dsanders@ambath.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

BRADLEY HILLIER
421 W. ALAMEDA DRIVE
TEMPE, AZ 85282
Email: bhillier@homebrandsgroup.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

RYAN J. LORENZ
CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE, AZ 85254
Email: rlorenz@clarkhill.com
COUNSEL FOR BRAND 44, LLC

BRADLEY J. STEVENS, ESQ.
JEFFREY D. GARDNER, ESQ.
PAUL J. VALENTINE, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E. WASHINGTON STREET, SUITE 1900
PHOENIX, AZ 85004-2554
Email: bstevens@jsslaw.com
Email: jgardnerg@sslaw.com
Email: pvalentine@jsslaw.com
COUNSEL FOR OFFICIAL COMMITTEE OF
RESTRICTED EQUITY SHAREHOLDERS OF
XHIBIT CORP.

JOSEPH CORRIGAN
IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC
ONE FEDERAL STREET
BOSTON, MA 02110
Email: Bankruptcy2@ironmountain.com

NCR CORPORATION
GENERAL COUNSEL
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GA 30096
Email: law.notices@ncr.com

TERESA M. PILATOWICZ, ESQ.
GORDON SILVER
ONE E. WASHINGTON STREET, SUITE 400
PHOENIX, AZ 85004
Email: tpilatowicz@gordonsilver.com
COUNSEL FOR LAKE INDUSTRIES, INC.

CHAD ROBERSON
HONNE CAPITAL, LLC
375 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10152
Email: roberson@honnecapital.com

U. S. SECURITIES AND EXCHANGE COMMISSION
ATTN: MORGAN BRADY LYONS
100 F STREET, MAIL STOP 9040
WASHINGTON, D.C. 20549

TWIN STAR
NIKOLA KRGOVIC
BRACE ABAFI 2/10
ZEMUN MB 62400382
SERBIA

RACKSPACE US INC.
UNIT 5 MILLKINGTON ROAD
HYDE PARKE HAYES
MIDDLESEX GB UB34AZ
UNITED KINGDOM

BIG HUGE MEDIA LLC
360 GRAND AVENUE
BROOKLYN, NY 11238

ADCAFE LLC
49 WOODBROOKE DRIVE
EDISON, NJ 08820-2965

MARKETO INC.
PO BOX 122068
DALLAS, TX 75312-2068

IDENTIFYLE INC.
7945 CARTILLA AVENUE, SUITE A
RANCHO CUCAMONGA, CA 91730

SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

INTERNAL REVENUE SERVICE
4041 N CENTRAL AVENUE
BUILDING A
PHOENIX AZ  85012

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
1275 W WASHINGTON AVE
PHOENIX, AZ 85007

ARIZONA DEPT OF REVENUE
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ  85007

US BANK, NA
BANKRUPTCY/RECOVERY DEPT.
PO BOX 5229
CINCINNATI, OH  45201

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
POB 3001
MALVERN, PA 19355-0701

