Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Jointly Administered with: | Jointly Administered with Case Nos.: |
| XHIBIT CORP., XHIBIT INTERACTIVE, LLC, FLYREPLY CORP., SHC PARENT CORP., SPYFIRE INTERACTIVE, LLC, STACKED DIGITAL, LLC, and SKYMALL INTERESTS, LLC. | 2:15-bk-00680-BKM<br>2:15-bk-00682-BKM<br>2:15-bk-00684-BKM<br>2:15-bk-00685-BKM<br>2:15-bk-00686-BKM<br>2:15-bk-00687-BKM<br>2:15-bk-00688-BKM |
| This Pleading applies to:<br>☐ All Debtors<br>☑ Specified Debtors<br>**SKYMALL, LLC**<br>**SPYFIRE INTERACTIVE, LLC** | **FIFTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, *NUNC PRO TUNC* TO THE APRIL 3, 2015 SALE CLOSING DATE, PURSUANT TO BANKRUPTCY CODE § 365** |

SKYMALL, LLC ("**SkyMall**") and SPYFIRE INTERACTIVE, LLC ("**SpyFire**", together with SkyMall, "**Movants**"), debtors and debtors-in-possession in the above-captioned,

jointly administered Chapter 11 cases (the "**Bankruptcy Cases**"), requests that the Court enter an Order authorizing and approving, pursuant to Bankruptcy Code §§ 105(a) and 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1, the rejection of certain executory contracts (as listed on **Schedule 1** hereto, the "**Subject Agreements**"),[1] *nunc pro tunc* to April 3, 2015 (the "**Sale Closing Date**"). **PARTIES TO THE SUBJECT AGREEMENTS MAY FIND THEIR NAMES AND THEIR RESPECTIVE AGREEMENTS ON SCHEDULE 1.**

Pursuant to its *Order Authorizing Sale Of Certain Assets By Debtor Skymall, LLC Free And Clear Of Claims, Liens, Encumbrances And Other Interests* entered on March 27, 2015 [Docket No. 316] (the "**Sale Order**"), the Court approved a sale of certain SkyMall assets (the "**Sale**") in accordance with the terms of the Sale Order and an asset purchase agreement between SkyMall and the Buyer (as defined in the Sale Order) of the assets. The Buyer did not seek the assumption and assignment of any of the Subject Agreements as part of the Sale. The Sale closed on the April 3, 2015 Sale Closing Date. In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements primarily relate. Accordingly, none of the Subject Agreements are necessary or beneficial to Movants' estates. Now that the Sale has closed, the expeditious rejection of the Subject Agreements is necessary to prevent potential administrative claims from continuing to accrue. Accordingly, Movants have determined, in their sound business judgment, that the Subject Agreements do not benefit their estates, and rejection *nunc pro tunc* to the April 3, 2015 Sale Closing Date is in the best interest of creditors and Movants' estates.[2]

---

[1] The inclusion of an agreement on Schedule 1 is not an admission by Movants that such agreement constitutes a valid, enforceable, executory contract or unexpired lease. Movants reserve all their rights to dispute the validity and nature of each of the Subject Agreements listed on Schedule 1.

[2] Bankruptcy Rule 6006(f)(6) provides that an omnibus motion to reject multiple contracts or leases shall "be limited to no more than 100 executory contracts or unexpired leases." In accordance with Bankruptcy Rule 6006(f)(6), this Fifth Omnibus Motion is limited to no more than 100 of Movants' executory contracts. Additional omnibus rejection motions are being filed by SkyMall to address additional contracts SkyMall seeks to reject. Movants and the other Debtors in these Bankruptcy Cases are continuing to review their contracts and leases, and they

This Motion is supported by the attached Memorandum of Points and Authorities, and the entire record before the Court in these Bankruptcy Cases.

RESPECTFULLY SUBMITTED this 8th day of April, 2015.

