Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| SKYMALL, LLC, | Case No. 2:15-bk-00679-BKM |
| Debtor. | |
| Jointly Administered with: | Jointly Administered with Case Nos.: |
| XHIBIT CORP.,<br>XHIBIT INTERACTIVE, LLC,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | 2:15-bk-00680-BKM<br>2:15-bk-00682-BKM<br>2:15-bk-00684-BKM<br>2:15-bk-00685-BKM<br>2:15-bk-00686-BKM<br>2:15-bk-00687-BKM<br>2:15-bk-00688-BKM |
| This Pleading applies to:<br><br>☐ All Debtors<br>☑ Specified Debtors<br><br>**SKYMALL, LLC**<br>**SPYFIRE INTERACTIVE, LLC** | **NOTICE OF FILING SECOND, THIRD, FOURTH AND FIFTH OMNIBUS MOTIONS FOR ENTRY OF ORDERS AUTHORIZING AND APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES,** *NUNC PRO TUNC* **TO THE APRIL 3, 2015 SALE CLOSING DATE, PURSUANT TO BANKRUPTCY CODE § 365** |

QB\154622.00010\34470631.1

**NOTICE IS HEREBY GIVEN** that:

SKYMALL, LLC ("**SkyMall**") and SPYFIRE INTERACTIVE, LLC ("**SpyFire**", together with SkyMall, "**Movants**"), debtors and debtors-in-possession in the above-captioned, jointly administered Chapter 11 cases (the "**Bankruptcy Cases**"), have filed the following motions (collectively, the "**Motions**"):

> *Second Omnibus Motion for Entry of an Order Authorizing and Approving the Rejection of Certain Executory Contracts and Unexpired Leases, Nunc Pro Tunc to the April 3, 2015 Sale Closing Date, Pursuant to Bankruptcy Code § 365* [Docket No. 352]

> *Third Omnibus Motion for Entry of an Order Authorizing and Approving the Rejection of Certain Executory Contracts and Unexpired Leases, Nunc Pro Tunc to the April 3, 2015 Sale Closing Date, Pursuant to Bankruptcy Code § 365* [Docket No. 353]

> *Fourth Omnibus Motion for Entry of an Order Authorizing and Approving the Rejection of Certain Executory Contracts and Unexpired Leases, Nunc Pro Tunc to the April 3, 2015 Sale Closing Date, Pursuant to Bankruptcy Code § 365* [Docket No. 354]

> *Fifth Omnibus Motion for Entry of an Order Authorizing and Approving the Rejection of Certain Executory Contracts and Unexpired Leases, Nunc Pro Tunc to the April 3, 2015 Sale Closing Date, Pursuant to Bankruptcy Code § 365* [Docket No. 356]

In the Motions, Movants request that the Court enter Orders authorizing and approving, pursuant to Bankruptcy Code §§ 105(a) and 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1, the rejection of certain executory contracts (as listed on the respective "Schedule 1"s attached to each of the Motions, the "**Subject Agreements**"),[1] *nunc pro tunc* to April 3, 2015 (the "**Sale Closing Date**"). **PARTIES TO THE SUBJECT AGREEMENTS MAY FIND THEIR NAMES AND THEIR RESPECTIVE AGREEMENTS ON THE SCHEDULE 1s ATTACHED TO EACH OF THE MOTIONS.**

---

[1] The inclusion of an agreement on Schedule 1 to any of the Motions is not an admission by Movants that such agreement constitutes a valid, enforceable, executory contract or unexpired lease. Movants reserve all their rights to dispute the validity and nature of each of the Subject Agreements.

QB\154622.00010\34470631.1

Any interested party opposing any of the Motions must file a written objection within fourteen (14) days from the date of service of this Notice with the Clerk of the United States Bankruptcy Court via the Court's Case Management/Electronic Case Filing system. A copy of the objection must also be served upon counsel for Movants at the following address on or before that same date:

John A. Harris, Esq.
Lori L. Winkelman, Esq.
QUARLES & BRADY LLP
One Renaissance Square
Two N. Central Avenue
Phoenix, AZ 85004-2391
Email: john.harris@quarles.com
Email: lori.winkelman@quarles.com

**IF NO TIMELY WRITTEN OBJECTION IS FILED WITH THE COURT AND SERVED ON COUNSEL FOR MOVANTS WITH RESPECT ONE OR MORE OF THE MOTIONS, THE COURT MAY SUMMARILY ENTER ORDERS GRANTING SUCH MOTION(S) WITHOUT FURTHER NOTICE OR HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL SCHEDULE A HEARING REGARDING THE MOTION(S) THAT IS IMPLICATED BY SUCH OBJECTION(S).**

DATED this 8th day of April, 2015.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By /s/ John A. Harris
    John A. Harris
    Lori L. Winkelman

Attorneys for Debtors and Debtors-in-Possession

QB\154622.00010\34470631.1

| | |
|---|---|
| 1 | COPIES of the foregoing sent via e-mail or first-class mail this 8th |
| 2 | day of April, 2015, to all parties on the Official Service List and |
| 3 | the Rejection Notice Lists attached hereto |
| 4 | |
| 5 | /s/ Sybil Taylor Aytch |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

**SKYMALL, LLC,** *et al.*
**OFFICIAL SERVICE LIST**

LARRY WATSON
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003
Email: larry.watson@usdoj.gov

DAVID BOTTER, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: dbotter@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

SUSAN M. FREEMAN
JUSTIN J. HENDERSON
LEWIS ROCA ROTHGERBER LLP
201 E. WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004-2595
Email: SFreeman@LRRLaw.com
Email: JHenderson@LRRLaw.com

COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

DAREN W. PERKINS, ESQ.
EXECUTIVE DIRECTOR & ASSISTANT
GENERAL COUNSEL
JPMORGAN CHASE & CO.
P. O. BOX 655415
DALLAS, TX 75265-5415
Email: daren.perkins@jpmchase.com

STEVEN R. WIRTH, ESQ.
AKERMAN LLP
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602
Email: steven.wirth@akerman.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

PAUL W. WEISER, ESQ.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD, SUITE 440
SCOTTSDALE, AZ 85254-1754
Email: pweiser@buchalter.com
COUNSEL FOR PKY FUND II PHOENIX I, LLC

JOANNA NEWDECK, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036
Email: jnewdeck@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC.
AND SKYMALL VENTURES, LLC

JANET E. BOSTWICK, ESQ.
JANET E. BOSTWICK, PC
295 DEVONSHIRE STREET
BOSTON, MA 02110
Email: jeb@bostwicklaw.com
COUNSEL FOR DEMANDWARE INC.

