Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Robert P. Harris (#011523)
robert.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| XHIBIT CORP., *et al.*,[1] | Jointly Administered Under |
| Debtors. | Case No. 2:15-bk-00679-BKM |
| | **BALLOT REPORT FOR AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE [DOCKET NO. 557]** |
| | **Hearing Date: August 5, 2015**<br>**Hearing Time: 10:00 a.m.** |
| | Location: U.S. Bankruptcy Court<br>230 North First Avenue<br>Courtroom 701<br>Phoenix, AZ 85003 |

XHIBIT CORP., *et al.*, the debtors and debtors-in-possession (the "**Debtors**") in the above-captioned Chapter 11 cases (the "**Bankruptcy Cases**"), file this Ballot Report with respect to the *Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No.

---

[1] The Debtors in these jointly administered cases are: SkyMall, LLC (Case No. 2:15-bk-00679-BKM); Xhibit Corp. (Case No. 2:15-bk-00680-BKM); Xhibit Interactive, LLC (Case No. 2:15-bk-00682-BKM); FlyReply Corp. (Case No. 2:15-bk-00684-BKM); SHC Parent Corp. (Case No. 2:15-bk-00685-BKM); SpyFire Interactive, LLC (Case No. 2:15-bk-00686-BKM); Stacked Digital, LLC (Case No. 2:15-bk-00687-BKM), and SkyMall Interests, LLC (Case No. 2:15-bk-00688-BKM).

QB\154622.00010\35983937.2

Case 2:15-bk-00679-BKM    Doc 626    Filed 07/31/15    Entered 07/31/15 17:24:47    Desc
Main Document    Page 1 of 12

557] (the "**Plan**"), which was filed jointly by the Debtors and by the Official Committee of Unsecured Creditors (collectively, the "**Plan Proponents**").[2] As shown below, the overwhelming majority of the impaired creditors entitled to vote on the Plan voted to accept the Plan. Accordingly, based on the ballots received, at least one class of impaired non-insider claims (Class 3 -- General Unsecured Claims) has accepted the Plan.[3]

## REPORT

On June 24, 2015, the Court entered its *Order: (A) Approving Amended Disclosure Statement And Fixing Time For Filing Acceptances Or Rejections Of Plan; (B) Setting Related Deadlines; (C) Scheduling Plan Confirmation Hearing; And (D) Granting Related Relief* [Docket No. 564] (the "**Disclosure Statement Order**"). Using the *Amended Disclosure Statement For Amended Joint Plan Of Liquidation Under Chapter 11 Of The Bankruptcy Code* dated June 22, 2015 [Docket No. 558] (the "**Disclosure Statement**") that was approved by the Court, the Debtors solicited, in accordance with the procedures in the Disclosure Statement Order, votes to accept or reject the Plan from holders of Class 3 General Unsecured Claims, who are impaired and entitled to vote under the Plan:[4]

The Debtors mailed a Solicitation Package to parties entitled to vote on the Plan. *See* Docket No. 568. The Solicitation Package included: (i) a letter from Debtors' counsel; (ii) a copy of the *Notice of Confirmation Hearing and Related Dates* [Docket No. 556], providing notice of the initial non-evidentiary confirmation hearing on the Plan to be held on August 5, 2015 at 10:00 a.m., and a secured Internet link to the Disclosure Statement and Plan (https://quarles.sharefile.com/d-sa1534890f1049018); (iii) a statement by the Creditors' Committee in support of the Plan; (iv) the Disclosure Statement Order; and (v) ballots (the

---

[2] Unless stated otherwise, capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

[3] Class 4 Equity Interests are also impaired under the Plan and are deemed to reject the Plan. The other two Classes under the Plan (Class 1 Secured Claims and Class 2 Priority Non-Tax Claims) are Unimpaired under the Plan.

[4] *See also* note 3 above.

"**Ballots**"). The deadline established in the Disclosure Statement Order for submitting Ballots with respect to the Plan was July 27, 2015 at 5:00 p.m., Arizona Time. In accordance with the procedure set forth in the Disclosure Statement Order, the Debtors file this Ballot Report setting forth the results of all timely votes on the Plan received by the Debtors. A summary showing all Ballots received is attached as **Exhibit A**.

