# Exhibit "A"

# XHIBIT CORP., *et al.*[1]

## BALLOTS

(as of July 27, 2015)

| No. | Name | Vote | Amount |
|---|---|---|---|
| 1. | American Airlines | Accept | $1,136,996.38 |
| 2. | American Airlines | Accept | $1,126,049.39 |
| 3. | American Express Travel Related Services Company, Inc. | Accept | $327,107.34 |
| 4. | American Express Travel Related Services Company, Inc. | Accept | $7,135.89 |
| 5. | American Express Travel Related Services Company, Inc. | Accept | $4,813.87 |
| 6. | Aon Risk | Accept | $22,609.84 |
| 7. | Argo Partners as Assignee of Golconda Holdings, LLC | Accept | $4,957.00 |
| 8. | Argo Partners as Assignee of Heininger Holdings, LLC | Accept | $6,487.52 |
| 9. | Argo Partners as Assignee of Kateco LLC | Accept | $9,456.74 |
| 10. | Argo Partners as Assignee of Midwest Innovative Products | Accept | $3,235.33 |
| 11. | Argo Partners as Assignee of Nbryte, LLC | Accept | $46,943.60 |
| 12. | Argo Partners as Assignee of Umbra, LLC | Accept | $7,191.20 |
| 13. | BazaarVoice, Inc. | Accept | $78,765.26 |
| 14. | Louis H. Boudreau | Accept | $22,355.78 |
| 15. | BrightEdge Technologies, Inc. | **Reject** | $4,800.00 |
| 16. | Catherine F. Burton | Accept | $201,600.00 |
| 17. | Buy InstaSlim, Inc. | Accept | $27,965.52 |
| 18. | Caldera International, Inc. | Accept | $18,131.27 |
| 19. | Car-Dek, Inc. | Accept | $15,164.41 |
| 20. | Shana Carr | Accept | $75.53 |
| 21. | Derek C. Cheung as Assignee of Cititec, Inc. | Accept | $39,759.00 |
| 22. | Derek C. Cheung as Assignee of Jamberly Group, Inc. | Accept | $41,385.00 |
| 23. | Derek C. Cheung as Assignee of Trademark Global, LLC (1) | Accept | $66,934.00 |
| 24. | Cinmar, LLC | Accept | $195,360.61 |

---

[1] The Debtors in these jointly administered cases are: SkyMall, LLC (Case No. 2:15-bk-00679-BKM); Xhibit Corp. (Case No. 2:15-bk-00680-BKM); Xhibit Interactive, LLC (Case No. 2:15-bk-00682-BKM); FlyReply Corp. (Case No. 2:15-bk-00684-BKM); SHC Parent Corp. (Case No. 2:15-bk-00685-BKM); SpyFire Interactive, LLC (Case No. 2:15-bk-00686-BKM); Stacked Digital, LLC (Case No. 2:15-bk-00687-BKM), and SkyMall Interests, LLC (Case No. 2:15-bk-00688-BKM).

| No. | Name | Vote | Amount |
|---|---|---|---|
| 25. | Contrarian Funds, LLC | Accept | $59,829.97 |
| 26. | Corporate Stock Transfer | Accept | $150.00 |
| 27. | Michelle R. Crespo | Accept | $4,548.20 |
| 28. | Cummins Rocky Mountain, LLC | Accept | $2,256.97 |
| 29. | DACA VI, LLC as Assignee of Compucalm, LLC | Accept | $8,818.30 |
| 30. | DACA VI, LLC as Assignee of Laiko International | Accept | $5,319.49 |
| 31. | DACA VI, LLC as Assignee of Preferred A Nation | Accept | $1,528.00 |
| 32. | DACA VI, LLC as Assignee of Tomzi International Ltd. | Accept | $2,401.14 |
| 33. | DACA VI, LLC as Assignee of Towerstar Pets LLC | Accept | $1,165.30 |
| 34. | Salvatore DeAngelis | Accept | $66.09 |
| 35. | Dunn & Bradstreet | Accept | $899.96 |
| 36. | Dynamic Solutions Worldwide LLC | Accept | $3,646.74 |
| 37. | Holly Fowler | Accept | $229.00 |
| 38. | Hammacher Schlemmer & Co., Inc. | Accept | $551,292.66 |
| 39. | Honey-Can-Do | Accept | $2,992.97 |
| 40. | Honne II, LP as Assignee of Midland Paper Company | Accept | $373,252.00 |
| 41. | Honne II, LP as Assignee of Gemmy Industries Corp. | Accept | $552,180.00 |
| 42. | Honne II, LP as Assignee of Universal Screen Arts, Inc. | Accept | $374,953.00 |
| 43. | Honne II, LP as Assignee of Monetate, Inc. | Accept | $23,548.00 |
| 44. | Honne II, LP as Assignee of Anna J. Chung Ltd. | Accept | $47,075.00 |
| 45. | Honne II, LP as Assignee of SleepVIP, Inc. | Accept | $40,169.00 |
| 46. | Honne II, LP as Assignee of Design Toscano, Ltd. | Accept | $203,613.00 |
| 47. | Honne II, LP as Assignee of Acecad Digital Corp. | Accept | $26,434.00 |
| 48. | Honne II, LP as Assignee of Library of Classics Inc. | Accept | $39,060.00 |
| 49. | Honne II, LP as Assignee of American Printhouse, LLC | Accept | $30,112.00 |
| 50. | Honne II, LP as Assignee of Trademark Global (2) | Accept | $20,484.00 |
| 51. | Honne II, LP as Assignee of Kathy Tongen | Accept | $20,346.00 |
| 52. | Honne II, LP as Assignee of Montina Buckley | Accept | $3,421.00 |
| 53. | Honne II, LP as Assignee of Donald Leventhal | Accept | $26,533.00 |
| 54. | Honne II, LP as Assignee of Gloria George | Accept | $7,125.00 |
| 55. | Honne II, LP as Assignee of Cockroach Design | Accept | $20,727.00 |

