# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|--|--|--|--|
| **Debtor:** | SKYMALL, LLC | | |
| **Case Number:** | 2:15-BK-00679-BKM | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 21, 2015 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | BRENDA K. MARTIN | | |
| **Courtroom Clerk:** | ELIZABETH IRISH | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

COURT'S RULING RE: PLAN CONFIRMATION

**R / M #:**   0 / 0

## *Appearances:*

NONE

## *Proceedings:*

COURT: THE COURT PLACES ITS FINDINGS AND RULING ON THE RECORD. IT IS ORDERED THAT THE U. S. TRUSTEE'S MOTION IS DENIED. THE COURT BELIEVES THERE ARE NO REMAINING BARRIERS TO CONFIRMATION. THE COURT HAS REVIEWED THE DISCLOSURE STATEMENT, THE AMENDED JOINT PLAN, THE DEBTOR'S MEMORANDUM IN SUPPORT OF CONFIRMATION, THE BALLOT REPORT, AND THE DECLARATION OF MR. WILEY. THE COURT IS SATISFIED THAT THE DEBTOR HAS SATISFIED THE LEGAL AND FACTUAL PREDICATES OF SECTION 1129(a). IT IS ORDERED CONFIRMING THE PLAN. DEBTOR'S COUNSEL IS DIRECTED TO UPLOAD A FORM OF ORDER AFTER CIRCULATING IT TO THE APPROPRIATE PARTIES FOR REVIEW.