Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Reorganized Debtors

John A. Harris (#014459)
john.harris@quarles.com
Robert P. Harris (#011523)
robert.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>XHIBIT CORP., *et. al.*,[1]<br><br>Debtors. | In Proceedings Under Chapter 11<br><br>Jointly Administered Under:<br><br>Case No. 2:15-bk-00679-BKM<br><br>**NOTICE THAT AMENDED JOINT PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS CONFIRMED, HAS BECOME EFFECTIVE**<br><br>**AND**<br><br>**NOTICE OF (I) CLAIMS BAR DATES FOR ADMINISTRATIVE CLAIMS AND REJECTION DAMAGES CLAIMS, AND (II) DEADLINE FOR FINAL FEE APPLICATIONS BY ESTATE PROFESSIONALS** |

XHIBIT CORP. and the other debtors in the above-captioned Chapter 11 cases (collectively, the "Debtors") hereby give notice as follows:

---

[1] The Debtors in these jointly administered cases are: SkyMall, LLC (Case No. 2:15-bk-00679-BKM); Xhibit Corp. (Case No. 2:15-bk-00680-BKM); Xhibit Interactive, LLC (Case No. 2:15-bk-00682-BKM); FlyReply Corp. (Case No. 2:15-bk-00684-BKM); SHC Parent Corp. (Case No. 2:15-bk-00685-BKM); SpyFire Interactive, LLC (Case No. 2:15-bk-00686-BKM); Stacked Digital, LLC (Case No. 2:15-bk-00687-BKM), and SkyMall Interests, LLC (Case No. 2:15-bk-00688-BKM).

Confirmation of Plan. On August 27, 2015, the Bankruptcy Court entered its *Order Confirming Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. 663] (the "Confirmation Order"), confirming the "Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code" [Docket No. 557] (as confirmed, the "Plan").[2] The Plan was proposed jointly by the Debtors and the Official Committee of Unsecured Creditors (the "Creditors' Committee").

Occurrence of Effective Date. Pursuant to the Plan and Confirmation Order, all conditions for the occurrence of the Effective Date of the Plan were either completed or waived as of **September 11, 2015**, which is the Effective Date of the Plan. When the time for the taking of an action, including the making of distributions under the Plan, is to be calculated with reference to the Effective Date, such time shall be calculated from September 11, 2015.

Liquidating Trust Agreement. In accordance with the Plan and Confirmation Order, the Liquidating Trust Agreement has been executed on behalf of the Debtors and the Liquidating Trustee, thereby establishing the SM Liquidating Trust as of the Effective Date.

Administrative Claims Bar Date. As provided in the Plan and Confirmation Order, all requests for payment of an Administrative Claim (other than Claims for Professional Compensation and Administrative Claims barred pursuant to the General Bar Date Order) must be filed with the Court and served on the Debtors and the Liquidating Trustee no later than **October 12, 2015** (which is the first Business Day that is at least thirty (30) days after the Effective Date). Any holder of such an Administrative Claim that fails to file a request for payment by the Administrative Bar Date shall be forever barred from asserting an Administrative Claim against the Debtors, the Estates, their successors and assigns, and their assets.

Bar Date for Rejection Damage Claims. As provided in the Plan and Confirmation Order, claims created by or arising from the rejection of executory contracts or unexpired leases pursuant to Article VII.A of the Plan, or the rejection, expiration or termination of any executory contract or unexpired lease prior to the Effective Date (other than Claims barred pursuant to the General Bar Date Order), must be filed with the Court and served on the Debtors and the Liquidating Trustee no later than **October 12, 2015** (which is the first Business Day that is at least thirty (30) days after the Effective Date). Any Claims arising from the rejection of an executory contract or unexpired lease for which proofs of Claim are not timely filed within that time period will be forever barred from assertion against the Debtors, the Estates, their successors and assigns, and their assets and properties, unless otherwise ordered by the Bankruptcy Court or as otherwise provided in the Plan or this Confirmation Order.

Fee Applications of Professionals. All final fee applications requesting allowance of Professional Fees Claims by professionals retained by the Debtors for services rendered and expenses incurred through the Effective Date must be filed on or before **October 26, 2015**.

---

[2] Unless stated otherwise, capitalized terms used but not otherwise defined herein will have the meanings ascribed to them in the Plan.

| | |
|---|---|
| 1 | DATED this 14th day of September, 2015. |
| 2 | QUARLES & BRADY LLP |
| | Renaissance One |
| 3 | Two North Central Avenue |
| | Phoenix, AZ 85004-2391 |
| 4 | |
| 5 | |
| 6 | By /s/ Robert P. Harris |
| | John A. Harris |
| 7 | Robert P. Harris |
| | Lori L. Winkelman |
| 8 | Attorneys for Reorganized Debtors |