ROSENTHAL & ROSENTHAL, INC.
ATTN: ANTHONY DITIRRO
1370 BROADWAY
NEW YORK, NY 10018

# FOURTH REJECTION MOTION NOTICE PARTIES

NUAGE BEAUTY
9220 JAMES AVENUE SOUTH
MINNEAPOLIS MN  55431

OBM DISTRIBUTION INC
13900 SYCAMORE WAY
CHINO CA  91710

OLD MODERN HANDICRAFTS
19449 EAST WALNUT DRIVE SOUTH
CITY OF INDUSTRY CA  91732

OMG LIFE LIMITED
14 MINNS BUSINESS PARK
7 WEST WAY
OXFORD OXON  OX2 0JB
UNITED KINGDOM

ONE LIFE PRODUCTS INC
7249 CANYON GLEN COURT
SAN DIEGO CA  92129

ONTRION
13650 TI BLVD 309
DALLAS TX  75243-1580

OPLINK COMMUNICATIONS
46335 LANDING PARKWAY
FREMONT CA  94538

OPTIGROOVE LLC
DBA RED HEAD OAK BARRELS
409 RUTHERFORD AVE
WYLIE TX  75098

OPTIMUM FULFILLMENT LLC
229 W MAIN ST
OTTAWA IL  61350

ORTEGA PUBLISHING PTY LTD
1 CASSINS AVE
PO BOX 353
NORTH SYDNEY NSW  2060
AUSTRALIA

OUTDOOR GREATROOM COMPANY
2015 SILVER BELL RD., STE 195
EAGAN, MN  55122

P&R EDUCATIONAL GAMES
912 PLUMTREE ROAD WEST
WESTBURY, NY 11590

PAJAMAGRAM
6655 SHELBURNE RD
SHELBURNE VT  05482

PAY DIRT GOLD COMPANY
111 PENN ST
EL SEGUNDO CA  90245

PEBBLEBEE LLC
PO BOX 2962
RENTON WA  98056

PHILIPS PROJECTORS
C/O PHILIPS ELECTRONICS
3000 MINUTEMAN RD.
ANDOVER MA 01810

PHOTO FILE
333 N BEDFORD RD SUITE 130
MT KISCO NY  10549

PIDDLE PLACE
1562 PARK LANE SOUTH 700
JUPITER FL  33458

PILLOW PALS
81 PROSPECT ST
WELLESLEY MA  02481

PIRACLE INC.
6415 S 300 E SUITE 150
SALT LAKE, UT 84121

PIVOTHEAD WEARABLE IMAGING
7400 EAST CALEY AVENUE
PIVOTHEAD SUITE 120C
CENTENNIAL CO 80111

POSH 365 US INC
8001 IRVINE CENTER DRIVE NO. 400
IRVINE CA  92618

POST UP STAND
5461 DUNHAM ROAD
MAPLE HEIGHTS OH 44137

POTTY GLOW INC
26 MARINA CRESCENT
COLLINGWOOD ONTARIO  L9Y 5H1
CANADA

PREPAC
PO BOX 84332
SEATTLE WA  98124

PREPARA
247 CENTRE ST  4TH FL
NEW YORK NY  10013

PRIMETIME PETZ LLC.
519 INTERSTATE 30 #119
ROCKWALL, TX 75087

PRINTS CHARMING LLC
1941 HIGHWAY 86
MILFORD IA  51351

PRONG LLC
PO BOX 1945
NEW YORK NY  10156

PROPER PILLOW
3125 TIGER RUN CT STE B109
CARLSBAD CA  92010

PROTECTUS TECHNOLOGIES INC
1355 MARKET ST SUITE 488
SAN FRANCISCO CA  94103

PURSE-A-PORTER LLC
PO BOX 600
GRANTSVILLE MD  21536

PUSH PUSHI
3255 SANTA ROSA AVENUE
SANTA ROSA CA  95407

PYS GIFTS AKA PICTURE YOUR STREET
C/O DANIELLE SCHLESIER
9 SUMMIT AVE 2
BROOKLINE MA  02446

QUAD/GRAPHICS, INC.
N61 W23044 HARRY'S WAY
SUSSEX, WI 53089-3995

QUANTIPERM LLC
855 S BOGLE AVENUE
CHANDLER AZ  85225

RBS SHAVING LLC
ATTN: BRAD ROMOFF
PO BOX 187
WESTMOUNT STATION  H3Z 2T2
CANADA

REACTIVE SURFACES LTD
300 WEST AVE  SUITE 1316
AUSTIN TX  78701

REFINEDKIND PET PRODUCTS
8 E. 9TH ST, STE 602
CHICAGO, IL 60605

REICHER ENTERPRISES LLC
C/O STEVEN C. REICHER
3665 N DANA DRIVE
LAPORTE IN  46350

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA  92705

REVO INNOVATIONS LLC
ATTN: MATT SHERMAN
14601 OLD HICKORY BLVD
ANTIOCH TN  37013

RICH BRANDS
1819 E MORTEN AVENUE 110
PHOENIX AZ  85020

RICHELL USA INC
2214 PADDOCK WAY DR STE 500
GRAND PRAIRIE TX  75050

RICHWRAP INC
401 E NORTH STREET
ELBURN IL  60119

ROAD MICE INC
405 BOULDER COURT STE 400
PLEASANTON CA  94566

RSPA INC
13941 CENTRAL AVE
CHINO CA  91710

RYONET CORPORATION
12303 NE 56TH STREET