>QUARLES & BRADY LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, AZ 85004-2391
>
>By /s/ John A. Harris
>   John A. Harris
>   Lori L. Winkelman
>
>Attorneys for Debtors and Debtors-in-Possession

---

each reserve the right to file additional motions for assumption or rejection of contracts and/or leases.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     FACTUAL AND PROCEDURAL BACKGROUND.**

1.     On January 22, 2015 (the "**Petition Date**"), Movants, along with the other above-captioned debtors, filed voluntary petitions for relief under chapter 11, thereby commencing the Bankruptcy Cases.[3]

2.     On January 29, 2015, the Court entered its *Order Establishing Bidding Procedures For Auction Sale, Scheduling Hearing On Sale Motion And Granting Related Relief* [Docket No. 53] (the "**Sale Procedures Order**"), pursuant to which the Court approved a marketing and sale process for business assets of SkyMall.

3.     As provided in the Sale Procedures Order, and on March 27, 2015, the Court held a hearing to consider approval of the Sale (the "**Sale Hearing**").

4.     The Buyer (as defined in the Sale Order) did not seek the assumption and assignment of any of Movants' executory contracts or unexpired leases (including any of the Subject Agreements) as part of the Sale.

5.     At the conclusion of the Sale Hearing, the Court entered the Sale Order approving the Sale.

6.     On the April 3, 2015 Sale Closing Date, SkyMall closed the Sale in accordance with Sale Order and the asset purchase agreement between SkyMall and the Buyer. None of the Subject Agreements were assumed or assigned as part of the Sale.

7.     In light of the closing of the Sale, SkyMall will terminate the business operations to which the Subject Agreements primarily relate. Accordingly, the Subject Agreements are no longer necessary or beneficial to Movants or their estates and, in the exercise of their reasonable

---

[3] Unless otherwise indicated, all chapter and section references in this Motion are to the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* All "Rule" references are to the Federal Rules of Bankruptcy Procedure.

business judgment, Movants have determined that the Subject Agreements should be rejected *nunc pro tunc* to the Sale Closing Date.

## II. LEGAL ARGUMENT.

### A. Rejection of the Subject Agreements is a Proper Exercise of SkyMall's Business Judgment

Under Bankruptcy Code § 365(a), a Chapter 11 debtor-in-possession, "subject to the court's approval, may . . . reject any executory contract." 11 U.S.C. § 365(a). In making a determination of whether to approve such rejection, "a bankruptcy court need engage in 'only a cursory review of a [debtor-in-possession]'s decision to reject the contract. Specifically, a bankruptcy court applies the business judgment rule to evaluate a [debtor-in-possession]'s rejection decision . . . .'". *In re Pomona Valley Med. Grp., Inc.*, 476 F.3d 665, 670 (9th Cir. 2007) (quoting *Durkin v. Benedor Corp. (In re G.I. Indust., Inc.),* 204 F.3d 1276, 1282 (9th Cir. 2000)). The Ninth Circuit has recognized that "courts are no more equipped to make subjective business decisions for insolvent businesses than they are for solvent businesses." *Id.* As such, "in evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate." *Id.* (citing *Navellier v. Sletten,* 262 F.3d 923, 946 n. 12 (9th Cir. 2001) and *FDIC v. Castetter,* 184 F.3d 1040, 1043 (9th Cir. 1999)). In short, the Ninth Circuit has determined that a court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be 'advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice.'" *Id.* (quoting *Lubrizol Enter. v. Richmond Metal Finishers,* 756 F.2d 1043, 1047 (4th Cir. 1985)); *see also In re Trans World Airlines,* 261 B.R. 103, 121 (Bankr. D. Del. 2003) ("A debtor's decision to reject an executory contract must be summarily affirmed unless it is the product of bad faith, or whim or caprice") (internal quotations omitted).

In this case, Movants have determined, in their sound business judgment, that the rejection of the Subject Agreements is in the best interest of their estates. Maintaining the Subject Agreements will not benefit Movants' estates because the Subject Agreements are not necessary or beneficial to Movants after the closing of the Sale. Absent rejection, Movants' estates may face the risk of incurring continuing and potentially substantial administrative claims.[4]