WESLEY D. RAY, ESQ.
POLSINELLI PC
1 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

JEFFREY R. MANNING
COHNREZNICK CAPITAL MARKETS
SECURITIES LLC
500 E PRATT STREET SUITE 200
BALTIMORE MD 21202
Email: jeff.manning@crcms.com
INVESTMENT BANKER FOR DEBTORS

**SKYMALL, LLC,** *et al.*
**OFFICIAL SERVICE LIST**

CHRISTOPHER A. WARD, ESQ.
JARRETT VINE, ESQ.
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com
Email: jvine@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC ,
CORNERSTONE BRANDS, INC. AND CINMAR,
LLC

TAMALYN E. LEWIS, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: tel@eblawyers.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

MARIAN GARZA
ASCENSION CAPITAL GROUP, INC.
P.O. BOX 201347
ARLINGTON, TX 76006
Email: ecfnotices@ascensioncapitalgroup.com
BANKRUPTCY SERVICER FOR BMW
FINANCIAL SERVICES NA, LLC

DEAN C. WALDT, ESQ.
MICHAEL S. MYERS, ESQ.
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
Email: waldtd@ballardspahr.com
Email: myersms@ballardspahr.com
COUNSEL FOR XSE, LLC, X SHARES, LLC,
AND SMXE LENDING, LLC

SANDRA W. LAVIGNA, ESQ.
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES CA  90071-9591
Email: lavignas@sec.gov

AUTUMN D. HIGHSMITH, ESQ.
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TEXAS 75219
Email: autumn.highsmith@hayesboone.com
COUNSEL FOR AMERICAN AIRLINES, INC.
AND US AIRWAYS, INC.

THOMAS J. SALERNO, ESQ.
ANTHONY P. CALI, ESQ.
GORDON SILVER
ONE E. WASHINGTON, SUITE 400
PHOENIX, AZ 85004
Email: tsalerno@gordonsilver.com
Email: acali@gordonsilver.com

HARRIS B. WINSBERG, ESQ.
STEPHEN S. ROACH, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST., SUITE 5200
ATLANTA, GA 30308
Email: harris.winsberg@troutmansanders.com
Email: stephen.roach@troutmansanders.com
COUNSEL FOR DELTA AIRLINES, INC.

STEVEN D. JEROME, ESQ.
ERIC S. PEZOLD, ESQ.
SNELL & WILMER L.L.P.
400 E. VAN BUREN STREET, SUITE 1900
PHOENIX, AZ  85004-2202
Email: sjerome@swlaw.com
Email: epezold@swlaw.com
LOCAL COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

KIMBERLY A. WALSH, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
MC 008
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
Email: Kimberly.Walsh@texasattorneygeneral.gov

JEFFREY L. COHEN, ESQ.
SETH VAN AALTEN, ESQ.
ALEX R. VELINSKY, ESQ.
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: jcohen@cooley.com
Email: svanaalten@cooley.com
Email: avelinsky@cooley.com
LEAD COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

CAROLYN J. JOHNSEN, ESQ.
DICKINSON WRIGHT, PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
Email: cjjohnsen@dickinsonwright.com
COUNSEL FOR DESIGN TOSCANO LTD.

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA  90096-8000
Email: george.w.brunson@aexp.com

JONATHAN B. FRUTKIN, ESQ.
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., SUITE 200
SCOTTSDALE, AZ 85254
Email: jfrutkin@frutkinlaw.com
COUNSEL FOR AMERICAN PRINTHOUSE

CINMAR (FRONTGATE/ELECTMIX)
5566 W CHESTER RD
ATTN:  GREG BERGLUND
WEST CHESTER OH  45069
Email: afranzoni@cinmar.com

JOHN D. ELROD, ESQ.
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305
Email: elrodj@gtlaw.com
COUNSEL FOR UNITED PARCEL SERVICE, INC.

CHRISTOPHER L. HERING, ESQ.
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
Email: chering@gblaw.com
COUNSEL FOR VICTORINA LLC

AMERICAN AIRLINES
4333 AMON CARTER BLVD
FORT WORTH TX  76155
Email: walter.weems@aa.com

S. CARY FORRESTER, ESQ.
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
E-mail: scf@forresterandworth.com
COUNSEL FOR UNDERBOSS PRODUCTIONS, LLC

CONSTANGY BROOKS & SMITH LLP
PO BOX 102476
ATLANTA GA  30368-0476
Email: jrosin@constangy.com

GEMMY INDUSTRIES CORP
PO BOX 3588
COPPELL TX 75019
Email: jason.mccann@gemmy.com

HAMMACHER SCHLEMMER & CO., INC.
ATTN: ANN HAMILTON
9307 N MILWAUKEE AVENUE
NILES IL 60714
Email: ann.hamilton@bgeltd.com

HAMMACHER, SCHLEMMER & CO., INC.
ATTN: KAREN SEAWELL
9307 N. MILWAUKEE AVE.
NILES IL 60714
Email: Kseawell@hammacher.com

MARK L. RADTKE, ESQ.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
Email: mradtke@shawfishman.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

PATRICK A. CLISHAM, ESQ.
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: pac@eblawyers.com
COUNSEL FOR HAMMACHER, SCHLEMMER &
CO., INC.

MIDLAND PAPER
1140 PAYSPHERE CIRCLE
CHICAGO IL 60674
Email: jim.otoole@midlandpaper.com

MIDLAND PAPER COMPANY
ATTN: RALPH DELETTO
101 E. PALATINE RD.
WHEELING IL 60090
Email: Ralph.deletto@midlandpaper.com

SIGNALS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH 44236
Email: mbender@woecatalog.com

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH 45069
Email: cpellenberg@improvementscatalog.com

SOUTHWEST AIRLINES, INC.
14800 FRYE ROAD
FORT WORTH, TX 76115
Email: vicki.mccrummen@wnco.com

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA 92705
Email: dcoleman@reliefpod.com

NORM THOMPSON OUTFITTERS, INC. DBA
SOLUTIONS
DANIEL W. RAMSEY
138 CONANT STREET
BEVERLY MA 01915
Email: dramsey@orchardbrands.com

NORM THOMPSON OUTFITTERS, INC. DBA
SOLUTIONS
ATTN: KAREN DURLING
26 ALBERIGI DRIVE
JESSUP, PA 18434
Email: mbowcut@ntobrands.com

STEINER SPORTS MEMORABILIA, INC.
ATTN: KELVIN JOSEPH
145 HUGUENOT STREET
NEW ROCHELLE NY 10801
Email: Kjoseph@steinersports.com

STEINER SPORTS MEMORABILIA, INC.
145 HUGENOT STREET
NEW ROCHELLE, NY 10801
Email: smahoney@steinersports.com

UNITED AIRLINES, INC.
1200 E. ALGONQUIN ROAD
ELK GROVE, IL 60007
Email: david.oppenheim@united.com

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905
Email: milanoue@ups.com

US AIRWAYS
P.O. BOX 29655
PHOENIX, AZ 85038
Email: autumn.highsmith@haynesboone.com
Email: tel@eblawyers.com