I. **CLASS 3: GENERAL UNSECURED CLAIMS.**

Class 3 consists of General Unsecured Claims. These Claims are impaired under the Plan. Accordingly, the holders of Class 3 Claims are entitled to vote to either accept or reject the Plan. Ninety nine (99) non-insider creditors submitted Class 3 Ballots voting to accept the Plan, in an aggregate claim amount of $7,979,578.42.[5] Only two Class 3 Ballots were submitted to reject the Plan -- a Ballot by BrightEdge Technologies, Inc. in an asserted claim amount of $4,800.00, and a Ballot by NCR Corporation in an asserted claim amount of "Unknown (>$1M)". Accordingly, Class 3 has voted to accept the Plan because 97% in number and 99% in amount of the holders of non-insider claims in Class 3 that voted on the Plan, voted to accept the Plan.[6]

II. **FINAL RESULTS.**

Under 11 U.S.C. §1126, the Classes of Claims that accepted or rejected the Plan are as follows:[7]

| CLASS | STATUS | ACCEPT/REJECT |
|---|---|---|
| 3. General Unsecured Claims | Impaired | Accept |

---

[5] A Ballot submitted by Scott Wiley voting in favor of the Plan was not included in these calculations because Mr. Wiley is potentially an "insider" of the Debtors as defined in the Bankruptcy Code.

[6] The NCR Corporation Ballot is counted at $0.00 for purposes of this Report because the Ballot asserts a Claim in an unknown amount. Even if the NCR Corporation Ballot is counted at $1 million (the only dollar number identified on the Ballot), Class 3 has still voted to accept the Plan because, even under this scenario, 98% in number and 89% in amount of the holders of non-insider claims in Class 3 that voted on the Plan, voted to accept the Plan.

[7] *See also* note 3 above.

### III. ACCEPTANCE OF LIMITED RELEASES BY VOTING CREDITORS.

Pursuant to Item No. 2 in each Ballot (entitled "Agreement to Limited Releases in the Plan"), each of the 99 non-insider Creditors who voted to accept the Plan also acknowledge that their vote to accept the Plan is also a vote to accept the limited releases set forth in Article IX of the Plan.

### IV. PLAN CONFIRMATION OBJECTIONS.

The only two (2) objections to confirmation of the Plan were filed by the Official Committee of Restricted Equity Security Holders of Exhibit Corp. (*see* Docket No. 610), and by the United States Trustee (*see* Docket No. 520).[8] The Plan Proponents intend to proceed with confirmation of the Plan under 11 U.S.C. §1129(b).

RESPECTFULLY SUBMITTED this 31st day of July, 2015.

```
                              QUARLES & BRADY LLP
                              Renaissance One
                              Two North Central Avenue
                              Phoenix, AZ  85004-2391


                              By  /s/ John A. Harris
                                  John A. Harris
                                  Robert P. Harris
                                  Lori L. Winkelman

                              Attorneys for Debtors and Debtors-in-Possession
```

COPIES of the foregoing sent via
e-mail or first-class mail this 31st
day of July, 2015, to all parties
on the Official Service List attached
hereto

/s/ Sybil Taylor Aytch

---

[8] The Debtors have agreed with the United States Trustee that its objection to the Disclosure Statement (which is at Docket No. 520) will also serve as its objection to the Plan.

# XHIBIT CORP., *et al.*
# OFFICIAL SERVICE LIST

ELIZABETH C. AMOROSI
LARRY WATSON
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVENUE, SUITE 204
PHOENIX, AZ 85003
Email: larry.watson@usdoj.gov
Email: Elizabeth.C.Amorosi@usdoj.gov

DAVID BOTTER, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK NY 10036-6745
Email: dbotter@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC. AND SKYMALL VENTURES, LLC

SUSAN M. FREEMAN
JUSTIN J. HENDERSON
LEWIS ROCA ROTHGERBER LLP
201 E. WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004-2595
Email: SFreeman@LRRLaw.com
Email: JHenderson@LRRLaw.com
COUNSEL FOR CONNEXIONS LOYALTY, INC. AND SKYMALL VENTURES, LLC