| No. | Name | Vote | Amount |
|---|---|---|---|
|  | LLC |  |  |
| 56. | Honne II, LP as Assignee of Landmarc Products, LLC | Accept | $13,178.00 |
| 57. | Honne II, LP as Assignee of Holton Products, LLC | Accept | $10,260.00 |
| 58. | Honne II, LP as Assignee of Limitless Innovations, Inc. | Accept | $8,323.00 |
| 59. | Honne II, LP as Assignee of Jutta Garner | Accept | $6,014.00 |
| 60. | Honne II, LP as Assignee of Amy Ward | Accept | $10,669.00 |
| 61. | Honne II, LP as Assignee of Ramona Espericueta | Accept | $14,143.00 |
| 62. | Honne II, LP as Assignee of Mary Meals | Accept | $10,324.00 |
| 63. | Honne II, LP as Assignee of David Heckler | Accept | $2,497.00 |
| 64. | Honne II, LP as Assignee of Marie Hall | Accept | $1,873.00 |
| 65. | Honne II, LP as Assignee of Leonard Gorski | Accept | $17,125.00 |
| 66. | Honne II, LP as Assignee of Liza Partida | Accept | $15,929.00 |
| 67. | Honne II, LP as Assignee of James Specht | Accept | $12,579.00 |
| 68. | Honne II, LP as Assignee of William Doherty | Accept | $6,646.00 |
| 69. | HSN Improvements, LLC | Accept | $335,244.69 |
| 70. | In Your Face LLC | Accept | $2,985.24 |
| 71. | Instant Figure, Inc. | Accept | $5,808.56 |
| 72. | JDS Marketing and Sales | Accept | $58,163.11 |
| 73. | Jumbleberry Interactive Group Ltd. | Accept | $113,290.35 |
| 74. | Kikkerland Design, Inc. | Accept | $2,543.01 |
| 75. | Leading Edge Engineering, Inc. | Accept | $1,119.62 |
| 76. | Stephen Lewis | Accept | $10,000.00 |
| 77. | James Maish | Accept | $2,160.00 |
| 78. | William D. Miller | Accept | $233.53 |
| 79. | MVP Pics | Accept | $8,883.27 |
| 80. | National Christmas Products, Inc. dba National Tree Company | Accept | $1,971.02 |
| 81. | NCR Corporation[2] | **Reject** | $0.00 |
| 82. | Nedia Enterprises, Inc. | Accept | $3,066.68 |
| 83. | Photo File | Accept | $22,182.41 |
| 84. | Prints Charming, LLC | Accept | $57,691.24 |
| 85. | RBS Shaving, LLC | Accept | $1,414.52 |
| 86. | Refined Kind Pet Products | Accept | $3,294.00 |
| 87. | Revo Innovations, LLC | Accept | $48,381.12 |
| 88. | Peter Rotar | Accept | $128.01 |
| 89. | Michael Evan Rowland | Accept | $50,000.00 |
| 90. | Ramiz P. Saaty | Accept | $62,108.50 |

---

[2] The amount on both the ballot and the proof of claim submitted by this entity is designated only as "Unknown (>$1M)".

| No. | Name | Vote | Amount |
|---|---|---|---|
| 91. | Sailskating LLC | Accept | $5,573.99 |
| 92. | Marc J. Sieger | Accept | $0.00 |
| 93. | Sigma Enterprises LLC | Accept | $21,757.17 |
| 94. | Snow Joe, LLC | Accept | $22,342.88 |
| 95. | Southwest Airlines Co. | Accept | $1,048,582.31 |
| 96. | Strider Sports Internatinal, LLC | Accept | $7,699.32 |
| 97. | UNorth Inc. | Accept | $6,490.73 |
| 98. | Waste Management | Accept | $0.00 |
| 99. | Jeanette Mari Watte | Accept | $58,462.00 |
| 100. | Scott Wiley | Accept | $57,692.00[3] |
| 101. | Hallie Wright | Accept | $806.25 |
| 102. | Wynit Distribution, LLC | Accept | $18,177.62 |
|  | **TOTAL** |  | **$8,037,270.42** |

**Total Number of Votes to Accept Plan:** 100
**Total Amount Voted to Accept Plan:** $8,032,470.42

**Total Number of Non-Insider Votes to Accept Plan:** 99[3]
**Total Non-Insider Amount Voted to Accept Plan:** $7,979,578.42[3]

**Total Number of Votes to Reject Plan:** 2
**Total Amount Voted to Reject Plan:** $4,800.00[4]

---

[3] Scott Wiley's vote was not included in the calculations of non-insider voting because he is potentially an insider of the Debtors as that term is defined in the Bankruptcy Code.

[4] *See also* note 2 above.

4

QB\154622.00910\35949617.3
Case 2:15-bk-00679-BKM   Doc 626-1   Filed 07/31/15   Entered 07/31/15 17:24:47
Desc Exhibit A   Page 5 of 5