VANCOUVER WA  98682

RZ MASK LLC
C/O PATRICK DUNLEAVY
1580 WHITE OAK DRIVE SUITE 285
CHASKA MN  55318

SIC BICYCLES INC
65 ELM ROAD
KINGS PARK NY  11754

SAILSKATING LLC
C/O DAVID GUILLOT
53 CENTER ST
GENESEO NY  14454

SEAMLY LLC
1400 W BROADWAY STREET
WEST PLAINS MO  65775

SENGLED USA INC
555 NORTH POINT CENTER EAST
SUITE 450
ALPHARETTA GA  30022

SHANTALLE'S STUDIO DBA PAW PAINTED
8401 KENNETH AVENUE
SKOKIE IL 60076

SHOLDIT
5062 S 108TH STREET SUITE 112
OMAHA NE  68137

SIDECAR INTERACTIVE INC
114 S 13TH ST  3RD FLOOR
PHILADELPHIA PA  19107

SIGMA ENTERPRISES LLC
121 5TH AVENUE NW  SUITE 100
NEW BRIGHTON MN  55112

SIMPLEWARE LLC
16904 JUANITA DRIVE NE #128
KENMORE WA  98028-4248

SISTERS GOURMET
PO BOX 1550
DACULA GA  30019

SLEEPER SCARF LLC
2820 POLK STREET
SAN FRANCISCO CA  94109

SLEEPVIP INC
C/O DHANANJAY DAVE
800 W CUMMINGS PARK  STE 2000
WOBURN MA  01801

SMART SURPLUS INC
PO BOX 504
NEW HOLLAND PA  17557

SMART TOYS AND GAMES
2822 VAN NESS AVENUE
SAN FRANCISCO CA  94109

SNOW JOE LLC
86 EXECUTIVE AVE
EDISON NJ  08817

SPARTAK ENTERPRISES
ATTN:  PAUL TOJEDO
11186 VENTURE DR
MIRA LOMA CA  91752

STEINER SPORTS MEMORABILIA INC
145 HUGUENOT ST
NEW ROCHELLE NY  10801

STR8-N-UP
5750 N SAM HOUSTON PKWY E STE 707
HOUSTON TX  77032

TRF GAMES INC
PO BOX 1512
ENGLEWOOD CO  80150

STRATEGIC MARKETING PARTNERS
6 PIERCE ROAD
RAYMOND NH 03077

STRIDER SPORTS INTERNATIONAL, INC.
2221 N PLAZA DRIVE
RAPID CITY SD  57702

STUDIO VERTU INC
1208 CENTRAL PKWY
CINCINNATI OH  45202

SUNFRIEND CORPORATION
ATTN: KARIN EDGEN
5000 COLLEGE AVE STE 2103
COLLEGE PARK MD  20740

SUZY KUZY LLC
427 N TATNALL STREET #48918
WILMINGTON DE  19801

SWISS+TECH PRODUCTS
PO BOX 39606
SOLON OH  44139

SY KESSLER SALES LLC
10455 OLYMPIC DR
DALLAS TX  75220

TALK MARKETING AGENCY
830 ST-JOSEPH EAST STE 204
QUEBEC  G1K 3C9
CANADA

TECHNOSYSTEMS SERVICE CORP
217 NINTH STREET
PITTSBURGH PA  15222

THE BACON JAMS
1554 PAOLI PIKE SUITE 254
WEST CHESTER PA  19380

THE CALIFORNIA WINE CLUB
2781 GOLF COURSE DRIVE UNIT B
VENTURA CA  93003

THE KANSAS CITY STEAK COMPANY
12200 N AMBASSADOR STE 500
KANSAS CITY MO  64163

TIKKER TECHNOLOGIES LLC
15608 S NEW CENTURY DR
GARDENA CA  90248

TITANIUM MARKETING INC
425 5TH AVENUE SUITE 601
NEW YORK NY  10016-2223

WBM INTERNATIONAL
54 HWY 12
FLEMINGTON, NJ 08822

TRADEMARK GAMES INC
PO BOX 638167
CINCINNATI OH  45263-8167

TRADEMARK GLOBAL
7951 WEST ERIE AVE
LORAIN OH  44053

TRADEMARK PRODUCTIONS INC
1635 FLINT ROAD
TORONTO ONTARIO  M3J2J6
CANADA

TRUCONNECT MOBILE LLC
100 GLENDON AVENUE STE 905
LOS ANGELES CA  90024

TRUE FABRICATIONS
154 N 35TH STREET
SEATTLE WA  98103

TRUECLOUD
2147 E BASELINE RD
TEMPE AZ  85283

TUBBY TABLE TOYS, INC.
PO BOX 6991
WOODLAND HILLS CA  91365

UMBRA
1705 BROADWAY
BUFFALO NY  14212

UNDERBOSS PRODUCTIONS LLC
10 WEST 33RD STREET SUITE 803
NEW YORK NY  10001

UNORTH LLC - MOTA TOYS
250 SANTA ANA COURT
SUNNYVALE CA  94085

UNU ELECTRONICS
29410 UNION CITY BLVD
UNION CITY CA  94587

VENTUREDIRECT WORLDWIDE
708 3RD AVENUE
NEW YORK, NY  10017

VERMONT TEDDY BEAR
6655 SHELBURNE ROAD
SHELBURNE VT  05482

VERSAGOLFER
6638 FINCHLEY RD
INDIANAPOLIS IN  46250