### B. *Nunc Pro Tunc Relief Is Appropriate*

The Ninth Circuit and other courts have recognized that they have the equitable power to approve retroactive rejection of agreements under Bankruptcy Code § 105(a). *See, e.g., Pacific Shores Dev., LLC v. At Home Corp. (In re At Home Corp.),* 392 F.3d 1064, 1070 (9th Cir. 2004) (rejection of unexpired lease approved retroactive to petition date); *In re Amber's Stores, Inc.,* 193 B.R. 819, 820–21, 827 (Bankr. N.D. Tex. 1996) (same); *In re New Meatco Provisions,* LLC, No. 2:13–bk–22155–PC, 2013 WL 3760129, *1, *6 (Bankr. C.D. Cal. July 16, 2013) (rejection of lease effective retroactive to date debtor turned possession of premises over to landlord); *In re Manis Lumber Co.,* 430 B.R. 269, 271–72, 280 (Bankr. N.D. Ga. 2009) (same); *In re O'Neil Theatres, Inc.,* 257 B.R. 806 (Bankr. E.D. La. 2000) (rejection of lease effective retroactive to petition date). When determining whether retroactive relief is appropriate, courts are primarily concerned with the amount of delay in filing the rejection motion, the motives of any objecting party (*e.g.*, is the objecting party trying to receive an administrative claim windfall), and whether the debtor's estate received an actual and necessary benefit under the agreement. *See, e.g., In re At Home Corp.*, 392 F.3d at 1072 (indentifying factors).

In this case, rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date is appropriate. This Fifth Omnibus Motion has been filed as soon as reasonably possible following the Sale Closing Date. Movants informed the Court and parties in interest at the March 27, 2015

---

[4] Because the Subject Agreements relate to business operations of SkyMall that will terminate in light of the Sale closing, Movants do not believe that the rejection of the Subject Agreements will be harmful or material to the non-debtor counterparties to the contracts.

1    Sale Hearing that Movants intended to seek rejection of the Subject Agreements *nunc pro tunc* to
2    the Sale Closing Date.  Finally, because the Subject Agreements relate primarily to business
3    operations of SkyMall that will terminate in light of the Sale closing, such Subject Agreements
4    have not provided (and they cannot provide) an actual and necessary benefit to Movants' estates
5    after the Sale Closing Date under Bankruptcy Code § 503.  Therefore, Movants do not believe
6    the counterparties to the Subject Agreements will be harmed by *nunc pro tunc* relief.[5]

    In light of the foregoing, the timing of this Motion has been expeditious and reasonable.
*Nunc pro tunc* relief to the Sale Closing Date is warranted to avoid potential administrative claims (or disputes over such claims) in regard to the Subject Agreements.  In this regard, the relief requested herein is particularly beneficial to Movants' general unsecured creditors. Accordingly, Movants request the Court approve its rejection of the Subject Agreements *nunc pro tunc* to the Sale Closing Date.

---

[5] The Fifth Omnibus Motion does not seek to alter or affect any pre-Petition Date claims that may be held by the non-debtor counterparties to the Subject Agreements. The amounts listed in Schedule 1 are estimated amounts that may be owed as of the Petition Date. The amounts listed in Schedule 1 are estimates only for purposes of this Motion and to comply with LBR 6004-1(a)(4).  These estimates, however, are not an adjudication of any rights under the agreements or amounts owed to any counterparty. Nothing in this Motion or Schedule 1 shall be construed to be an admission by Movants that they owe the estimated amounts, or any amounts, in regard to the referenced agreements. Movants reserve all their rights related to the validity of or amounts that may be owing under any contract.

## III. CONCLUSION

WHEREFORE, Movants respectfully request entry of an order, a form of which is attached hereto as **Exhibit A**: (A) authorizing Movants to reject the Subject Agreements listed on Schedule 1 *nunc pro tunc* to the Sale Closing Date; (B) deeming the Subject Agreements listed on Schedule 1 rejected, *nunc pro tunc* to the Sale Closing Date; and (C) granting such other relief as may be just and proper under the facts and circumstances of these Bankruptcy Cases.