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

INSIGHT DIRECT USA, INC.
ATTN: MICHAEL L. WALKER
6820 S. HARL AVENUE
TEMPE, AZ 85283
Email: Sherri.West@Insight.com

PROJECT MANAGEMENT CORP.
3683 E VALLEJO DRIVE
GILBERT, AZ 85298
Email: jerel@talentwoo.com

VARIDESK, LLC
ATTN: CRAIG D. STOREY
117 WRANGLER WAY, SUITE 100
COPPELL TX 75019
Email: craig.storey@varidesk.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475
Email: azecf@dor.mo.gov

CHAIM PIEKARSKI
AVI GOLDENBERG
C&A MARKETING, INC.
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660
Email: chaim@camarketing.com
Email: avig@camarketing.com

NCR CORPORATION
INTELLECTUAL PROPERTY LAW VP
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GEORGIA 30096
Email: richard.weiss@ncr.com

JUMBLEBERRY
C/O ALBERT LUK
171 E. LIBERTY STEET, SUITE 310
TORONTO ON M6K 3P6
CANADA
Email: Brian@jumbleberry.com
Email: albert.luk@jumbleberry.com

TIMOTHY SMITH
8700 N. 64TH PLACE
PARADISE VALLEY, AZ 85253
Email: msmith1803@aol.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011
Email: cdg@e3light.com

DAVID SANDERS
7944 E. PARK VIEW LANE
SCOTTSDALE, AZ 85255
Email: dsanders@ambath.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

BRADLEY HILLIER
421 W. ALAMEDA DRIVE
TEMPE, AZ 85282
Email: bhillier@homebrandsgroup.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

RYAN J. LORENZ
CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE, AZ 85254
Email: rlorenz@clarkhill.com
COUNSEL FOR BRAND 44, LLC

BRADLEY J. STEVENS, ESQ.
JEFFREY D. GARDNER, ESQ.
PAUL J. VALENTINE, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E. WASHINGTON STREET, SUITE 1900
PHOENIX, AZ 85004-2554
Email: bstevens@jsslaw.com
Email: jgardnerg@sslaw.com
Email: pvalentine@jsslaw.com
COUNSEL FOR OFFICIAL COMMITTEE OF
RESTRICTED EQUITY SHAREHOLDERS OF
XHIBIT CORP.

JOSEPH CORRIGAN
IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC
ONE FEDERAL STREET
BOSTON, MA 02110
Email: Bankruptcy2@ironmountain.com

NCR CORPORATION
GENERAL COUNSEL
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GA 30096
Email: law.notices@ncr.com

TERESA M. PILATOWICZ, ESQ.
GORDON SILVER
ONE E. WASHINGTON STREET, SUITE 400
PHOENIX, AZ 85004
Email: tpilatowicz@gordonsilver.com
COUNSEL FOR LAKE INDUSTRIES, INC.

CHAD ROBERSON
HONNE CAPITAL, LLC
375 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10152
Email: roberson@honnecapital.com

U. S. SECURITIES AND EXCHANGE COMMISSION
ATTN: MORGAN BRADY LYONS
100 F STREET, MAIL STOP 9040
WASHINGTON, D.C. 20549

TWIN STAR
NIKOLA KRGOVIC
BRACE ABAFI 2/10
ZEMUN MB 62400382
SERBIA

RACKSPACE US INC.
UNIT 5 MILLKINGTON ROAD
HYDE PARKE HAYES
MIDDLESEX GB UB34AZ
UNITED KINGDOM

## SKYMALL, LLC, *et al.*
## OFFICIAL SERVICE LIST

BIG HUGE MEDIA LLC
360 GRAND AVENUE
BROOKLYN, NY 11238

ADCAFE LLC
49 WOODBROOKE DRIVE
EDISON, NJ 08820-2965

MARKETO INC.
PO BOX 122068
DALLAS, TX 75312-2068

IDENTIFYLE INC.
7945 CARTILLA AVENUE, SUITE A
RANCHO CUCAMONGA, CA 91730

SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

INTERNAL REVENUE SERVICE
4041 N CENTRAL AVENUE
BUILDING A
PHOENIX AZ  85012

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ARIZONA DEPARTMENT OF REVENUE
ATTENTION BK PAYMENT UNIT
1275 W WASHINGTON AVE
PHOENIX, AZ 85007

ARIZONA DEPT OF REVENUE
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ  85007

US BANK, NA
BANKRUPTCY/RECOVERY DEPT.
PO BOX 5229
CINCINNATI, OH  45201

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
POB 3001
MALVERN, PA 19355-0701

ROSENTHAL & ROSENTHAL, INC.
ATTN: ANTHONY DITIRRO
1370 BROADWAY
NEW YORK, NY 10018

# SECOND REJECTION MOTION NOTICE PARTIES

770 IMPORTS (WALIKI TOYS INC)
20533 BISCAYNE BLVD SUITE 161
MIAMI FL  33180

A BETTER WAY PRODUCTS LLC
326 N WABASH AVE
WICHITA KS  67214

A CROWDED COOP LLC
206 E MAIN STREET
MONROE WA  98272

ABBOTT RESEARCH GROUP, INC.
ABBOTT BUILDING
235 ALPHA DRIVE
PITTSBURGH, PA 15238

ABC REFRIGERATION HEATING &
COOLING INC
1306 RIVERVIEW DRIVE
WALNUTPORT PA  18088

ABOVE ALL ADVERTISING INC
6980 CORTE SANTA FE
SAN DIEGO, CA 92121

ACECAD DIGITAL CORP
DBA SOLIDTEK USA INC
5-D JOANNA COURT
EAST BRUNSWICK NJ  08816

ADLENS USA INC
120 LEWIS WHARF
BOSTON MA  02110

ALBERTO FRIAS, LLC
PO BOX 11492
SCOTTSDALE, AZ 85271

ALFI TRADE INC
4831 W JEFFERSON BLVD
LOS ANGELES CA  90016

ALMO E-COMMERCE LLC
2709 COMMERCE WAY
PHILADELPHIA PA  19154

ALMO DISTRIBUTING PA INC
PO BOX 347761
PITSBURGH PA  15251-4761

ALMO FULFILLMENT SERVICES, LLC
2709 COMMERCE WAY
PHILADELPHIA, PA 19154-1011

ALPHARD GOLF INC
250 CLARA TER
FREMONT CA  94539

AMERICAN PRINTHOUSE, LLC
2205 E UNIVERSITY DRIVE
PHOENIX AZ  85034

AMERICARE HEALTH PRODUCTS INC
301 W PLEASANT GROVE RD
WEST CHESTER PA  19382

ANDY PAIGE STYLE INC
527 THIRD AVENUE STE 411
NEW YORK NY  10016

ANGEL SALES INC. D/B/A KAGAN UNLIMITED
C/O ROBERT G. ENGEL, PRESIDENT
3336 W. LAWRENCE AVE. , SUITE 301
CHICAGO, IL 60625