DAREN W. PERKINS, ESQ.
EXECUTIVE DIRECTOR & ASSISTANT GENERAL COUNSEL
JPMORGAN CHASE & CO.
P. O. BOX 655415
DALLAS, TX 75265-5415
Email: daren.perkins@jpmchase.com

STEVEN R. WIRTH, ESQ.
AKERMAN LLP
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602
Email: steven.wirth@akerman.com
COUNSEL FOR HSN IMPROVEMENTS, LLC , CORNERSTONE BRANDS, INC. AND CINMAR, LLC

PAUL W. WEISER, ESQ.
BUCHALTER NEMER
16435 N. SCOTTSDALE RD, SUITE 440
SCOTTSDALE, AZ 85254-1754
Email: pweiser@buchalter.com
COUNSEL FOR PKY FUND II PHOENIX I, LLC

JOANNA NEWDECK, ESQ.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 NEW HAMPSHIRE AVENUE, N.W.
WASHINGTON, DC 20036
Email: jnewdeck@akingump.com
COUNSEL FOR CONNEXIONS LOYALTY, INC. AND SKYMALL VENTURES, LLC

JANET E. BOSTWICK, ESQ.
JANET E. BOSTWICK, PC
295 DEVONSHIRE STREET
BOSTON, MA 02110
Email: jeb@bostwicklaw.com
COUNSEL FOR DEMANDWARE INC.

WESLEY D. RAY, ESQ.
POLSINELLI PC
1 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004
Email: wray@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC , CORNERSTONE BRANDS, INC. AND CINMAR, LLC

JEFFREY R. MANNING
COHNREZNICK CAPITAL MARKETS SECURITIES LLC
500 E PRATT STREET SUITE 200
BALTIMORE MD 21202
Email: jeff.manning@crcms.com
INVESTMENT BANKER FOR DEBTORS

# XHIBIT CORP., *et al.*
## OFFICIAL SERVICE LIST

CHRISTOPHER A. WARD, ESQ.
JARRETT VINE, ESQ.
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
Email: cward@polsinelli.com
Email: jvine@polsinelli.com
COUNSEL FOR HSN IMPROVEMENTS, LLC, CORNERSTONE BRANDS, INC. AND CINMAR, LLC

TAMALYN E. LEWIS, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: tel@eblawyers.com
COUNSEL FOR AMERICAN AIRLINES, INC. AND US AIRWAYS, INC.

MARIAN GARZA
ASCENSION CAPITAL GROUP, INC.
P.O. BOX 201347
ARLINGTON, TX 76006
Email: ecfnotices@ascensioncapitalgroup.com
BANKRUPTCY SERVICER FOR BMW FINANCIAL SERVICES NA, LLC

DEAN C. WALDT, ESQ.
MICHAEL S. MYERS, ESQ.
BALLARD SPAHR LLP
1 EAST WASHINGTON STREET, SUITE 2300
PHOENIX, AZ 85004-2555
Email: waldtd@ballardspahr.com
Email: myersms@ballardspahr.com
COUNSEL FOR XSE, LLC, X SHARES, LLC, AND SMXE LENDING, LLC

SANDRA W. LAVIGNA, ESQ.
SECURITIES & EXCHANGE COMMISSION
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES CA 90071-9591
Email: lavignas@sec.gov

AUTUMN D. HIGHSMITH, ESQ.
HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
DALLAS, TEXAS 75219
Email: autumn.highsmith@hayesboone.com
COUNSEL FOR AMERICAN AIRLINES, INC. AND US AIRWAYS, INC.

HARRIS B. WINSBERG, ESQ.
STEPHEN S. ROACH, ESQ.
TROUTMAN SANDERS LLP
600 PEACHTREE ST., SUITE 5200
ATLANTA, GA 30308
Email: harris.winsberg@troutmansanders.com
Email: stephen.roach@troutmansanders.com
COUNSEL FOR DELTA AIRLINES, INC.