RESPECTFULLY SUBMITTED this 8th day of April, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By /s/ John A. Harris
　　John A. Harris
　　Lori L. Winkelman

Attorneys for Debtors and Debtors-in-Possession

COPIES of the foregoing sent via
e-mail or first-class mail this 8th
day of April, 2015, to all parties
on the Official Service List
and the Rejection Notice List attached
hereto:

/s/ Sybil Taylor Aytch

**SCHEDULE 1 TO FIFTH OMNIBUS REJECTION MOTION**

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 1. | Vizardz, LLC | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $318.95 | Related to terminated business operations |
| 2. | Volt, LLC | SkyMall LLC | Vendor Agreement | 10/13/2014 | Vendor supply | $0 | Related to terminated business operations |
| 3. | VSN Mobil/VSN Technologies, Inc. | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $443.46 | Related to terminated business operations |
| 4. | Wagan Tech Corp | SkyMall LLC | Vendor Agreement | 5/6/2005 | Vendor supply | $4,096.24 | Related to terminated business operations |
| 5. | West Coast Trends, Inc. | SkyMall LLC | Vendor Agreement | 6/27/2007 | Vendor supply | $14,687.47 | Related to terminated business operations |
| 6. | What on Earth | SkyMall LLC | Vendor Agreement | 02/11/2000 | Vendor supply | $146,619.31 | Related to terminated business operations |
| 7. | Wild & Wolf | SkyMall LLC | Vendor Agreement | 8/8/2014 | Vendor supply | $3,000.00 | Related to terminated business operations |
| 8. | Wine Apothecary, LLC | SkyMall LLC | Vendor Agreement | 7/1/2014 | Vendor supply | $3,542.09 | Related to terminated business operations |
| 9. | Wine Doctor | SkyMall LLC | Vendor Agreement | 6/10/2014 | Vendor supply | $1,136.68 | Related to terminated business operations |
| 10. | Wine for a Wedding, LLC | SkyMall LLC | Vendor Agreement | 10/2/2014 | Vendor supply | $213.21 | Related to terminated business operations |
| 11. | Winegreeting.com | SkyMall LLC | Vendor Agreement | | Vendor supply | $622.99 | Related to terminated business operations |
| 12. | Wireless | SkyMall LLC | Vendor Agreement | 02/11/2000 | Vendor supply | $125,390.48 | Related to terminated business operations |
| 13. | Women's Marketing, Inc. (represents Jambu, Inc.) | SkyMall LLC | Vendor Agreement | 7/1/2014 | Vendor supply | $2,946.81 | Related to terminated business operations |
| 14. | World Tech Toys | SkyMall LLC | Vendor Agreement | 7/2/2014 | Vendor supply | $21,065.07 | Related to terminated business operations |
| 15. | Wynit, Inc. | SkyMall LLC | Vendor Agreement | 10/28/2011 | Vendor supply | $18,477.62 | Related to terminated business operations |
| 16. | Yon Design, Inc. | SkyMall LLC | Vendor Agreement | 7/3/2014 | Vendor supply | $1,487.88 | Related to terminated business operations |
| 17. | Yujin Robot | SkyMall LLC | Vendor Agreement | 8/28/2014 | Vendor supply | $6,398.12 | Related to terminated business operations |
| 18. | Yuneec USA | SkyMall LLC | Vendor Agreement | 9/25/2014 | Vendor supply | ($86.34) | Related to terminated business operations |
| 19. | Zee Watch Group USA | SkyMall LLC | Vendor Agreement | 10/23/2014 | Vendor supply | $1,024.23 | Related to terminated business operations |
| 20. | Zero Watches (HK) Limited | SkyMall LLC | Vendor Agreement | 9/23/2014 | Vendor supply | $603.68 | Related to terminated business operations |

---

[1] References to any agreement includes all agreements with such counterparty and all amendments, supplements, and modifications thereto.

[2] The amounts listed in this column are estimated amounts that may be owed as of the Petition Date. These are estimates only for purposes of this Schedule and to comply with LBR 6004-1(a)(4). Movants do not believe that any further amounts are due under the referenced contract. These estimates, however, are not an adjudication any rights under the agreement or amounts owed to any counterparty. Nothing in this Schedule shall be construed to be an admission by Movants that they owe the estimated amounts, or any amounts, in regard to the referenced agreement. Movants reserve all their rights related to the validity of or amounts that may be owing under any agreement.