ANNA J CHUNG LTD
DBA AJS COLLECTIONCOM
5 PARK STREET
EDGEWATER NJ  07020

ANNE STONE GOLF INC
943 24TH ST
SANTA MONICA CA  90403

APEX GRAPHICS LLC
DBA HARBINGER LASER ART
23024 HOSPITAL ST
CASSOPOLIS M&I  49031

APLARS LLC
2885 COUNTRY DRIVE SUITE 175
ST PAUL MN  55117

APN HEALTHCARE INC
PO BOX 13060
OKLAHOMA CITY OK  73113

APNEA SCIENCIES
27071 CABOT ROAD  BUILDING 118
LAGUNA CA  92653

ARCHITECTURAL MAILBOXES LLC
123 W TORRANCE BLVD STE 201
REDONDO BEACH CA  90277

ART AND ARTIFACTS
ATTN JULIE CRITZER
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236

AUTHENTIC STREET SIGNS INC
114 EAST THIRD ST
ST PETER IL  62880

AUTHOR SOLUTIONS
1663 S LIBERTY DRIVE
BLOOMINGTON IN  47403

AUTOMATED PET CARE PRODUCTS
40 W HOWARD ST SUITE B-5
PONTIAC MI  48342

AUTOMATIC LABS INC
101 E. HOWARD STREET, STE E
SAN FRANCISCO CA  94105

AZODI INC/IN 1 CASE
15375 BARANCA PARKWAY NO I-103
IRVINE CA  92618

BABYSQUARE
13231 NEW 20TH STREET
BELLEVUE WA  98005

BB DESIGNS
9446 IRONDALE AVE
CHATSWORTH CA  91311

BBG COMMUNICATIONS
1658 GAILES BLVD SUITE B
SAN DIEGO CA  92154

B BRANDED (ACF GLOBAL)
652 MATEO STREET #103
LOS ANGELES, CA 90021

BED VOYAGE
18915 142ND AVE NE #230
WOODINVILLE, WA 98072

BEELINE MKT SOLUTIONS INC
1761 CHINOOK TRAIL
MAITLAND FL  32751

BEL-POWER SYSTEMS, LLC
575 MADISON AVENUE
NEW YORK, NY 10022

BK GOLF, LLC/BOB KRAUSE GOLF
3200 TOWERING OAKS DR
WHITE LAKE MI  48383

BK SEMS MEDIA LLC
405 BOULDER COURT STE 400 PI
PLEASANTON CA  94566

BL WORLDWIDE INC
DBA CARDIFF PRODUCTS
310 S TWIN OAKS VALLEY ROAD 107-252
SAN MARCOS CA  92078

BLUE GOJI CORP
4201 S CONGRESS AVENUE STE 323
AUSTIN TX  78745

BLUE MATRIX LABS LLC
13413 GALLERIA CIRCLE 250
AUSTIN TX  78738

BLUE RIDGE PRODUCT SOLUTIONS INC
1904 BYRD AVE STE 124
RICHMOND VA  23230

BLUEGRO LLC
DBA VOICE ART GALLERY
22136 WEST HEIMER PKWY 249
KATY TX  77450

BLUEKUBE / PORCH POTTY LLC
2900 TOWNSGATE ROAD SUITE 211
WESTLAKE VILLAGE CA  91361

BON VIVANT BABY LLC
1243 PINE AVENUE
SAN JOSE CA  95125

BONDI BAND
30 CENTRAL AVENUE
LEWISTON ME  04240

BRAND 44 COLORADO
4040 HOLLY ST UNIT 10
DENVER CO  80216

BRICKHOUSE ELECTRONICS LLC
980 AVENUE OF THE AMERICAS
3RD FLOOR
NEW YORK NY  10018

BRIGHTEDGE TECHNOLOGIES INC
999 BAKER WAY SUITE 500
SAN MATEO CA  94404

BRINN INC
1460 N DEWITT AVE
CLOVIS CA  93619

BRITANNE CORP
14 COMMERCIAL BLVD SUITE 121
NOVATO CA  94949

BROWNMED
1300 LUNDBERG DR WEST
SPIRIT LAKE IA  51360

BUDDYREST
1603 N CHAPEL HILL ST., STE. 200
WICHITA, KS  67206-5508

BUY INSTA SLIM INC
17662 ARMSTRONG
IRVINE CA  92614

C & A MARKETING INC
2 BERGEN TURNPIKE
RIDGEFIELD PARK NJ  07660

CABEAU INC
5850 CANOGA AVE, SUITE 100
WOODLAND HILLS, CA 91367

CALDERA INTERNATIONAL INC
7236 SW DURHAM RD  SUITE 800
PORTLAND OR  97224

CALIFORNIA INNOVATIONS
36 DUFFLAW ROAD
TORONTO ONTARIO  M6A2W1
CANADA

CALIFORNIA WINE CLUB
2781 GOLF COURSE DRIVE UNIT B
VENTURA CA  93003

CANVAS ON DEMAND
10700 WORLD TRADE BLVD SUITE 102
RALEIGH NC  27617

CAR-DEK INC
641 TREASURE BOAT WAY
SARASOTA FL  34242

CARRERA OF AMERICA INC
2 CORPORATE DRIVE
CRANBURY NJ  08512

CECILIA UNDERCOVER INC
122 S DARBY CT
BLOOMINGDALE IL  60108

CHEVALIER COLLECTION LTD
ATTN:  DILLON BURROUGHS
70 BEVERLY PARK
BEVERLY HILLS CA 90210

CINMAR (DBA FRONTGATE)
ATTN:  GREG BERGLUND
5566 W CHESTER RD
WEST CHESTER OH  45069

CITITEC INC DBA UNITECH WHOLESALE
212 W 12TH ST