STEVEN D. JEROME, ESQ.
ERIC S. PEZOLD, ESQ.
SNELL & WILMER L.L.P.
400 E. VAN BUREN STREET, SUITE 1900
PHOENIX, AZ 85004-2202
Email: sjerome@swlaw.com
Email: epezold@swlaw.com
LOCAL COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

KIMBERLY A. WALSH, ESQ.
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
MC 008
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548
Email: Kimberly.Walsh@texasattorneygeneral.gov

CAROLYN J. JOHNSEN, ESQ.
DICKINSON WRIGHT, PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004
Email: cjjohnsen@dickinsonwright.com
COUNSEL FOR DESIGN TOSCANO LTD.

# XHIBIT CORP., *et al.*
# OFFICIAL SERVICE LIST

JEFFREY L. COHEN, ESQ.
SETH VAN AALTEN, ESQ.
COOLEY LLP
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
Email: jcohen@cooley.com
Email: svanaalten@cooley.com
LEAD COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

JONATHAN B. FRUTKIN, ESQ.
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., SUITE 200
SCOTTSDALE, AZ 85254
Email: jfrutkin@frutkinlaw.com
COUNSEL FOR AMERICAN PRINTHOUSE

CINMAR (FRONTGATE/ELECTMIX)
5566 W CHESTER RD
ATTN: GREG BERGLUND
WEST CHESTER OH 45069
Email: afranzoni@cinmar.com

JOHN D. ELROD, ESQ.
GREENBERG TRAURIG, LLP
TERMINUS 200
3333 PIEDMONT ROAD, NE, SUITE 2500
ATLANTA, GA 30305
Email: elrodj@gtlaw.com
COUNSEL FOR UNITED PARCEL SERVICE, INC.

CHRISTOPHER L. HERING, ESQ.
GAMMAGE & BURNHAM P.L.C.
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX, AZ 85004
Email: chering@gblaw.com
COUNSEL FOR VICTORINA LLC

CONSTANGY BROOKS & SMITH LLP
PO BOX 102476
ATLANTA GA 30368-0476
Email: jrosin@constangy.com

S. CARY FORRESTER, ESQ.
FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
E-mail: scf@forresterandworth.com
COUNSEL FOR UNDERBOSS PRODUCTIONS, LLC

HAMMACHER SCHLEMMER & CO., INC.
ATTN: ANN HAMILTON
9307 N MILWAUKEE AVENUE
NILES IL 60714
Email: ann.hamilton@bgeltd.com

GEMMY INDUSTRIES CORP
PO BOX 3588
COPPELL TX 75019
Email: jason.mccann@gemmy.com

MARK L. RADTKE, ESQ.
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
Email: mradtke@shawfishman.com
COUNSEL FOR HAMMACHER, SCHLEMMER & CO., INC.

# XHIBIT CORP., *et al.*
## OFFICIAL SERVICE LIST

HAMMACHER, SCHLEMMER & CO., INC.
ATTN: KAREN SEAWELL
9307 N. MILWAUKEE AVE.
NILES IL 60714
Email: Kseawell@hammacher.com

PATRICK A. CLISHAM, ESQ.
ENGELMAN BERGER, P.C.
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: pac@eblawyers.com
COUNSEL FOR HAMMACHER, SCHLEMMER & CO., INC.

MIDLAND PAPER COMPANY
ATTN: RALPH DELETTO
101 E. PALATINE RD.
WHEELING IL 60090
Email: Ralph.deletto@midlandpaper.com

HSN IMPROVEMENTS LLC
5568 WEST CHESTER RD
WEST CHESTER OH 45069
Email: cpellenberg@improvementscatalog.com

RELIEF POD INTL
1801 E CARNEGIE AVE
SANTA ANA CA 92705
Email: dcoleman@reliefpod.com

NORM THOMPSON OUTFITTERS, INC. DBA SOLUTIONS
ATTN: KAREN DURLING
26 ALBERIGI DRIVE
JESSUP, PA 18434
Email: mbowcut@ntobrands.com