Page 1 of 2

QB\34506748.1

**SCHEDULE 1 TO FIFTH OMNIBUS REJECTION MOTION**

| | Name of Counterparty | Debtor Party | Agreement[1] | Date | Subject Matter of Contract or Lease | Balance of Payments Due[2] | Reason for Rejection |
|---|---|---|---|---|---|---|---|
| 21. | BMW Financial Services | SpyFire Interactive, LLC | Lease Agreement | 04/30/2012 | Motor vehicle | $5,682.17 | Unnecessary for future operations; Vehicle surrendered |

**SKYMALL, LLC, *et al.*
OFFICIAL SERVICE LIST**

LARRY WATSON
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003
Email: larry.watson@usdoj.gov

DAVID BOTTER, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: dbotter@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

SUSAN M. FREEMAN
JUSTIN J. HENDERSON
LEWIS ROCA ROTHGERBER LLP
201 E. WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004-2595
Email: SFreeman@LRRLaw.com
Email: JHenderson@LRRLaw.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

DAREN W. PERKINS, ESQ.
EXECUTIVE DIRECTOR & ASSISTANT
GENERAL COUNSEL
JPMORGAN CHASE & CO.
P. O. BOX 655415
DALLAS, TX 75265-5415
Email: daren.perkins@jpmchase.com

STEVEN R. WIRTH, ESQ.
AKERMAN LLP
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602
Email: steven.wirth@akerman.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

PAUL W. WEISER, ESQ.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD, SUITE 440
SCOTTSDALE, AZ 85254-1754
Email: pweiser@buchalter.com
COUNSEL FOR PKY FUND II PHOENIX I, LLC

JOANNA NEWDECK, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036
Email: jnewdeck@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

JANET E. BOSTWICK, ESQ.
JANET E. BOSTWICK, PC
295 DEVONSHIRE STREET
BOSTON, MA 02110
Email: jeb@bostwicklaw.com
COUNSEL FOR DEMANDWARE INC.

WESLEY D. RAY, ESQ.
POLSINELLI PC
1 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

JEFFREY R. MANNING
COHNREZNICK CAPITAL MARKETS
SECURITIES LLC
500 E PRATT STREET SUITE 200
BALTIMORE MD 21202
Email: jeff.manning@crcms.com
INVESTMENT BANKER FOR DEBTORS

# SKYMALL, LLC, *et al.*
# OFFICIAL SERVICE LIST

CHRISTOPHER A. WARD, ESQ.
JARRETT VINE, ESQ.
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com
Email: jvine@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC , CORNERSTONE BRANDS, INC. AND CINMAR, LLC

TAMALYN E. LEWIS, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: tel@eblawyers.com
COUNSEL FOR AMERICAN AIRLINES, INC. AND US AIRWAYS, INC.

MARIAN GARZA
ASCENSION CAPITAL GROUP, INC.
P.O. BOX 201347
ARLINGTON, TX 76006
Email: ecfnotices@ascensioncapitalgroup.com
BANKRUPTCY SERVICER FOR BMW FINANCIAL SERVICES NA, LLC

DEAN C. WALDT, ESQ.
MICHAEL S. MYERS, ESQ.
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
Email: waldtd@ballardspahr.com
Email: myersms@ballardspahr.com
COUNSEL FOR XSE, LLC, X SHARES, LLC, AND SMXE LENDING, LLC

SANDRA W. LAVIGNA, ESQ.
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES CA 90071-9591
Email: lavignas@sec.gov

AUTUMN D. HIGHSMITH, ESQ.
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TEXAS 75219
Email: autumn.highsmith@hayesboone.com
COUNSEL FOR AMERICAN AIRLINES, INC. AND US AIRWAYS, INC.

THOMAS J. SALERNO, ESQ.
ANTHONY P. CALI, ESQ.
GORDON SILVER
ONE E. WASHINGTON, SUITE 400
PHOENIX, AZ 85004
Email: tsalerno@gordonsilver.com
Email: acali@gordonsilver.com

HARRIS B. WINSBERG, ESQ.
STEPHEN S. ROACH, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST., SUITE 5200
ATLANTA, GA 30308
Email: harris.winsberg@troutmansanders.com
Email: stephen.roach@troutmansanders.com
COUNSEL FOR DELTA AIRLINES, INC.