LOS ANGELES CA  90015

COCKROACH DESIGN LLC DBA
STEWART/STAND
6062 CORTE DEL CEDRO
CARLSBAD CA  92011

COMFORT REVOLUTION
187 ROUTE 36 STE 205
WEST LONG BRANCH NJ  07765

COMPANION GROUP
1250 9TH ST
BERKELEY CA 94710

COMPUCALM LLC
950 HERRINGTON RD STE C120
LAWRENCEVILLE GA 30044

CORTEX USA INC
1400 NW 159TH STREET
MIAMI GARDENS FL 33169

CQ
32255 NORTHWESTERN HWY STE 196
FARMINGTON HILLS MI 48334

CTEK POWER INC
9347 RAVENNA ROAD UNIT A
TWINSBURG OH 44087

D&B STYLE
20815 NE 16TH UNIT B-32
MIAMI FL 33179

DAC INNOVATIONS INC
4120 CAROLA CT
SAN JOSE CA 95130

DAKOTA ALERT INC
PO BOX 130
32556 E MAIN ST
ELK POINT SD 57025

DESIGN AND DANCE INC
450 MAIN STREET
CATSKILL NY 12414

DESIGN IDEAS (MOMA)
2521 STOCKYARD ROAD
PO BOX 2967
SPRINGFIELD IL 62708

DESIGN TOSCANO
ATTN: MARILYN STOPKA
1400 MORSE AVE
ELK GROVE VILLAGE IL 60007

DESIGNER PET PRODUCTS INC
125 CHURCH ST UNIT 90-193
PEMBROKE MA 02359

DEW & ASSOCIATES LLC
3447 ROBINHOOD ROAD SUITE 102
WINSTON SALEM NC 27106

DI POTTER LLC
261 SCHOOL AVENUE SUITE 110
EXCELSIOR MN 55331

DIRECT ACTION MEDIA INC/CANNON BLUE
CANNON BLUE ENTERPRISES INC
2506 N ROOSEVELT BLVD STE 103
KEY WEST FL 33040

DIRECT ACTION MEDIA INC
COLSENKEANE LEATHER LLC
ATTN: SCOTT HOFERT
1318 CENTRAL AVENUE, STE A-9
CHARLOTTE, NC 28205

DIRECT ACTION MEDIA
5 WEST 37TH STREET, SUITE 302
NEW YORK NY 10018

DOMO, INC.
772 E UTAH VALLEY DR
AMERICAN FORK, UT 84003

DOORJAMMER LLC
8204 N LAMAR STE C27
AUSTIN TX 78753

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011

EK EKCESSORIES INC
575 W 3200 S
LOGAN UT 84321

EMAGIN
10500 NE 8TH ST. STE 1400
BELLEVUE, WA 88004

ENJOY LAURA INC
6000 AVALON BLVD UNIT B
LOS ANGELES CA 90003

ET TU TUTU INC.
16 WHITE ROAD
PUTNAM VALLEY NY 10579-3109

EVERGREEN ENTERPRISES INC
5915 MIDLOTHIAN TURNPIKE
RICHMOND VA 23225

EYEFI
967 N SHORELINE BLVD
MOUNTAIN VIEW CA 94043

FAIRFIELD LANGUAGE
DEPT CH 17714
PALATINE IL 60055-7714

FASHION JUNKIE 4 LIFE
14850 HIGHWAY 4 SUITE A271
DISCOVERY BAY CA 94505

FAT BRAIN TOYS INC
1405 N 205TH STREET SUITE 120
ELKHORN NE  68022

FIRSTIME MANUFACTORY, INC.
2350 S 170TH STREET
NEW BERLIN WI  53151

# THIRD REJECTION MOTION NOTICE PARTIES

FIRSTIME DESIGN, LTD.
2350 S. 170TH STREET
NEW BERLIN, WI 53151

FIUS DISTRIBUTORS LLC
DBA INADA MESSAGE
2125 32ND ST
BOULDER CO  80301

FIZZION CLEAN
1951 LONGLEAF BLVD
LAKE WALES, FL  33859

FOR LIFE PRODUCTS LLC
2301 SW 145TH AVENUE
MIRAMAR FL  33027

FYXATION LLC
3618 W PIERCE STREET
MILWAUKEE WI  53215

GEMMY INDUSTRIES CORP.
117 WRANGLER DRIVE
COPPELL, TX 75019

GET ABSTRACT INC
20900 NE 30TH AVE STE 315
AVENTURA FL  33180

GLOBAL TTC
934 CALLE NEGOCIO SUITE D
SAN CLEMENTE CA  92673

GLORY HAUS INC
560 WEBB INDUSTRIAL DRIVE
MARIETTA GA  30062

GO JUMP IN THE LAKE
C/O LEE DAYVAULT
4457 MAPLE DR
ACWORTH GA  30101

GOLCONDA HOLDINGS LLC
9028 LADNER ST
BAY ST LOUIS MO  39520

GOLDAR INVESTMENTS LLC
301 SW 17TH ROAD, 2ND FL
MIAMI, FL 33129

GREAT DIVIDE CORP
5653 PARE STREET, SUITE 201
MONT-ROYAL, QUEBEC, H4P1S1
CANADA

GREATCO
2015 SILVER BELL ROAD STE 195
EAGAN MN  55122

GRILLGRATE LLC
PO BOX 1674
CARTERVILLE GA  31020

GRILLBOT LLC
87 E 116TH STREET STE 202
NEW YORK NY  10029

H BETTI INDUSTRIES
303 PATERSON PLANK ROAD
CARLSTADT NJ  07072

H BETTI INDUSTRIES
EULER HERMES NORTH AMERICA
INSURANCE COMPANY
AGENT OF H BETTI INDUSTRIES INC
800 RED BROOK BOULEVARD
OWINGS MILLS MD 21117