STEINER SPORTS MEMORABILIA, INC.
145 HUGENOT STREET
NEW ROCHELLE, NY 10801
Email: smahoney@steinersports.com

MIDLAND PAPER
1140 PAYSPHERE CIRCLE
CHICAGO IL 60674
Email: jim.otoole@midlandpaper.com

SIGNALS
5581 HUDSON INDUSTRIAL PKWY
HUDSON OH 44236
Email: mbender@woecatalog.com

SOUTHWEST AIRLINES, INC.
14800 FRYE ROAD
FORT WORTH, TX 76115
Email: vicki.mccrummen@wnco.com

NORM THOMPSON OUTFITTERS, INC. DBA SOLUTIONS
DANIEL W. RAMSEY
138 CONANT STREET
BEVERLY MA 01915
Email: dramsey@orchardbrands.com

STEINER SPORTS MEMORABILIA, INC.
ATTN: KELVIN JOSEPH
145 HUGUENOT STREET
NEW ROCHELLE NY 10801
Email: Kjoseph@steinersports.com

UNITED AIRLINES, INC.
1200 E. ALGONQUIN ROAD
ELK GROVE, IL 60007
Email: david.oppenheim@united.com

US AIRWAYS
P.O. BOX 29655
PHOENIX, AZ 85038
Email: autumn.highsmith@haynesboone.com
Email: tel@eblawyers.com

# XHIBIT CORP., *et al.*
# OFFICIAL SERVICE LIST

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905
Email: milanoue@ups.com

WHAT ON EARTH
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

INSIGHT DIRECT USA, INC.
ATTN: MICHAEL L. WALKER
6820 S. HARL AVENUE
TEMPE, AZ 85283
Email: Sherri.West@Insight.com

VARIDESK, LLC
ATTN: CRAIG D. STOREY
117 WRANGLER WAY, SUITE 100
COPPELL TX 75019
Email: craig.storey@varidesk.com

CHAIM PIEKARSKI
AVI GOLDENBERG
C&A MARKETING, INC.
2 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660
Email: chaim@camarketing.com
Email: avig@camarketing.com

JUMBLEBERRY
C/O ALBERT LUK
171 E. LIBERTY STEET, SUITE 310
TORONTO ON M6K 3P6
CANADA
Email: Brian@jumbleberry.com
Email: albert.luk@jumbleberry.com

E3LIGHT INC.
ATTN: CRAIG DEGROOT
130 7TH AVE., SUITE 350
NEW YORK, NY 10011
Email: cdg@e3light.com

WIRELESS
5581 HUDSON INDUSTRIAL PKWY
HUDSON, OH 44236
Email: mbender@woecatalog.com

PROJECT MANAGEMENT CORP.
3683 E VALLEJO DRIVE
GILBERT, AZ 85298
Email: jerel@talentwoo.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475
Email: azecf@dor.mo.gov

NCR CORPORATION
INTELLECTUAL PROPERTY LAW VP
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GEORGIA 30096
Email: richard.weiss@ncr.com

TIMOTHY SMITH
8700 N. 64TH PLACE
PARADISE VALLEY, AZ 85253
Email: msmith1803@aol.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

DAVID SANDERS
7944 E. PARK VIEW LANE
SCOTTSDALE, AZ 85255
Email: dsanders@ambath.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

RYAN J. LORENZ
CLARK HILL PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE, AZ 85254
Email: rlorenz@clarkhill.com
COUNSEL FOR BRAND 44, LLC

# XHIBIT CORP., *et al.*
## OFFICIAL SERVICE LIST

BRADLEY HILLIER
421 W. ALAMEDA DRIVE
TEMPE, AZ 85282
Email: bhillier@homebrandsgroup.com
OFFICIAL COMMITTEE OF RESTRICTED EQUITY
SHAREHOLDERS OF XHIBIT CORP.

BRADLEY J. STEVENS, ESQ.
JEFFREY D. GARDNER, ESQ.
PAUL J. VALENTINE, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E. WASHINGTON STREET, SUITE 1900
PHOENIX, AZ 85004-2554
Email: bstevens@jsslaw.com
Email: jgardnerg@sslaw.com
Email: pvalentine@jsslaw.com
COUNSEL FOR OFFICIAL COMMITTEE OF
RESTRICTED EQUITY SHAREHOLDERS OF
XHIBIT CORP.