STEVEN D. JEROME, ESQ.
ERIC S. PEZOLD, ESQ.
SNELL & WILMER L.L.P.
400 E. VAN BUREN STREET, SUITE 1900
PHOENIX, AZ 85004-2202
Email: sjerome@swlaw.com
Email: epezold@swlaw.com
LOCAL COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

KIMBERLY A. WALSH, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
MC 008
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
Email: Kimberly.Walsh@texasattorneygeneral.gov

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

JEFFREY L. COHEN, ESQ.
SETH VAN AALTEN, ESQ.
ALEX R. VELINSKY, ESQ.
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: jcohen@cooley.com
Email: svanaalten@cooley.com
Email: avelinsky@cooley.com
LEAD COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

CAROLYN J. JOHNSEN, ESQ.
DICKINSON WRIGHT, PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
Email: cjjohnsen@dickinsonwright.com
COUNSEL FOR DESIGN TOSCANO LTD.

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000
Email: george.w.brunson@aexp.com

JONATHAN B. FRUTKIN, ESQ.
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., SUITE 200
SCOTTSDALE, AZ 85254
Email: jfrutkin@frutkinlaw.com
COUNSEL FOR AMERICAN PRINTHOUSE

CINMAR (FRONTGATE/ELECTMIX)
5566 W CHESTER RD
ATTN: GREG BERGLUND
WEST CHESTER OH 45069
Email: afranzoni@cinmar.com

JOHN D. ELROD, ESQ.
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305
Email: elrodj@gtlaw.com
COUNSEL FOR UNITED PARCEL SERVICE, INC.

CHRISTOPHER L. HERING, ESQ.
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
Email: chering@gblaw.com
COUNSEL FOR VICTORINA LLC

AMERICAN AIRLINES
4333 AMON CARTER BLVD
FORT WORTH TX 76155
Email: walter.weems@aa.com

S. CARY FORRESTER, ESQ.
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
E-mail: scf@forresterandworth.com
COUNSEL FOR UNDERBOSS PRODUCTIONS, LLC

CONSTANGY BROOKS & SMITH LLP
PO BOX 102476
ATLANTA GA 30368-0476
Email: jrosin@constangy.com

**SKYMALL, LLC,** *et al.*
**OFFICIAL SERVICE LIST**

GEMMY INDUSTRIES CORP
PO BOX 3588
COPPELL TX 75019
Email: jason.mccann@gemmy.com

HAMMACHER, SCHLEMMER & CO., INC.
ATTN: KAREN SEAWELL
9307 N. MILWAUKEE AVE.
NILES IL 60714
Email: Kseawell@hammacher.com

PATRICK A. CLISHAM, ESQ.
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: pac@eblawyers.com
COUNSEL FOR HAMMACHER, SCHLEMMER & CO., INC.

MIDLAND PAPER COMPANY
ATTN: RALPH DELETTO
101 E. PALATINE RD.
WHEELING IL 60090
Email: Ralph.deletto@midlandpaper.com

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH 45069
Email: cpellenberg@improvementscatalog.com

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA 92705
Email: dcoleman@reliefpod.com

NORM THOMPSON OUTFITTERS, INC. DBA SOLUTIONS
ATTN: KAREN DURLING
26 ALBERIGI DRIVE
JESSUP, PA 18434
Email: mbowcut@ntobrands.com

HAMMACHER SCHLEMMER & CO., INC.
ATTN: ANN HAMILTON
9307 N MILWAUKEE AVENUE
NILES IL 60714
Email: ann.hamilton@bgeltd.com

MARK L. RADTKE, ESQ.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
Email: mradtke@shawfishman.com
COUNSEL FOR HAMMACHER, SCHLEMMER & CO., INC.

MIDLAND PAPER
1140 PAYSPHERE CIRCLE
CHICAGO IL 60674
Email: jim.otoole@midlandpaper.com

SIGNALS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH 44236
Email: mbender@woecatalog.com

SOUTHWEST AIRLINES, INC.
14800 FRYE ROAD
FORT WORTH, TX 76115
Email: vicki.mccrummen@wnco.com

NORM THOMPSON OUTFITTERS, INC. DBA SOLUTIONS
DANIEL W. RAMSEY
138 CONANT STREET
BEVERLY MA 01915
Email: dramsey@orchardbrands.com