HALO2CLOUD LLC
148 EASTERN BLVD
GLASTONBURY CT  06033

HAMMACHER SCHLEMMER & CO
ATTN:  ANN HAMILTON
9307 N MILWAUKEE AVE
NILES IL  60714

APEX GRAPHICS LLC
DBA HARBINGER LASER ART
23024 HOSPITAL ST
CASSOPOLIS M&I 49031

HATZLACHH SUPPLY INC
935 BROADWAY 6TH FLOOR
NEW YORK CITY NY  10010

HAVACO TECHNOLOGIES
PO BOX 942
3058 W 22ND STREET
ERIE PA  16512

HISTORY CHIPS LLC
PO BOX 777
SHEFFIELD AL  35660

HITI DIGITAL AMERICA INC
675 BREA CANYON RD STE 7
WALNUT CA  91789

HOLSTAR LLC
PO BOX 117075
CARROLLTON TX  75011

HOLTON PRODUCTS, LLC
5509 S. 93RD CIRCLE
FORT SMITH, AR 72903

LAIKO INTERNATIONAL CO INC
16710 E JOHNSON DRIVE
CITY OF INDUSTRY CA  91745

HOT RODS FOR BATHS LLC
DBA ROTATOR ROD
5566 PALMER ROAD
SARASOTA FL 34232

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH 45069

HUSHAMOK LTD
40 E. CHICAGO AVENUE, STE 222
CHICAGO IL 60610

I-BEHAVIOR
WELLS FARGO LOCKBOX
PO BOX 209028
DALLAS TX 75395-9028

IBM
P.O. BOX 945684
ATLANTA, GA 30394-5684

IFETCH LLC
9208 BELL MOUNTAIN DRIVE
AUSTIN TX 78730

ILUMI SOLUTIONS INC
C/O COREY EGAN
1800 PRESTON PARK BLVD #220
PLANO TX 75093

THE NOVELTY GROUP
DBA IMAGINARY KIDZ
1643 WARWICK AVENUE
WARWICK RI 02889

IMPERIAL INTERNATIONAL
C/O WAYFAIR LLC
4 COPLEY PLACE, 7TH FLOOR
BOSTON, MA 02116

IN YOUR FACE LLC
PO BOX 597
ST GEORGE UT 84771

INNESPACE PRODUCTIONS, INC.
(DBA SEABREACHER)
20172 CHARLANNE DR
REDDING, CA 96002

INNOVIA PRODUCTS LLC
2318 CROWN CENTRE DRIVE
CHARLOTTE NC 28227

INSTANTFIGURE INC
17662 ARMSTRONG AVE
IRVINE CA 92614

UNIQIA LLC
8715 LINDELL RD STE 150
LAS VEGAS NV 89139

INVENTIST INC
4901 NW CAMAS MEADOWS DR
CAMAS WA  98607

IVUE
5 WEST 1ST SOUTH
REXBURY, ID 83440

IWALLET CORP
7394 TRADE ST
SAN DIEGO CA  92126

JAMBERLY GROUP INC.
2669 SOLUTION CENTER
CHICAGO IL  60677-2006

JAMBERLY GROUP INC.
14014 SPRING MILL ROAD
LOUISVILLE, KY 40245

JDS MARKETING & SALES INC
730 TOWER DRIVE  BOX 241
MEDINA MN  55340

JENNIFER ADAMS WORLDWIDE INC
18801 N THOMPSON PEAK PKWY
SUITE 380
SCOTTSDALE AZ  85255

JOHN LOUIS INC
4301 RIDER TRAIL
EARTH CITY MO  63045

JS KARAOKE LLC
EASY-DOKS LLC
1185 GOODEN CROSSING
LARGO FL  33778

KATECO LLC
C/O JOE WELCHERT
5709 E GELDING DR
SCOTTSDALE AZ  85254

KEC AMERICA CORPORATION
15415 RED HILL AVE B
TUSTIN CA  92780

KIDDOLOGIC
PO BOX 68
CARLTON, OR 97111

INSPIRED PRODUCTS GROUP LLC
DBA KIDSEMBRACE
4830 RUSINA ROAD STE B
COLARADO SPRINGS CO  80907

KIKKERLAND DESIGN, INC.
666 BROADWAY 4TH FL
NEW YORK, NY  10012

KORE DESIGN LLC
C/O WHITEHURST & CLARK (ATTN B SEARLES)
1200 COUNTY ROAD RT 523
FLEMINGTON NJ  08822

KORE PRODUCTS
484 B. WASHINGTON ST #177
MONTEREY, CA 93940

KRUGERCO LLC
509 LAKELAND DRIVE
SILVER LAKE KS  66539

KUHI COMFORT INC
80 W SIERRA MADRE BLVD  #390
SIERRA MADRE CA  91024

LAKE INDUSTRIES INC
7735 COMMERCIAL WAY
HENDERSON NV  89011

LANDMARC PRODUCTS LLC
348 GOLDSMITH RD
PITTSBURGH PA  15237

LASER PEGS VENTURES LLC
8304 CONSUMER COURT
SARASOTA FL  34240

LATITUDES KOMFORT BRANDS
1000 INDEPENDENCE DR.
SULLIVAN, MO 63080

LEADING EDGE ENGINEERING INC
17150 VIA DEL CAMPO 206
SAN DIEGO CA  92127

LEGACY DECOR
1201 E BALL RD  #X
ANAHEIM CA  92805

LEONISA USA
5240 LANGFORD PARK DR SUITE B
NORCROSS GA  30071

LEPOW INTERNATIONAL, LLC
440 N WOLFE RD
SUNNYVALE, CA  94085

LET'S GEL INCORPORATED
13809 RESEARCH BLVD SUITE 1000
AUSTIN TX  78750

LIBRARY OF CLASSICS INC
ATTN: PHIL NADEL
945 CLINT MOORE RD
BOCA RATON FL  33487

LILLY GOLD, LLC
5468 MAPLE RIDGE CT
MINNETONKA, MN 55343

LIMITLESS INNOVATIONS INC
4800 METALMASTER WAY
MCHENRY IL 60050

LITTLE PASSPORTS INC
282 SECOND STREET 3RD FLOOR
SAN FRANCISCO CA 94105

LITTLEBITS ELECTRONICS INC
601 W. 26TH STREET SUITE M274
NEW YORK, NY 10001

LOOPPAY
8 NEW ENGLAND EXECUTIVE PARK
SUITE 220
BURLINGTON, MA 01803

LOOQ SYSTEMS INC
4677 OLD IRONSIDES DR STE 240
SANTA CLARA CA 95054

LSTN HEADPHONES
8228 SUNSET BLVD 100
WEST HOLLYWOOD CA 90046

LUCKIES OF LONDON
900 MERCHANTS CONCOURSE STE 211
WESTBURY NY 11590

LUMINESS DIRECT LLC
12802 CAPRICORN DR
STAFFORD TX 77477

LUMO BODY TECH INC.
425 SHERMAN AVE., STE 300
PALO ALTO, CA 94306

MALEKTRONIC LLC
8406 DUNHAM STATION DRIVE SUITE 100
TAMPA FL 33647

MANN USA INC
10906 BEL AIR DRIVE
OMAHA NE 68144

MCARTHUR HOMEWARE LLC
304 INDIAN TRACE 818
WESTON FL 33326

MEMOWELL CORPORATION
6741 PROVENCE ROAD
SAN GABRIEL CA 91775

MERCENT CORPORATION
1633 WESTLAKE AVENUE N SUITE 200
SEATTLE WA 98109

MICHAEL GERALD LTD
12836 ALONDRA BLVD