NCR CORPORATION
GENERAL COUNSEL
3097 SATELLITE BOULEVARD, 2ND FLOOR
DULUTH, GA 30096
Email: law.notices@ncr.com

CHAD ROBERSON
HONNE CAPITAL, LLC
375 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10152
Email: roberson@honnecapital.com

GILL GELDREICH, ESQ.
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
NASHVILLE, TN 37202-0207
Email: gill.geldreich@ag.tn.gov

JOSEPH CORRIGAN
IRON MOUNTAIN INFORMATION
MANAGEMENT, LLC
ONE FEDERAL STREET
BOSTON, MA 02110
Email: Bankruptcy2@ironmountain.com

STEVEN N. BERGER, ESQ.
ENGELMAN BERGER, PC
3636 N. CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012
Email: SNB@eblawyers.com
COUNSEL FOR ADRIAN C. QUINONES AND
GUADALUPE M. QUINONES

FRONTIER AIRLINES
ATTN: VALERIE TYLER, ESQ.
7001 TOWER ROAD
DENVER, CO 80249
Email: valerie.tyler@flyfrontier.com

CARLOS M. ARBOLEDA, ESQ.
ARBOLEDA BRECHNER
4545 E. SHEA BLVD., SUITE 120
PHOENIX, AZ 85028
Email: arboledac@abfirm.com
COUNSEL FOR LARRY EITELJORG

U. S. SECURITIES AND EXCHANGE COMMISSION
ATTN: MORGAN BRADY LYONS
100 F STREET, MAIL STOP 9040
WASHINGTON, D.C. 20549

# XHIBIT CORP., *et al.*
## OFFICIAL SERVICE LIST

AMERICAN AIRLINES  
4333 AMON CARTER BLVD  
FORT WORTH TX 76155

RACKSPACE US INC.  
UNIT 5 MILLKINGTON ROAD  
HYDE PARKE HAYES  
MIDDLESEX GB UB34AZ  
UNITED KINGDOM

AMERICAN EXPRESS  
PO BOX 0001  
LOS ANGELES CA 90096-8000

ADCAFE LLC  
49 WOODBROOKE DRIVE  
EDISON, NJ 08820-2965

TWIN STAR  
NIKOLA KRGOVIC  
BRACE ABAFI 2/10  
ZEMUN MB 62400382  
SERBIA

IDENTIFYLE INC.  
7945 CARTILLA AVENUE, SUITE A  
RANCHO CUCAMONGA, CA 91730

BIG HUGE MEDIA LLC  
360 GRAND AVENUE  
BROOKLYN, NY 11238

INTERNAL REVENUE SERVICE  
4041 N CENTRAL AVENUE  
BUILDING A  
PHOENIX AZ 85012

MARKETO INC.  
PO BOX 122068  
DALLAS, TX 75312-2068

ARIZONA DEPARTMENT OF REVENUE  
ATTENTION BK PAYMENT UNIT  
1275 W WASHINGTON AVE  
PHOENIX, AZ 85007

SECURITIES & EXCHANGE COMMISSION  
444 SOUTH FLOWER STREET, SUITE 900  
LOS ANGELES, CA 90071

US BANK, NA  
BANKRUPTCY/RECOVERY DEPT.  
PO BOX 5229  
CINCINNATI, OH 45201

INTERNAL REVENUE SERVICE  
CENTRALIZED INSOLVENCY OPERATIONS  
PO BOX 7346  
PHILADELPHIA PA 19101-7346

ROSENTHAL & ROSENTHAL, INC.  
ATTN: ANTHONY DITIRRO  
1370 BROADWAY  
NEW YORK, NY 10018

**XHIBIT CORP.,** *et al.*
**OFFICIAL SERVICE LIST**

ARIZONA DEPT OF REVENUE
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ  85007

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC.
POB 3001
MALVERN, PA 19355-0701