STEINER SPORTS MEMORABILIA, INC.
ATTN: KELVIN JOSEPH
145 HUGUENOT STREET
NEW ROCHELLE NY 10801
Email: Kjoseph@steinersports.com

# SKYMALL, LLC, *et al.*
# OFFICIAL SERVICE LIST

STEINER SPORTS MEMORABILIA, INC.
145 HUGENOT STREET
NEW ROCHELLE, NY 10801
Email: smahoney@steinersports.com

UNITED AIRLINES, INC.
1200 E. ALGONQUIN ROAD
ELK GROVE, IL 60007
Email: david.oppenheim@united.com

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905
Email: milanoue@ups.com

US AIRWAYS
P.O. BOX 29655
PHOENIX, AZ 85038
Email: autumn.highsmith@haynesboone.com
Email: tel@eblawyers.com

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

INSIGHT DIRECT USA, INC.
ATTN: MICHAEL L. WALKER
6820 S. HARL AVENUE
TEMPE, AZ 85283
Email: Sherri.West@Insight.com

PROJECT MANAGEMENT CORP.
3683 E VALLEJO DRIVE
GILBERT, AZ 85298
Email: jerel@talentwoo.com

VARIDESK, LLC
ATTN: CRAIG D. STOREY
117 WRANGLER WAY, SUITE 100
COPPELL TX 75019
Email: craig.storey@varidesk.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475
Email: azecf@dor.mo.gov

CHAIM PIEKARSKI
AVI GOLDENBERG
C&A MARKETING, INC.
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660
Email: chaim@camarketing.com
Email: avig@camarketing.com

NCR CORPORATION
INTELLECTUAL PROPERTY LAW VP
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GEORGIA 30096
Email: richard.weiss@ncr.com

JUMBLEBERRY
C/O ALBERT LUK
171 E. LIBERTY STEET, SUITE 310
TORONTO ON M6K 3P6
CANADA
Email: Brian@jumbleberry.com
Email: albert.luk@jumbleberry.com

TIMOTHY SMITH
8700 N. 64TH PLACE
PARADISE VALLEY, AZ 85253
Email: msmith1803@aol.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011
Email: cdg@e3light.com

BRADLEY HILLIER
421 W. ALAMEDA DRIVE
TEMPE, AZ 85282
Email: bhillier@homebrandsgroup.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

BRADLEY J. STEVENS, ESQ.
JEFFREY D. GARDNER, ESQ.
PAUL J. VALENTINE, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E. WASHINGTON STREET, SUITE 1900
PHOENIX, AZ 85004-2554
Email: bstevens@jsslaw.com
Email: jgardnerg@sslaw.com
Email: pvalentine@jsslaw.com
COUNSEL FOR OFFICIAL COMMITTEE OF
RESTRICTED EQUITY SHAREHOLDERS OF
XHIBIT CORP.

NCR CORPORATION
GENERAL COUNSEL
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GA 30096
Email: law.notices@ncr.com

CHAD ROBERSON
HONNE CAPITAL, LLC
375 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10152
Email: roberson@honnecapital.com

TWIN STAR
NIKOLA KRGOVIC
BRACE ABAFI 2/10
ZEMUN MB 62400382
SERBIA

DAVID SANDERS
7944 E. PARK VIEW LANE
SCOTTSDALE, AZ 85255
Email: dsanders@ambath.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

RYAN J. LORENZ
CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE, AZ 85254
Email: rlorenz@clarkhill.com
COUNSEL FOR BRAND 44, LLC

JOSEPH CORRIGAN
IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC
ONE FEDERAL STREET
BOSTON, MA 02110
Email: Bankruptcy2@ironmountain.com

TERESA M. PILATOWICZ, ESQ.
GORDON SILVER
ONE E. WASHINGTON STREET, SUITE 400
PHOENIX, AZ 85004
Email: tpilatowicz@gordonsilver.com
COUNSEL FOR LAKE INDUSTRIES, INC.