CERRITOS CA  90703

MICRO KICKBOARD
5090 KENDRICK CT. SE
GRAND RAPIDS, MI 49512

MIDWEST INNOVATIVE PRODUCTS LLC
9370 W LARAWAY RD STE E
FRANKFORT IL  60423

MIMISH INC
406 WESTMINSTER RD
BROOKLYN NY  11218

MIXBIN ELECTRONICS LLC
957 HIGHWAY 33, SUITE 135
HAMILTON SQUARE NJ 08690

MOGOLO LLC
PO BOX 2965
SAG HARBOR NY  11963

MONETATE INC
951 E HECTOR STREET
CONSHOHOCKEN PA  19428

MVP PICS
1941 HWY 86
MILFORD IA  51351

MYDEATION LLC
4225 WEST 107TH STREET 7509
OVERLAND PARK KS  66207

NAPANYWHERE LLC
4808 COURTHOUSE ST STE 204
WILLIAMSBURG VA  23188

NARRATIVE US HOLDINGS
(THE SIGHTLINE GROUP)
300 E CANON PERIDIDO AVE, STE C1
SANTA BARBARA, CA 93101

NBRYTE LLC
1070 E DOMINGUEZ ST SUITE F
CARSON CA  90746

NEW IMAGE WORLD
3621 W MACARTHUR BLVD 101-102
SANTA ANA CA  92704

NORDIC INNOVATIONS
87 PLANTATION DRIVE
HILTON HEAD SC  29928

NORM THOMPSON OUTFITTERS, INC.
DBA SOLUTIONS
3188 NW ALOCLEK DR
HILLSBOROUGH OR  97124

NOT FOR NAVIGATION LLC
45 SOUTH MAIN STREET
IPSWICH MA  01938

NOVASCARPA GROUP DBA TELIC USA
2740 S COLE RD 320
BOISE ID  83709

# FOURTH REJECTION MOTION NOTICE PARTIES

NUAGE BEAUTY
9220 JAMES AVENUE SOUTH
MINNEAPOLIS MN  55431

OBM DISTRIBUTION INC
13900 SYCAMORE WAY
CHINO CA  91710

OLD MODERN HANDICRAFTS
19449 EAST WALNUT DRIVE SOUTH
CITY OF INDUSTRY CA  91732

OMG LIFE LIMITED
14 MINNS BUSINESS PARK
7 WEST WAY
OXFORD OXON  OX2 0JB
UNITED KINGDOM

ONE LIFE PRODUCTS INC
7249 CANYON GLEN COURT
SAN DIEGO CA  92129

ONTRION
13650 TI BLVD 309
DALLAS TX  75243-1580

OPLINK COMMUNICATIONS
46335 LANDING PARKWAY
FREMONT CA  94538

OPTIGROOVE LLC
DBA RED HEAD OAK BARRELS
409 RUTHERFORD AVE
WYLIE TX  75098

OPTIMUM FULFILLMENT LLC
229 W MAIN ST
OTTAWA IL  61350

ORTEGA PUBLISHING PTY LTD
1 CASSINS AVE
PO BOX 353
NORTH SYDNEY NSW  2060
AUSTRALIA

OUTDOOR GREATROOM COMPANY
2015 SILVER BELL RD., STE 195
EAGAN, MN  55122

P&R EDUCATIONAL GAMES
912 PLUMTREE ROAD WEST
WESTBURY, NY 11590

PAJAMAGRAM
6655 SHELBURNE RD
SHELBURNE VT  05482

PAY DIRT GOLD COMPANY
111 PENN ST
EL SEGUNDO CA  90245

PEBBLEBEE LLC
PO BOX 2962
RENTON WA  98056

PHILIPS PROJECTORS
C/O PHILIPS ELECTRONICS
3000 MINUTEMAN RD.
ANDOVER MA 01810

PHOTO FILE
333 N BEDFORD RD SUITE 130
MT KISCO NY  10549

PIDDLE PLACE
1562 PARK LANE SOUTH 700
JUPITER FL  33458

PILLOW PALS
81 PROSPECT ST
WELLESLEY MA  02481

PIRACLE INC.
6415 S 300 E SUITE 150
SALT LAKE, UT 84121

PIVOTHEAD WEARABLE IMAGING
7400 EAST CALEY AVENUE
PIVOTHEAD SUITE 120C
CENTENNIAL CO 80111

POSH 365 US INC
8001 IRVINE CENTER DRIVE NO. 400
IRVINE CA  92618

POST UP STAND
5461 DUNHAM ROAD
MAPLE HEIGHTS OH 44137

POTTY GLOW INC
26 MARINA CRESCENT
COLLINGWOOD ONTARIO  L9Y 5H1
CANADA

PREPAC
PO BOX 84332
SEATTLE WA  98124

PREPARA
247 CENTRE ST  4TH FL
NEW YORK NY  10013

PRIMETIME PETZ LLC.
519 INTERSTATE 30 #119
ROCKWALL, TX 75087

PRINTS CHARMING LLC
1941 HIGHWAY 86
MILFORD IA  51351

PRONG LLC
PO BOX 1945
NEW YORK NY  10156

PROPER PILLOW
3125 TIGER RUN CT STE B109
CARLSBAD CA  92010

PROTECTUS TECHNOLOGIES INC
1355 MARKET ST SUITE 488
SAN FRANCISCO CA  94103

PURSE-A-PORTER LLC
PO BOX 600
GRANTSVILLE MD  21536

PUSH PUSHI
3255 SANTA ROSA AVENUE
SANTA ROSA CA  95407

PYS GIFTS AKA PICTURE YOUR STREET
C/O DANIELLE SCHLESIER
9 SUMMIT AVE 2
BROOKLINE MA  02446

QUAD/GRAPHICS, INC.
N61 W23044 HARRY'S WAY
SUSSEX, WI 53089-3995

QUANTIPERM LLC
855 S BOGLE AVENUE
CHANDLER AZ  85225

RBS SHAVING LLC
ATTN: BRAD ROMOFF
PO BOX 187
WESTMOUNT STATION  H3Z 2T2
CANADA

REACTIVE SURFACES LTD
300 WEST AVE  SUITE 1316
AUSTIN TX  78701

REFINEDKIND PET PRODUCTS
8 E. 9TH ST, STE 602
CHICAGO, IL 60605

REICHER ENTERPRISES LLC
C/O STEVEN C. REICHER
3665 N DANA DRIVE
LAPORTE IN  46350

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA  92705

REVO INNOVATIONS LLC
ATTN: MATT SHERMAN
14601 OLD HICKORY BLVD
ANTIOCH TN  37013

RICH BRANDS
1819 E MORTEN AVENUE 110
PHOENIX AZ  85020

RICHELL USA INC
2214 PADDOCK WAY DR STE 500
GRAND PRAIRIE TX  75050

RICHWRAP INC
401 E NORTH STREET
ELBURN IL  60119

ROAD MICE INC
405 BOULDER COURT STE 400
PLEASANTON CA  94566

RSPA INC
13941 CENTRAL AVE
CHINO CA  91710

RYONET CORPORATION
12303 NE 56TH STREET
VANCOUVER WA  98682

RZ MASK LLC
C/O PATRICK DUNLEAVY
1580 WHITE OAK DRIVE SUITE 285
CHASKA MN  55318

SIC BICYCLES INC
65 ELM ROAD
KINGS PARK NY  11754

SAILSKATING LLC
C/O DAVID GUILLOT
53 CENTER ST
GENESEO NY  14454

SEAMLY LLC
1400 W BROADWAY STREET
WEST PLAINS MO  65775