U. S. SECURITIES AND EXCHANGE COMMISSION
ATTN: MORGAN BRADY LYONS
100 F STREET, MAIL STOP 9040
WASHINGTON, D.C. 20549

RACKSPACE US INC.
UNIT 5 MILLKINGTON ROAD
HYDE PARKE HAYES
MIDDLESEX GB UB34AZ
UNITED KINGDOM

# SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

| | |
|---|---|
| BIG HUGE MEDIA LLC<br>360 GRAND AVENUE<br>BROOKLYN, NY 11238 | ADCAFE LLC<br>49 WOODBROOKE DRIVE<br>EDISON, NJ 08820-2965 |
| MARKETO INC.<br>PO BOX 122068<br>DALLAS, TX 75312-2068 | IDENTIFYLE INC.<br>7945 CARTILLA AVENUE, SUITE A<br>RANCHO CUCAMONGA, CA 91730 |
| SECURITIES & EXCHANGE COMMISSION<br>444 SOUTH FLOWER STREET, SUITE 900<br>LOS ANGELES, CA 90071 | INTERNAL REVENUE SERVICE<br>4041 N CENTRAL AVENUE<br>BUILDING A<br>PHOENIX AZ 85012 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ARIZONA DEPARTMENT OF REVENUE<br>ATTENTION BK PAYMENT UNIT<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007 |
| ARIZONA DEPT OF REVENUE<br>1600 WEST MONROE 7TH FLOOR<br>PHOENIX AZ 85007 | US BANK, NA<br>BANKRUPTCY/RECOVERY DEPT.<br>PO BOX 5229<br>CINCINNATI, OH 45201 |
| AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES CO, INC.<br>POB 3001<br>MALVERN, PA 19355-0701 | ROSENTHAL & ROSENTHAL, INC.<br>ATTN: ANTHONY DITIRRO<br>1370 BROADWAY<br>NEW YORK, NY 10018 |

# FIFTH REJECTION MOTION NOTICE PARTIES

VIZARDZ LLC
165 NEW BOSTON ST, STE 244
WOBURN,  MA  01801-6201

VOLT LLC
3355 N FIVE MILE ROAD 314
BOISE ID  83713

VSN MOBIL
1975 EAST SUNRISE BLVD  4TH FLOOR
FT LAUDERDALE FL  33304

WAGAN TECH
31088 SAN CLEMENTE ST
HAYWARD CA  94544

WEST COAST TRENDS
ATTN:  JEFF HEROLD
17811 JAMESTOWN LANE
HUNTINGTON BEACH CA  92647

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236

WILD AND WOLF
45 MAIN STREET STE 548
BROOKLYN NY  11201

WINE APOTHECARY LLC
BLENDTIQUE WINE COMPANY
PO BOX 714
SANTA YNEZ CA  93460

WINE DOCTOR LLC
6130 WEST FLAMINGO BLVD #3B
LAS VEGAS NV  89103

WINE FOR A WEDDING LLC
ATTN: MARC STITZLEIN
4565 S SQUARE DR
HIGH RIDGE MO  63049

WINE GREETING
14551 OAK MEADOW ROAD
VALLEY CENTER CA  92082

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236

WOMEN'S MARKETING, INC.
1221 POST ROAD EAST, SUITE 201
WESTPORT, CT 06880

WORLD TECH TOYS
AND/OR WORLD TRADING 23 INC
PO BOX 467
DES MOINES IA  50302-0467

| | |
|---|---|
| WYNIT INC<br>5801 E TAFT ROAD<br>NORTH SYRACUSE NY  13212 | YON DESIGN INC<br>6057 NW 31ST AVENUE<br>FORT LAUDERDALE FL 33309 |
| YUJIN ROBOT INC<br>16410 MANNING WAY<br>CERRITOS CA  90703 | YUNEEC<br>5555 ONTARIO MILLS PARKWAY<br>ONTARIO CA  91764 |
| ZEES INTERNATIONAL INC<br>DBA ZEE WATCH GROUP<br>13622 SOUTH 155TH ST<br>GILBERT AZ  85296 | ZERO WATCHES (HK) LIMITED<br>1302 INTERNATIONAL TRADE CENTRE<br>11-19 SHA TSUI ROAD<br>HONG KONG, PEOPLES REPUBLIC OF CHINA |

MARIAN GARZA
BANKRUPTCY SERVICER FOR BMW FINANCIAL
SERVICES NA, LLC
ASCENSION CAPITAL GROUP
P.O. BOX 201347
ARLINGTON, TX 76006