SENGLED USA INC
555 NORTH POINT CENTER EAST
SUITE 450
ALPHARETTA GA  30022

SHANTALLE'S STUDIO DBA PAW PAINTED
8401 KENNETH AVENUE
SKOKIE IL 60076

SHOLDIT
5062 S 108TH STREET SUITE 112
OMAHA NE  68137

SIDECAR INTERACTIVE INC
114 S 13TH ST  3RD FLOOR
PHILADELPHIA PA  19107

SIGMA ENTERPRISES LLC
121 5TH AVENUE NW  SUITE 100
NEW BRIGHTON MN  55112

SIMPLEWARE LLC
16904 JUANITA DRIVE NE #128
KENMORE WA  98028-4248

SISTERS GOURMET
PO BOX 1550
DACULA GA  30019

SLEEPER SCARF LLC
2820 POLK STREET
SAN FRANCISCO CA  94109

SLEEPVIP INC
C/O DHANANJAY DAVE
800 W CUMMINGS PARK  STE 2000
WOBURN MA  01801

SMART SURPLUS INC
PO BOX 504
NEW HOLLAND PA  17557

SMART TOYS AND GAMES
2822 VAN NESS AVENUE
SAN FRANCISCO CA  94109

SNOW JOE LLC
86 EXECUTIVE AVE
EDISON NJ  08817

SPARTAK ENTERPRISES
ATTN:  PAUL TOJEDO
11186 VENTURE DR
MIRA LOMA CA  91752

STEINER SPORTS MEMORABILIA INC
145 HUGUENOT ST
NEW ROCHELLE NY  10801

STR8-N-UP
5750 N SAM HOUSTON PKWY E STE 707
HOUSTON TX  77032

TRF GAMES INC
PO BOX 1512
ENGLEWOOD CO  80150

STRATEGIC MARKETING PARTNERS
6 PIERCE ROAD
RAYMOND NH 03077

STRIDER SPORTS INTERNATIONAL, INC.
2221 N PLAZA DRIVE
RAPID CITY SD  57702

STUDIO VERTU INC
1208 CENTRAL PKWY
CINCINNATI OH  45202

SUNFRIEND CORPORATION
ATTN: KARIN EDGEN
5000 COLLEGE AVE STE 2103
COLLEGE PARK MD  20740

SUZY KUZY LLC
427 N TATNALL STREET #48918
WILMINGTON DE  19801

SWISS+TECH PRODUCTS
PO BOX 39606
SOLON OH  44139

SY KESSLER SALES LLC
10455 OLYMPIC DR
DALLAS TX  75220

TALK MARKETING AGENCY
830 ST-JOSEPH EAST STE 204
QUEBEC  G1K 3C9
CANADA

TECHNOSYSTEMS SERVICE CORP
217 NINTH STREET
PITTSBURGH PA  15222

THE BACON JAMS
1554 PAOLI PIKE SUITE 254
WEST CHESTER PA  19380

THE CALIFORNIA WINE CLUB
2781 GOLF COURSE DRIVE UNIT B
VENTURA CA  93003

THE KANSAS CITY STEAK COMPANY
12200 N AMBASSADOR STE 500
KANSAS CITY MO  64163

TIKKER TECHNOLOGIES LLC
15608 S NEW CENTURY DR
GARDENA CA  90248

TITANIUM MARKETING INC
425 5TH AVENUE SUITE 601
NEW YORK NY  10016-2223

WBM INTERNATIONAL
54 HWY 12
FLEMINGTON, NJ 08822

TRADEMARK GAMES INC
PO BOX 638167
CINCINNATI OH  45263-8167

TRADEMARK GLOBAL
7951 WEST ERIE AVE
LORAIN OH  44053

TRADEMARK PRODUCTIONS INC
1635 FLINT ROAD
TORONTO ONTARIO  M3J2J6
CANADA

TRUCONNECT MOBILE LLC
100 GLENDON AVENUE STE 905
LOS ANGELES CA  90024

TRUE FABRICATIONS
154 N 35TH STREET
SEATTLE WA  98103

TRUECLOUD
2147 E BASELINE RD
TEMPE AZ  85283

TUBBY TABLE TOYS, INC.
PO BOX 6991
WOODLAND HILLS CA  91365

UMBRA
1705 BROADWAY
BUFFALO NY  14212

UNDERBOSS PRODUCTIONS LLC
10 WEST 33RD STREET SUITE 803
NEW YORK NY  10001

UNORTH LLC - MOTA TOYS
250 SANTA ANA COURT
SUNNYVALE CA  94085

UNU ELECTRONICS
29410 UNION CITY BLVD
UNION CITY CA  94587

VENTUREDIRECT WORLDWIDE
708 3RD AVENUE
NEW YORK, NY  10017

VERMONT TEDDY BEAR
6655 SHELBURNE ROAD
SHELBURNE VT  05482

VERSAGOLFER
6638 FINCHLEY RD
INDIANAPOLIS IN  46250

# FIFTH REJECTION MOTION NOTICE PARTIES

VIZARDZ LLC
165 NEW BOSTON ST, STE 244
WOBURN,  MA  01801-6201

VOLT LLC
3355 N FIVE MILE ROAD 314
BOISE ID  83713

VSN MOBIL
1975 EAST SUNRISE BLVD  4TH FLOOR
FT LAUDERDALE FL  33304

WAGAN TECH
31088 SAN CLEMENTE ST
HAYWARD CA  94544

WEST COAST TRENDS
ATTN:  JEFF HEROLD
17811 JAMESTOWN LANE
HUNTINGTON BEACH CA  92647

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236

WILD AND WOLF
45 MAIN STREET STE 548
BROOKLYN NY  11201

WINE APOTHECARY LLC
BLENDTIQUE WINE COMPANY
PO BOX 714
SANTA YNEZ CA  93460

WINE DOCTOR LLC
6130 WEST FLAMINGO BLVD #3B
LAS VEGAS NV  89103

WINE FOR A WEDDING LLC
ATTN: MARC STITZLEIN
4565 S SQUARE DR
HIGH RIDGE MO  63049

WINE GREETING
14551 OAK MEADOW ROAD
VALLEY CENTER CA  92082

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH  44236

WOMEN'S MARKETING, INC.
1221 POST ROAD EAST, SUITE 201
WESTPORT, CT 06880

WORLD TECH TOYS
AND/OR WORLD TRADING 23 INC
PO BOX 467
DES MOINES IA  50302-0467

WYNIT INC
5801 E TAFT ROAD
NORTH SYRACUSE NY 13212

YON DESIGN INC
6057 NW 31ST AVENUE
FORT LAUDERDALE FL 33309

YUJIN ROBOT INC
16410 MANNING WAY
CERRITOS CA 90703

YUNEEC
5555 ONTARIO MILLS PARKWAY
ONTARIO CA 91764

ZEES INTERNATIONAL INC
DBA ZEE WATCH GROUP
13622 SOUTH 155TH ST
GILBERT AZ 85296

ZERO WATCHES (HK) LIMITED
1302 INTERNATIONAL TRADE CENTRE
11-19 SHA TSUI ROAD
HONG KONG, PEOPLES REPUBLIC OF CHINA

MARIAN GARZA
BANKRUPTCY SERVICER FOR BMW FINANCIAL
SERVICES NA, LLC
ASCENSION CAPITAL GROUP
P.O. BOX 201347
ARLINGTON, TX 76006